**From:** Melissa Fuentes <mfuentes@co.walker.tx.us>
**Sent:** Tuesday, June 7, 2022 4:59 PM
**To:** Steely, Rachel Powitzky <rsteely@foley.com>; Ryan, Michael F. <mryan@foley.com>
**Cc:** Braithwaite, Jared J. <JBraithwaite@foley.com>; Wright, Dave <DRWright@foley.com>; Momanaee, Audrey F. <amomanaee@balch.com>; Becktell, Kathy Hall <kbecktell@foley.com>; Stuart Lapp <slapp@stibbsco.com>; Josh Redelman <jredelman@stibbsco.com>; Bret Davis <bdavis@stibbsco.com>
**Subject:** RE: Cause No. 035732 - NOV v. Garza and Array; 12th Judicial District Court of Grimes County; Court Hearing Request

Good Afternoon All-
Judge has reviewed the motions and correspondence in this case and made the following ruling-
Plaintiff's will have until 06/10/22 to respond to Defendant's motions.
The electronic devices are to be delivered to defense counsel by 06/10/22.
Due to the court's schedule the next few weeks, Judge Moorman is unable to conduct a hearing until 06/21/22 at 1:30 PM.  If a setting request will be emailed to me, I can set the requested motions for hearing on that day.


*Melissa Fuentes*

12th Judicial District Court Coordinator
Madison and Grimes Counties

1100 University Avenue, Suite 303
Walker County, Texas
936-436-4681 (Direct)
936-436-4915 (Office)
936-435-8025 (Fax)

[12th Judicial District Court website](#)

This email may contain privileged and confidential material for the sole use of the intended recipient(s).  Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the intended recipient (or authorized to receive for that recipient), please contact the sender by reply email and delete all copies of this message.

**EXHIBIT D**