## Tracy Sebesta

| | |
|---|---|
| **From:** | Ryan, Michael F. <mryan@foley.com> |
| **Sent:** | Monday, June 13, 2022 2:58 PM |
| **To:** | Braithwaite, Jared J.; Stuart Lapp; Steely, Rachel Powitzky; amomanaee@balch.com |
| **Cc:** | Josh Redelman; Bret Davis; Tracy Sebesta |
| **Subject:** | RE: NOV v. Garza and Array (2151.013) |

Stuart,

I confirmed with Rachel that we are in agreement to extend the TRO to 6/21 if we move the T.I. hearing to that date in connection with the pending motions.

Thanks.
Michael

**Michael F. Ryan**
*Associate*

**Foley & Lardner LLP**
1000 Louisiana Street, Suite 2000, Houston, TX 77002-2099
Phone 713.276.5175 | Cell 281.450.0060
View My Bio | Visit Foley.com | mryan@foley.com



**FOLEY & LARDNER LLP**



**EXHIBIT**

**E**

**Tracy Sebesta**

| | |
|---|---|
| **From:** | Stuart Lapp |
| **Sent:** | Monday, June 13, 2022 12:57 PM |
| **To:** | Steely, Rachel Powitzky; Ryan, Michael F.; Bret Davis; Josh Redelman; Momanaee, Audrey F. |
| **Subject:** | RE: Hearing schedule |

Rachel:

Thank you for your email and thank you for your condolences.

I was unaware of your travel plans this week and am sympathetic to your need to know about Friday. NOV has been willing to move the TI hearing from Friday to another date but each of the alternative dates that have been proposed by NOV have been rejected for one reason or another. If Array and Garza are willing to consent to extend the TRO for a few days we can accommodate your travel schedule and move the TI hearing to June 21st when the other motions are set for hearing. Will that work for you?

Stuart

**Stuart W. Lapp**
*Managing Partner*
**Stibbs & Co., P.C., Attorneys**
819 Crossbridge Dr., Spring, Texas 77373
**P:** 281-367-2222 **F:** 281-681-2330
**D:** 281-323-6040 **C:** 713-416-6233

slapp@stibbsco.com | www.stibbsco.com





 **Please consider the environment before printing this e-mail**

**Stibbs & Co. team members are intentionally copied on this email. Please "reply all" to all such team members. Failure to do so may cause delay.**

IMPORTANT/CONFIDENTIAL:  This transmission from the law firm of Stibbs & Co., P.C. is intended only for the use of the addresses shown.  It contains information that may be privileged, confidential, and/or exempt from disclosure under applicable law.  If you are not the intended recipient of this transmission, you are hereby notified that the copying, use, or distribution of any information or materials transmitted herewith is strictly prohibited.  If you have received this e-mail by mistake, please immediately respond to this e-mail to notify the sender.

**From:** Steely, Rachel Powitzky <rsteely@foley.com>
**Sent:** Monday, June 13, 2022 12:25 PM

**To:** Ryan, Michael F. <mryan@foley.com>; Stuart Lapp <slapp@stibbsco.com>; Bret Davis <bdavis@stibbsco.com>; Josh Redelman <jredelman@stibbsco.com>; Momanaee, Audrey F. <amomanaee@balch.com>
**Subject:** Hearing schedule

Good afternoon.  Stuart, I am sorry to hear about your father.

I am traveling this week on vacation and need to make flight arrangements if the hearing is going forward on Friday. Every day I wait it is more expensive.  Can you please confirm whether we are going forward on Friday?  I am not asking for the new TIdate, I would just like to know if you intend to proceed on Friday.  Thank you.

Rachel

**Rachel Powitzky Steely**
*Vice Chair – Labor and Employment*

**Foley & Lardner LLP**
1000 Louisiana Street, Suite 2000, Houston, TX 77002-2099
Phone 713.276.5605
Cell 713 419 7581
View My Bio | Visit Foley.com | rsteely@foley.com



The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.