CAUSE NO. 035732

| | | |
|---|---|---|
| NATIONAL OILWELL VARCO, L.P. | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| v. | § | GRIMES COUNTY, TEXAS |
| | § | |
| JULIO GARZA, and ARRAY | § | |
| TECHNOLOGIES, INC. | § | |
| *Defendants.* | § | 12th JUDICIAL DISTRICT |

## DECLARATION OF JULIO CESAR GARZA

| | |
|---|---|
| THE STATE OF ARIZONA | § |
| | § |
| COUNTY OF MARICOPA | § |

My name is Julio Cesar Garza. I am over twenty-one years of age, am of sound mind, have personal knowledge of the matters herein, and am fully competent to testify to the matters herein stated. Every statement made herein is true and correct.

I was employed by National Oilwell Varco, L.P. ("NOV") from May 2019 until May 2022 as an engineer. During my entire employment with NOV, I lived in and was domiciled in Harris County, Texas. Also during my entire employment with NOV, I worked primarily out of the NOV office located at 10353 Richmond Avenue, Houston, Texas 77042, sometimes referred to as NOV Tower.

My name is Julio Cesar Garza, my date of birth is December 29, 1984, and my address is 1277 W. Myrna Lane, Tempe, AZ 85284 and United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Maricopa County, State of Arizona on the 6th day of June, 2022.

_____
Julio Cesar Garza, Declarant

**EXHIBIT**

**F**