IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **NATIONAL OILWELL VARCO, L.P.**<br><br>　　Plaintiff,<br><br>v.<br><br>**JULIO GARZA**<br><br>　　Defendant. | Civil Action No. 4:22-CV-02006 |

## SUPPLEMENT TO DEFENDANT JULIO GARZA'S RESPONSE TO EMERGENCY TEMPORARY RESTRAINING ORDER

This Supplement is made in support of the Response is made by Julio Garza ("Garza") to National Oilwell Varco, LP's ("NOV") Emergency Motion for Extension of the Temporary Restraining Order, filed June 21, 2022.

Attached herewith are the following pleadings filed in Grimes County Court, which are incorporated herein by reference pursuant to Fed. R. Civ. P. 10(c):

Exhibit A: Defendants' Joint Motion to Transfer Venue;

Exhibit B: Defendants' Joint Motion to Dissolve Forensic Imaging Order Subject to Defendants' Motion to Transfer Venue; and

Exhibit C: Defendants' Joint Motion to Dissolve Temporary Restraining Order.

Respectfully submitted,

*/s/ Audrey F. Momanaee*
Audrey F. Momanaee
State Bar No. 24055993
amomanaee@balch.com
BALCH & BINGHAM, LLP
811 Louisiana Street, Suite 1010
Houston, Texas 77002
Tel: 713.362.2557

**Attorney for Defendant
Julio Garza**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this document was served pursuant to the Federal Rules of Civil Procedure on June 21, 2022, to the following counsel of record:

Stuart W. Lapp
Bret W. Davis
Joshua A. Redelman
STIBBS & CO., P.C.
750 William D. Fitch, Suite 210
College Station, Texas 77845
slapp@stibbsco.com
bdavis@stibbsco.com
jredelman@stibbsco.com

*Attorneys for Plaintiff*
*National Oilwell Varco, L.P.*

*/s/ Audrey F. Momanaee*
Audrey F. Momanaee