Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☑ Matar      ☐ Troutman |
| DATE | 6/21/2022 |
| TIME | 2:15 p.m. — 3:30 p.m. |
| CIVIL ACTION | 22 - CV - 2006 |
| STYLE | National Oilwell Varco, L.P. *versus* Julio Garza |

DOCKET ENTRY

☐ Conference  ☐ Hearing  Day ____  ☐ Bench  ☐ Jury Trial   Reporter: Capetillo

Stuart Lapp, Joshua Redelman, and Bret Davis   for National Oilwell Varco LP
Rachel Steely, Audrey Momdnaee   for Julio Garza
____ for ____

☐ Evidence taken [exhibits, testimony]: _____
☐ Argument heard on: _____
☐ Motions taken under advisement: _____
☑ Order to be entered.
☐ Internal review set: _____
☐ Rulings rendered on: _____

09-2020