**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **NATIONAL OILWELL VARCO, L.P.** | § | |
| *Plaintiff*, | § | |
| | § | |
| **vs.** | § | **Civil Action No. 4:22-CV-02006** |
| | § | |
| **JULIO GARZA,** | § | |
| | § | |
| *Defendant.* | § | |

## Order on Temporary Restraint

1.  This case involves a trade secrets dispute between National Oilwell Varco, L.P. and Julio Garza.  In April 2022, Garza resigned from Varco and gained employment at Array Technologies, Inc. – a competitor of Varco.  Varco sued Garza for violating a confidentiality agreement.

2.  Varco seeks to extend a temporary restraining order granted by a Judge in Grimes County.  The order restrained Garza from destroying documents and disclosing confidential information.  It also enjoined Garza from working for Array in any capacity related to his job description.

3.  Garza has been out of work for over two weeks.  He would be harmed by the continued lack of employment.  Varco likely suffers minimal harm because the confidential information is not in Garza's possession.

4.  Until June 29, 2022, the temporary restraining order is partially extended. Paragraph iii is struck. (2)

EXHIBIT

A

5. A hearing on the preliminary injunction is set for:

June 29, 2022,

At 10:00 p.m.

Courtroom 11-C, Eleventh Floor

515 Rusk Avenue

Houston, Texas 77002

6. The parties must be prepared for the hearing with all evidence they feel is necessary to support their arguments and may do targeted but limited discovery in the interim.

Signed on June _____, 2022, at Houston, Texas.

_____

Lynn N. Hughes

United States District Judge
