UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-CV-02006 |
|---|---|---|---|

National Oilwell Varco, L.P.,
Plaintiff

*versus*

Julio Garza,
Defendant

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Bret W. Davis<br>Stibbs & Co., P.C.<br>740 William D. Fitch Pkwy, Suite 210<br>College Station, Texas 77845<br>(979) 383-2270<br>TX State Bar 05462100<br>Southern District of Texas, Application Submitted/Pending |
| Name of party applicant seeks to appear for: | National Oilwell Varco, L.P. |

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/24/2022 | Signed: *[signature]* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: _____   _____
                                                                United States District Judge