| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
June 27, 2022
Nathan Ochsner, Clerk

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-CV-02006 |
|---|---|---|---|

| National Oilwell Varco, L.P., Plaintiff |
|---|
| *versus* |
| Julio Garza, Defendant |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Bret W. Davis<br>Stibbs & Co., P.C.<br>740 William D. Fitch Pkwy, Suite 210<br>College Station, Texas 77845<br>(979) 383-2270<br>TX State Bar 05462100<br>Southern District of Texas, Application Submitted/Pending |
|---|---|

| Name of party applicant seeks to appear for: | National Oilwell Varco, L.P. |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 6/24/2022 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: *eligible to practice.* | |
|---|---|
| Dated: 06·24·2022 | Clerk's signature [signature] |

### Order

Dated: 06·24·2022

This lawyer is admitted *pro hac vice.*

[signature]
United States District Judge