Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☑ Matar ☐ Troutman |
| DATE | 6/29/2022 |
| TIME | 10:00 a.m. — 12:30 p.m. |
| CIVIL ACTION | 22 - CV - 2006 |
| STYLE | National Oilwell Varco L.p. *versus* Julio Garza |

DOCKET ENTRY

☑ Conference ☐ Hearing  Day ____  ☐ Bench  ☐ Jury Trial    Reporter: K. Miller

Stuart Lapp, Joshua Redelman  for  National Oilwell Varco Lp.
Bret Davis                    for  _____
Rachel Steely, Audrey Momanaee for Julio Garza
_____ for _____

☐ Evidence taken [exhibits, testimony]: _____
☐ Argument heard on: _____
☑ Motions taken under advisement: Preliminary Injunction
☐ Order to be entered.
☐ Internal review set: _____
☐ Rulings rendered on: _____

09-2021