RECEIPT FOR WITHDRAWAL OF EXHIBITS

Proceeding: ☐ Trial ☑ Hearing ☐ _____ held 06/29/22

Exhibits of: ☑ Pltf. ☐ Deft. ☐ National Oilwell Varco

**Exhibit Numbers**  **Description**

#1 — 6

These exhibits were received by Stuart W. Lapp, attorney for National Oilwell Varco.

_____
(signature)

June 29, 2022
(date)