RECEIPT FOR WITHDRAWAL OF EXHIBITS

Proceeding:   ☐ Trial   ☐ Hearing   ☐ _____   held 06/29/22

Exhibits of:   ☐ Pltf.   ☑ Deft.   ☐ Julio Garza

**Exhibit Numbers**

\# 1

**Description**

These exhibits were received by _____, attorney for Julio Garza.

_____
(signature)

6/29/2022
(date)