

AUDREY F. MOMANAEE
t: (713) 362-2557
f: (866) 230.9950
e: amomanaee@balch.com

June 29, 2022

Honorable Judge Lynn N. Hughes
United States District Judge
515 Rusk Avenue, Room 11122
Houston, Texas 77002-2605

Dear Judge Hughes,

    I understood from the Court that you intended to prepare an order following today's hearing, and did not recall that you requested either party to submit a proposed order. A moment ago, counsel for Varco, despite your clear statement that the order issued would <u>not</u> be an injunction, filed a proposed preliminary injunction order, however.

    Out of an abundance of caution, and given what I heard from the Court today, I have attached a proposed order outlining what I understood you intended during the hearing today.

Regards,

*Audrey Momanaee, counsel for Julio Garza*

811 Louisiana Street
Suite 1010
Houston, TX 77002
balch.com

ALABAMA | FLORIDA | GEORGIA | MISSISSIPPI | TEXAS | WASHINGTON, DC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **NATIONAL OILWELL VARCO, L.P.**<br><br>    Plaintiff,<br><br>v.<br><br>**JULIO GARZA**<br><br>    Defendant. | **Civil Action No. 4:22-CV-02006** |

## ORDER ON DISCOVERY

1.  FTI Consulting shall prepare a report reflecting the names of the files which are listed on Plaintiff's Exhibit 1 (admitted into evidence during the hearing held on June 29, 2022) which are on the subject thumb drive (Serial No. 5B820C00008C).  Such report shall be shared with counsel for both Plaintiff and Defendant simultaneously, on or before July 15, 2022.

2.  A status conference will be held in this matter on the _____ day of _____, 2022, at _____ a.m./p.m.

SIGNED this _____ day of June, 2022, at _____a.m./p.m.

 

                                                  _____
                                                  Honorable Lynn N. Hughes
                                                 United States District Judge

15838317.1