United States District Court
Southern District of Texas

**ENTERED**
June 29, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

National Oilwell Varco, L.P., § § § Plaintiff, § § versus § Civil Action H-22-2006 § § Julio Garza, § § § Defendant. §

# Expedited Discovery Order

1. The Court's June 29, 2022, temporary restraining order is extended until July 29, 2022. Julio Garza is encouraged to return to work to the extent that he can perform the job without using Varco's confidential information. However challenging it may be to separate Garza's use of his work experience and information he learned at National Oilwell Varco and other past employers – he must return to work.

2. The parties will expedite discovery to prepare for briefing on a preliminary injunction.

3. The parties may notify witnesses for depositions on three days' notice as necessary and reasonable.

4. By July 10, 2022, Julio Garza must be deposed. A corporate representative from National Oilwell Varco must be deposed to address issues limited to support a preliminary injunction.

5. The parties may serve written discovery, and responses and objections must be made within five days after service. The parties are limited to 15

interrogatories and thirty requests for production. Documents that fall within a request must be produced within five days of service.

6. Discovery may be served through expedited mail or electronic means.

7. By July 17, 2022, National Oilwell must file a supplemental brief with information obtained from discovery and how it supports a preliminary injunction.

8. By July 24, 2022, Julio Garza may respond.

Signed on June 29, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge