UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-02006 |
|---|---|---|---|

| National Oilwell Varco LP |
|---|
| Plaintiff |
| versus |
| Julio C. Garza |
| Defendant |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Robert Baxley<br>Balch & Bingham LLP<br>1901 Sixth Avenue Suite 1500<br>Birmingham, AL 35203<br>205-226-3446 rbaxley@balch.com<br>Alabama 5632D14C |
|---|---|

| Name of party applicant seeks to appear for: | Julio C. Garza |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/1/2022 | Signed: */s/ Robert Vance Baxley* |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**       This lawyer is admitted *pro hac vice*.

Dated: _____   _____
                                                           United States District Judge