# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

```
20220621-190
```
Bret W Davis
Office of US Attorney
910 Travis
Ste 1500
PO Box 61129
Houston, TX 77208-1129

United States Courts
Southern District of Texas
FILED

JUL 05 2022

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Tuesday, June 21, 2022
Case Number: 4:22-cv-02006
Document Number: 8 (2 pages)
Notice Number: 20220621-190
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

United States Courts
Southern District of Texas
FILED
JUL 05 2022
Nathan Ochsner, Clerk of Court

ZIP 77002
02 1W
0001374615 JUN. 22. 2022
US POSTAGE PITNEY BOWES
$ 000.53°

NIE   773  DC 1    0007/02/22
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 7720810101010    *8493-01631-02-25

77208>1010