# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS


20220623-36

Bret W Davis
Office of US Attorney
910 Travis
Ste 1500
PO Box 61129
Houston, TX 77208-1129

United States Courts
Southern District of Texas
FILED

JUL 05 2022

Nathan Ochsner, Clerk of Court

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Thursday, June 23, 2022
Case Number: 4:22-cv-02006
Document Number: 10 (2 pages)
Notice Number: 20220623-36
Notice: The attached order has been entered.

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

US POSTAGE™ PITNEY BOWES

ZIP 77002
02 1W $ 000.53°
0001374615 JUN 23 2022

United States Courts
Southern District of Texas
FILED

JUL 05 2022

Nathan Ochsner, Clerk of Court

XIE      773   DC 1       0007/02/22
     RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD

BC: 7720810101010         *1365-09317-23-45

77208>1010