United States District Court
Southern District of Texas
**ENTERED**
July 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:22-cv-02006 |
|---|---|---|---|

| National Oilwell Varco LP |
|---|
| Plaintiff |
| *versus* |
| Julio C. Garza |
| Defendant |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Adam Israel<br>Balch & Bingham LLP<br>1901 Sixth Avenue Suite 1500<br>Birmingham, AL 35203<br>205-226-3495 aisrael@balch.com<br>Alabama 3883-A541 |
|---|---|

| Name of party applicant seeks to appear for: | Julio C. Garza |
|---|---|

Has applicant been sanctioned by any bar association or court? Yes ___ No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 7/1/2022 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: authorized to practice. |
|---|
| Dated: 07·05·2022 | Clerk's signature: [signature] |

## Order

Dated: 07·05·2022

**This lawyer is admitted *pro hac vice*.**

[signature]
United States District Judge