```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   SOUTHERN DISTRICT OF TEXAS
                              - - -
 3
           THE HONORABLE LYNN N. HUGHES, JUDGE PRESIDING
 4     _____
       NATIONAL OILWELL VARCO LP,         )
 5                                        )
            Plaintiff,                    ) CRIMINAL ACTION NO.
 6                                        ) 4:22-CV-2006
       v.                                 )
 7                                        )
       JULIO GARZA,                       )
 8                                        )
            Defendant,                    )
 9     _____)

10                        **MOTION HEARING**

11         OFFICIAL REPORTER'S TRANSCRIPT OF PROCEEDINGS

12                         Houston, Texas

13                         June 21, 2022

14     APPEARANCES:

15     For the Plaintiff:       Stuart W. Lapp, Esq.
                                Bret Davis, Esq.
16                              Joshua Allen Redelman, Esq.

17     For the Defendant:       Audrey F. Momanaee, Esq.

18     For Array Technologies:  Rachel P. Steely, Esq.

19

20     Reported by:   Mary Nancy Capetillo, CSR, RPR, TRR
                      Official Court Reporter
21                    United States District Court
                      Southern District of Texas
22                    mary_capetillo@txs.uscourts.gov

23

24        Proceedings reported by computerized stenotype

25     machine.
```



EXHIBIT A

```
                1                    PROCEEDINGS
02:16:45        2            THE COURT:  Good afternoon.
02:16:56        3            MR. LAPP:  Good afternoon, Your Honor.
02:16:57        4            THE COURT:  To the extent that afternoons
                5    here wouldn't be anybody's first choice recreationally.
02:17:49        6            All right.  Who is here for Varco?
02:17:55        7            MR. LAPP:  Your Honor, Stuart Lapp,
                8    L-A-P-P, for National Oilwell Varco.  My co-counsel
                9    Joshua Redelman and Bret Davis.
02:18:06       10            MR. DAVIS:  Good afternoon, Your Honor.
02:18:07       11            THE COURT:  Is it okay if I just call it
               12    Varco?
02:18:12       13            MR. LAPP:  Yes, sir, or you can call it
               14    NOV which is how they -- but whatever you prefer, Your
               15    Honor.
02:18:16       16            THE COURT:  Well, there are too many
               17    initials and things, right, that have to be there.
               18    Let's just call your client Varco.
02:18:30       19            MR. LAPP:  Yes, Your Honor. And, Your
               20    Honor, if we could also introduce -- we brought our two
               21    summer associates with us today, law students at
               22    University of Houston, Nicholas Boden and Victoria
               23    Lujan.  They're just here to observe.
02:18:44       24            THE COURT:  I would suggest that they sit
               25    in the jury box because they'll be closer, and from
```

| | | |
|---|---|---|
| | 1 | order.  He later modified the order to require that |
| | 2 | instead of the forensics being done in accordance with |
| | 3 | that order that the actual electronic storage devices be |
| | 4 | turned over to Defendant's counsel's possession.  There |
| | 5 | is no further order for any forensics work.  So we did |
| | 6 | that. |
| 02:24:30 | 7 | THE COURT:  Can you all work out a |
| | 8 | forensics order? |
| 02:24:37 | 9 | MS. MOMANAEE:  Yes, Your Honor, I think we |
| | 10 | can.  We got to the point where I thought we had.  Back |
| | 11 | on June 10th, Your Honor, I sent a revised version of an |
| | 12 | agreed protocol that we had all discussed amongst |
| | 13 | ourselves and I believed to be final.  Array's counsel |
| | 14 | believed it to be final; and we had had discussions, |
| | 15 | multiple discussions about the terms of that.  They had |
| | 16 | redlined it.  I thought it was done.  That was on June |
| | 17 | 10th.  It was sent to counsel.  Counsel said that they |
| | 18 | would talk to NOV about it, and it never got returned or |
| | 19 | dealt with. |
| 02:25:08 | 20 | Since that time, Your Honor, importantly, |
| | 21 | very importantly, yesterday Varco dismissed Array from |
| | 22 | the case which caused us to, in that event, realize that |
| | 23 | removal was absolutely proper here; and that's why we're |
| | 24 | in front of you today, because they had alleged |
| | 25 | improperly but they had alleged that Array was a Texas |

|          |    |                                                                      |
|----------|----|----------------------------------------------------------------------|
|          | 1  | some type of technology that they may want, which is                 |
|          | 2  | absolutely wrong which they can see now that they have               |
|          | 3  | nonsuited us because we've been doing it for so long.                |
|          | 4  | That's not what he's brought in for.                                 |
| 02:32:24 | 5  | There's been nothing found on the system.                            |
|          | 6  | As a matter of fact, there was one document; and I think             |
|          | 7  | everyone has agreed that that's not trade                            |
|          | 8  | secret/confidential information of NOV, and we've been               |
|          | 9  | taken out of the lawsuit.  So the threat of any type of              |
|          | 10 | injury, if Mr. Garza is working for us, we believe is                |
|          | 11 | gone as Ms. Momanaee had just talked about earlier.                  |
|          | 12 | And, listen, I'll just say this:  Array doesn't want                 |
|          | 13 | their information.                                                   |
| 02:32:57 | 14 | THE COURT:  Pardon?                                                  |
| 02:32:57 | 15 | MS. STEELY:  Array doesn't want NOV                                  |
|          | 16 | information.  That's not why Mr. Garza was hired.                    |
| 02:33:06 | 17 | MS. MOMANAEE:  Yes, Your Honor?                                      |
| 02:33:07 | 18 | THE COURT:  What are your thoughts on what                           |
|          | 19 | you've learned while they were talking?                              |
| 02:33:12 | 20 | MS. MOMANAEE:  Well, I mean, what                                    |
|          | 21 | Ms. Steely says is dead-on; and I think to echo the                  |
|          | 22 | point, Array has been in business for a long time.  In               |
|          | 23 | fact, the project that Mr. Garza was working on for NOV              |
|          | 24 | was called a "me too" project.  He was trying to develop             |
|          | 25 | something like what Array does.  It's not like he was                |

|   |    |   |
|---|---|---|
|  | 1 | expedited discovery.  One of the discovery requests that |
|  | 2 | Varco sent to Mr. Garza was to run searches of his -- of |
|  | 3 | every -- well, I could find the request; but anyway they |
|  | 4 | asked to run searches for 58 terms, 58 search terms.  I |
|  | 5 | personally ran those searches.  I personally have looked |
|  | 6 | at his email account.  I personally produced that |
|  | 7 | document because it said NOV on it, Your Honor. |
| 02:48:43 | 8 | There is not -- I think that they think |
|  | 9 | that -- I actually don't think that they think that |
|  | 10 | there is stuff there; but even if they did, I can tell |
|  | 11 | the Court, I've reviewed it.  I produced documents last |
|  | 12 | night to them.  I'm still waiting on documents from them |
|  | 13 | including, Your Honor, the 200 documents that they say |
|  | 14 | are this confidential information.  I haven't gotten it |
|  | 15 | because they haven't even produced to us the |
|  | 16 | confidential information which is the basis for the |
|  | 17 | claims in this case, not received.  But I personally |
|  | 18 | went through Mr. Garza's email.  That's what I produced |
|  | 19 | from it.  He did use his email for personal reasons.  He |
|  | 20 | did not use it for work.  I looked at it.  I'll just say |
|  | 21 | that. |
| 02:49:25 | 22 | Your Honor, with regard to the venue |
|  | 23 | issue, you asked a question of Mr. Lapp earlier:  Why |
|  | 24 | was it brought in Grimes County?  It's because the |
|  | 25 | proper venue under the agreement that they're now |