**Tracy Sebesta**

| | |
|---|---|
| **From:** | julio garza <juliogrz200@hotmail.com> |
| **Sent:** | Friday, May 14, 2021 9:26 AM |
| **To:** | Garza, Julio |
| **Subject:** | [EXTERNAL] Purlin |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**Use caution when interacting with this [EXTERNAL] email!**



EXHIBIT

I





Sent from my iPhone

**Tracy Sebesta**

| | |
|---|---|
| **From:** | julio garza <juliogrz200@hotmail.com> |
| **Sent:** | Wednesday, June 16, 2021 7:21 PM |
| **To:** | Garza, Julio |
| **Subject:** | [EXTERNAL] Driven piles |
| **Attachments:** | PileExmplSolu.pdf |

**Use caution when interacting with this [EXTERNAL] email!**

https://web.njit.edu/~khera/Courses/CE443/Exmpl-Solu-handout/Piles/PileExmplSolu.pdf

Sent from my iPhone

**Tracy Sebesta**

| | |
|---|---|
| **From:** | julio garza <juliogrz200@hotmail.com> |
| **Sent:** | Wednesday, June 16, 2021 7:07 PM |
| **To:** | Garza, Julio |
| **Subject:** | [EXTERNAL] Driven pile |
| **Attachments:** | pile design1-das.pdf |

**Use caution when interacting with this [EXTERNAL] email!**

http://www.civil.uwaterloo.ca/maknight/courses/cive554650/lectures/Deep%20foundations/pile%20design1-das.pdf

Sent from my iPhone

1

**Tracy Sebesta**

| | |
|---|---|
| **From:** | julio garza <juliogrz200@hotmail.com> |
| **Sent:** | Monday, May 24, 2021 5:06 AM |
| **To:** | Garza, Julio |
| **Subject:** | [EXTERNAL] Solar |
| **Attachments:** | 570_Bitsuamlak.pdf |

**Use caution when interacting with this [EXTERNAL] email!**

ftp://ftp.atdd.noaa.gov/pub/cwe2010/Files/Papers/570_Bitsuamlak.pdf

Sent from my iPhone

1

**Tracy Sebesta**

| | |
|---|---|
| **From:** | Garza, Julio |
| **Sent:** | Friday, December 3, 2021 2:54 PM |
| **To:** | John Williamson; James McBurney; Garrett Heyden |
| **Cc:** | Stancic, Milos; juliogrz200@hotmail.com |
| **Subject:** | Structural Analysis and Wind Loads |

John and Team,

Hope you had a good week. I wanted to follow up with the wind load report mark ups and see if you had some feedback on that? Also, I wanted to ask about the structural calcs. In our last call we did not discuss this much but would like to hold another meeting to better discuss our analysis. We would like to confirm our approach so we can update our interior row analysis and finalize the design in preparation for the aeroelastic wind tunnel test. Would be nice to confirm our calculations on the exterior row design so we can compare with CPP results on the pluck test and aeroelastic screening report.

Julio Cesar Garza | *Senior Solar Engineer*

**NOV Rig Technologies, Renewables**
10353 Richmond Ave.| Houston, Tx 77042
T   346.223.4662
M  956.735.3465
E   julio.garza@nov.com