**Tracy Sebesta**

| | |
|---|---|
| **From:** | Josh Redelman |
| **Sent:** | Monday, June 27, 2022 5:27 PM |
| **To:** | Momanaee, Audrey F.; Stuart Lapp |
| **Cc:** | Bret Davis; Tracy Sebesta |
| **Subject:** | RE: NOV v. Garza (2151.013) |
| **Attachments:** | Proposed Search Terms.docx |

Audrey,

Please see the proposed search terms attached to this email.

Respectfully,

**Josh Redelman**
*Attorney at Law*
**Stibbs & Co., P.C., Attorneys**
819 Crossbridge Dr., Spring, Texas 77373
**P:** 281-367-2222 **F:** 281-681-2330
**D:** 281-323-6009
**Direct: jredelman@stibbsco.com | www.stibbsco.com**





**Stibbs & Co. team members are intentionally copied on this email. Please "reply all" to all such team members. Failure to do so may cause delay.**

IMPORTANT/CONFIDENTIAL:  This transmission from the law firm of Stibbs & Co., P.C. is intended only for the use of the addresses shown.  It contains information that may be privileged, confidential, and/or exempt from disclosure under applicable law.  If you are not the intended recipient of this transmission, you are hereby notified that the copying, use, or distribution of any information or materials transmitted herewith is strictly prohibited.  If you have received this e-mail by mistake, please immediately respond to this e-mail to notify the sender.

**From:** Momanaee, Audrey F. <amomanaee@balch.com>
**Sent:** Monday, June 27, 2022 3:57 PM
**To:** Stuart Lapp <slapp@stibbsco.com>
**Cc:** Josh Redelman <jredelman@stibbsco.com>; Bret Davis <bdavis@stibbsco.com>; Tracy Sebesta <tsebesta@stibbsco.com>
**Subject:** RE: NOV v. Garza (2151.013)

Stuart,

1

EXHIBIT G

Thanks for this and your call back.  I've called you back a moment ago.  Give me a call as you can, as we would still like to try to work out an agreement before Wednesday, but time is growing short.

Have you sent over a list of proposed search terms/file names as we discussed on Friday? I want to make sure that I haven't missed it.

Thanks,

Audrey



Audrey F. Momanaee, Partner, Balch & Bingham LLP
811 Louisiana Street • Suite 1010 • Houston, TX 77002
t: (713) 362-2557   f: (866) 230-9950   e: amomanaee@balch.com
www.balch.com

**From:** Stuart Lapp <slapp@stibbsco.com>
**Sent:** Monday, June 27, 2022 1:23 PM
**To:** Momanaee, Audrey F. <amomanaee@balch.com>
**Cc:** Josh Redelman <jredelman@stibbsco.com>; Bret Davis <bdavis@stibbsco.com>; Tracy Sebesta <tsebesta@stibbsco.com>
**Subject:** NOV v. Garza (2151.013)

**[External Email] Please use caution.**

Audrey:

I left you a voice message and am sending the attached redline of your proposed forensic protocol.  We are meeting with the client this afternoon.

Thanks,
Stuart

**Stuart W. Lapp**
*Managing Partner*
**Stibbs & Co., P.C., Attorneys**
819 Crossbridge Dr., Spring, Texas 77373
**P:** 281-367-2222 **F:** 281-681-2330
**D:** 281-323-6040 **C:** 713-416-6233

slapp@stibbsco.com | www.stibbsco.com

 

2



 **Please consider the environment before printing this e-mail**

**Stibbs & Co. team members are intentionally copied on this email. Please "reply all" to all such team members. Failure to do so may cause delay.**

IMPORTANT/CONFIDENTIAL:  This transmission from the law firm of Stibbs & Co., P.C. is intended only for the use of the addresses shown.  It contains information that may be privileged, confidential, and/or exempt from disclosure under applicable law.  If you are not the intended recipient of this transmission, you are hereby notified that the copying, use, or distribution of any information or materials transmitted herewith is strictly prohibited.  If you have received this e-mail by mistake, please immediately respond to this e-mail to notify the sender.

---

CONFIDENTIALITY:  This email and any attachments may be confidential and/or privileged and are therefore protected against copying, use, disclosure or distribution.  If you are not the intended recipient, please notify us immediately by replying to the sender and double deleting this copy and the reply from your system.

"KiloNewton, KN or kn or kN, KiloNewton LLC, @kilonewtonllc.com" "Williamson" "John Williamson" "Dr. Simma, "Krishna"

"CPP, CPP Inc. @cppwind.com

Underwriters Laboratory, UL, @ul.com

Intertek, @intertek.com,

"lumped sum model" "lumped sum parameter model" "parameter" "LSM" "LSM calculator"

"HALT" "HALT test" "highly accelerated life-cycle testing"

"1P tracker" "2P tracker" "AmberTrack" "Corosolar" "Sunlink" "central drive" "purlins" "damper" "damping" "modal analysis" "novatrack"

"wind load" "wind tunnel" "wind testing" "dynamic amplification factor" "DAF" "15595" "1857339-CAL" "ANSYS or Ansys "RSA or Robot Structural Analysis" "SOL-28-21305" "14390" "CPP Project"

NOV, NOV Solar Tracker, NOV tracker, Amber, NOV, NOV Rig Technologies, National Oilwell Varco, @nov.com

Array, Array Technology, Array Technologies, Array Technologies, Inc. @arraytechinc.com

"CFD" " "balance of system or balance of system costs," "1P or 1IP or one in portrait", "2P or 2IP or two in portrait," "solar array," "solar tracking," "solar racking or racking," "tracker or tracker study," "bloom," "butterfly," "prototype," "STC or Springett Technology Center," "geopro," "geo" "techtrack," "TT" "confidential," "secret," "proprietary," "modify or change," and "weight or weights."