

## INTELLECTUAL PROPERTY, CONFIDENTIAL INFORMATION AND NON-SOLICITATION AGREEMENT

This INTELLECTUAL PROPERTY, CONFIDENTIAL INFORMATION AND NON-SOLICITATION AGREEMENT by and between National-Oilwell Varco, L. P. and its subsidiaries and affiliates, hereinafter referred to as the "Company," and myself shall be effective as of my first day of employment with the Company (Effective Date).

I agree that, in accepting or continuing employment with the Company, I bind myself to the following obligations as part of my consideration to the Company for the salary or wages paid to me by the Company and for my being provided and permitted access to Company Confidential Information pertaining to the business of the Company.

### Definitions:

Company Confidential Information: any and all information in any form or format relating to the Company or entrusted to the Company via third party, including but is not limited to technical information, software, databases, methods, know-how, formulae, compositions, drawings, designs, data, prototypes, processes, discoveries, machines, inventions, concepts, ideas, improvements to any of the aforementioned, well logs or other data, equipment, drawings, notes, reports, manuals, business information, compensation data, customer lists, customer contact information, customer organizational information, customer preferences, customer purchasing history, customer needs, customer designs, financial information, credit information, pricing information, information relating to future plans, marketing strategies, new product research, historic or pending projects and proposals, proprietary design processes, research and development strategies, intellectual property considered by the Company to be confidential, including Trade Secrets, unpublished patent applications, and related filings, and similar items regardless of whether or not identified as confidential or proprietary.

Intellectual Property: is all patents and patent applications, trademarks, whether registered or unregistered, and trademark applications, copyrights and copyright applications, Trade Secrets, Company Confidential Information, ideas, concepts, discoveries, inventions, improvements, software, business information, lists, designs, drawings, writings, contributions, works of authorship, findings, formulae, processes, product development, manufacturing techniques, business methods, tools, routines and methodology, documentation, systems, modifications thereto, know-how, and developments, and any other form of intellectual property.

Trade Secrets: is all forms and types of information, including business, scientific, technical, economic, or engineering information, and any formula, design, prototype, pattern, plan compilation, program device, program, code, device, method, technique, process, procedure, financial data, or list of actual or potential customers or suppliers, whether tangible or intangible and whether or how stored, compiled, or memorialized physically, electronically, graphically, photographically, or in writing.

Company Intellectual Property: is all Intellectual Property that was authored, conceived, developed, or reduced to practice by Employee (either solely or jointly with others), in the term of his/her employment: (a) at the Company's expense; (b) using any of the Company's materials or facilities; (c) during the employee's working hours; or (d) that is applicable to any activity of Company, including but not limited to business, research, or development activities. Company Intellectual Property may be originated or conceived during the term of my employment but completed or reduced to practice thereafter. Company Intellectual Property shall be deemed a "work made for hire" as that term is defined by the copyright laws of the United States. Company Intellectual Property includes any Pre-existing Intellectual Property assigned, licensed, or transferred to Company.

During and after my employment with the Company, I will assist the Company and its nominees, successors or assigns, upon request, to obtain and maintain for its or their own benefit patents, copyrights, or other suitable protection for Company Intellectual Property in any and all countries, at no expense to me. Such assistance shall include, but not be limited to, the execution and delivery of specific assignments of Intellectual Property and all domestic and foreign patent rights therein, and all other documents of every nature which relate to the securing and maintenance of such patent rights, and the performance of all other lawful acts, such as the giving of testimony in any interference proceedings, infringement suits or other litigation, as may be deemed necessary or advisable by the company or its nominees, successors or assigns.

It is understood that this Agreement shall not embrace or include any inventions, patents, or applications for patents owned or controlled by me prior to the time of my employment by the Company, as may be proven by appropriate documentary evidence, complying with the requirements of the United States patent law and the rules of practice of

the United States and Trademark Office. I hereby waive all rights and remedies against the Company and its nominees, successors or assigns, in respect of such prior Intellectual Property except those which are accorded me by the United States Patent and Trademark Office and / or by the patent office of other countries.

I recognize that during my employment I will receive, develop, or otherwise acquire Company Confidential Information. During and after my employment, except as authorized by the Company, I will not disclose or use, directly or indirectly, any Company Confidential Information that I obtain during the course of my employment.

I will disclose promptly to the Company all Intellectual Property conceived, reduced to practice or made by me. All such Company Intellectual Property shall be and remain the property of the Company or its nominees, successors or assigns.

I agree to not remove from the Company's premises or its control any Company Confidential Information or Company Intellectual Property, unless specifically authorized to do so or as part of my duties at Company. This includes not copying or transmitting such information via personal electronic devices, external hard drives, storage discs, CD's, DVD's, personal email accounts, online storage accounts, and any other similar media. Upon termination, for any reason, of my employment, I shall promptly deliver to the Company all drawings, blue prints, manuals, letters, notes, notebooks, reports, electronic files and if password protected, all passwords necessary to access Company Confidential Information or Company Intellectual Property contained therein, software and all other material which have not been made public relating to the Company's business and which are in my possession or under my control.

I understand and acknowledge that the Company has expended and continues to expend significant time and expense in recruiting and training its employees and that the loss of employees would cause significant and irreparable harm to the Company. I agree not to directly or indirectly solicit, hire, recruit, attempt to hire or recruit, or induce the termination of employment of any employee of Company during my employment or the eighteen-month period post termination. This restriction shall be limited to persons: (1) with whom I had contact or business dealings while employed by Company; (2) who worked in my business unit; or (3) about whom I had access to confidential information.

I agree not to directly or indirectly solicit, contact (including but not limited to verbal, electronic or document communication), attempt to contact or meet with the Company's current, former or prospective customers for the purpose of selling products or offering services of the types for which I had responsibility or knowledge during my employment and during the eighteen-month period post termination. This restriction shall only apply to: customers or prospective customers I contacted in any way during the last two years of my employment; customers about whom I have Company Confidential information; and customers who became customers during my employment with my business unit.

I hereby grant to the Company, its nominees, successors or assigns, full and exclusive permission to copyright, use and publish, for advertising or other commercial purposes, either in conjunction with or without using my name, any and all pictures of me which I allow the Company or its representatives to make.

The interpretation, application and effect of this Agreement shall be governed by the laws of the State of Texas and the Agreement shall be binding upon my heirs, executors, administrators or other legal representatives or assigns. Any disputes and claims arising from this Agreement, apart from Company-initiated claims seeking equitable relief, fall under the purview of the Company's Employee Dispute Resolution Program ("EDR Program") and must be resolved in accordance thereto. I agree that claims not covered by the EDR Program shall be litigated solely and exclusively in the state or federal courts located in the Harris County, Texas and that such courts are convenient forums. I further submit to the personal jurisdiction of such courts for purposes of any such claims, actions or proceedings.

The decision to grant a waiver to any terms and conditions of this Agreement shall be in the Company's discretion. If Company decides to grant a waiver, the waiver may be subject to such restrictions or conditions as Company may impose and will not constitute a waiver of any other term. No waiver or modification of this Agreement is effective unless made in writing and signed by a Company Business Unit or Segment President. This Agreement may not be released, discharged, abandoned, or terminated, in whole or in part, except by an instrument in writing signed by a Company Business Unit or Segment President.

Employee Signature _____

Printed Name of Employee _Julio C. Garza_____

Person Number _4023623_____

Date _5-13-19_____