**EXHIBIT B**

April 21, 2022
Ed Whitnell
VP Renewables
NOV

Dear Ed,

Please accept this as a formal notice of my resignation from the position of Senior Solar Engineer at NOV. I am grateful for the opportunities NOV has provided me and have been fortunate to grow and learn more here as an engineer. However, I've made the decision to pursue another opportunity that is more consistent with my career goals.

I will make every effort to leave on the best terms and will provide any necessary guidance for the transition period. I wish NOV and the renewables team the very best going forward.

Respectfully,

Julio Garza