United States District Court
Southern District of Texas
**ENTERED**
July 13, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

National Oilwell Varco, L.P.,                    §
                                                 §
                    Plaintiff,                   §
                                                 §
versus                                           §        Civil Action H-22-2006
                                                 §
Julio Garza,                                     §
                                                 §
                    Defendant.                   §

## Order to Respond

1.   By July 15, 2022, Julio Garza must respond to National Oilwell Varco's emergency motion to compel compliance.

2.   All other deadlines are stayed.


Signed on July **13**, 2022, at Houston, Texas.


_____
Lynn N. Hughes
United States District Judge