UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
July 14, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| National Oilwell Varco LP, | § | |
| | § | |
| *versus* | § | Civil Action 4:22−cv−02006 |
| | § | |
| Julio Garza. | § | |

## Order Setting Hearing

1.     A hearing will be held before Lynn N Hughes on

   July 14, 2022
   at 02:45 PM
   Courtroom 11−C, Eleventh Floor
   United States Court House
   515 Rusk Avenue
   Houston, Texas 77002.

2.     To ensure full notice, whoever receives this notice must confirm that every other party knows of the setting.

3.     Each party must appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4.     The court will consider motions, narrow issues, inquire about and resolve expected motions, interrogate counsel, and schedule discovery. Counsel are to consult among themselves about these matters well in advance.

   Signed on July 14, 2022, at Houston, Texas.

   Lynn N. Hughes   USDJ
   United States District Judge