Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☒ Matar   ☐ Troutman |

DATE: 7/14/22

TIME: 2:45 a.m./p.m. — 3:10 a.m./p.m.

CIVIL ACTION: 22 CV 2006

STYLE: National Oilwell Varco

*versus*

Julio Garza

DOCKET ENTRY

☐ Conference  ☒ Hearing  Day _____  ☐ Bench  ☐ Jury Trial   Reporter: K. Miller

Bret Davis & Joshua Redelman          for   National Oilwell Varco
Audrey Momanaee                             for   Garza
_____   for  _____
_____   for  _____

☐  Evidence taken [exhibits, testimony]: _____
☒  Argument heard on: Privilege in deposition
☐  Motions taken under advisement: _____
☐  Order to be entered.
☐  Internal review set: _____
☐  Rulings rendered on: _____