United States District Court
Southern District of Texas
**ENTERED**
July 19, 2022
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| National Oilwell Varco, L.P., | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-22-2006 |
| Julio Garza, | § § | |
| Defendant. | § § | |

## Management Order

Based on National Oilwell Varco's notice, the motion to compel is denied without prejudice. (34)(36)

Signed on July 18, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge