

*Julio Garza - PNY USB File Listing*
*USB Serial Number 5B820C00008C*
*FTI EID F10152-1-JT2-E004*

| Name | File Ext | Logical Size (bytes) | MD5 |
|---|---|---|---|
| 130MW Pile Cost.xlsx | xlsx | 19165 | b7dacddb368a713be0c6adca0bafb073 |
| 14390 DAF Tables.xlsx | xlsx | 689457 | db070fa2a3264fa81dde4c4f11ca997e |
| 14390 Tables - Client Copy.xlsx | xlsx | 224615 | 4b88118530160cf47d6e190fc8a560f7 |
| 15595 NOV Tracker Study ADD04 Gap Adjustment Factors.xlsx | xlsx | 13135 | 5998f807491ec97e45e5b5a837489033 |
| 15595 Static Loads Tables R00D00.xlsx | xlsx | 205862 | 5855f917799fa0dc38f4533e918cd831 |
| 15595_StaticTables_NOV1P_Add04.xlsx | xlsx | 371078 | 1efbdbe215ae590e7186e73c9c66ae34 |
| 1IP Solar Rough Costing.xlsx | xlsx | 40390 | b56b799ced2942f5ed0b495037619b7c |
| 1IP Structural Analysis R00.xlsx | xlsx | 196118 | a834f5a45aa53774c3df77a20814a0e2 |
| 2IP Solar Rough Costing.xlsx | xlsx | 49549 | e60f7023968afc9b6e8f47f4e8b52b81 |
| 2IP Solar Rough Costing-PerMeeting.xlsx | xlsx | 26778 | ea9371fa6844c36abf116eb4416f8f66 |
| 6 Span Indeterminate Beam Calculator.xlsx | xlsx | 440707 | ed6f3f75b7f405364e7d7ddef2d12740 |
| AISC-v15.1_vol_1_design-examples.pdf | pdf | 10128629 | bb81e36453f4b5e86d8eecf33fa164ff |
| Analysis of Statically Indeterminate Structures - Chapter 16.pdf | pdf | 3384945 | 6424d312ba87beab11535817b7a5be9d |
| ASCE 7-16-Unsecure.pdf | pdf | 532278926 | e0d095b838e7677c2c7445661bb822d4 |
| ASCE_7-10.pdf | pdf | 49553994 | 9d207f7c652730f584e181015e9a2ae6 |
| BloomWinchCableStudy.xlsx | xlsx | 16466 | 2454e49bda0dba96802696135fc74e36 |
| Book1.xlsx | xlsx | 9325 | cbf90448ebdeb664ba03a2ff110a897d |
| CableStudy Rev00.xlsx | xlsx | 55258 | adeed1639374c0c88b7c738f6c49136c |
| CableStudy Rev01.xlsx | xlsx | 55713 | a782294072690f351193680524824942 |
| Cantilever - 0deg Survival (Done).xmcd | xmcd | 2455970 | 34cf4281a2a5d7c550f4d1759b370c2b |
| Cantilever - 0deg Survival.xmcd | xmcd | 1924347 | 0d3404408aea60478bf1dcbe0d883a7f |
| Cantilever - 45deg Worst Case DownForce (Done).xmcd | xmcd | 2455382 | 3742c09675280625e56ee7167c4bdac4 |
| Cantilever - 45deg Worst Case Uplift (Done).xmcd | xmcd | 2453367 | fabe09be9c9a55551f578ad0c3992919 |
| Cantilever - Worst Case Downforce.xmcd | xmcd | 1932774 | 4905eb341722b814531dfd7f136aac38 |
| Cantilever - Worst Case Uplift.xmcd | xmcd | 1932511 | a67e4d7604219f722f73e980fd7d8d76 |
| Clips - 0deg Survival.xmcd | xmcd | 298779 | d8db992a1977617a3d99945d69df6dd7 |
| Costing For 2IP-Solar.xls | xls | 91136 | 8e5b0608902583c0798d33da83f2e91b |
| CPP14390_NOVSolarTracker_Dynamics_REP_SOL_R00D00.pdf | pdf | 4208404 | 76f035c16cf4c851b43880b54f17298c |
| CPP14390_NOVSolarTracker_REP_SOL_R00D00.pdf | pdf | 8374986 | 7b307fe9473e6b9a9a16d88972a373b0 |
| CPP14390_NOVSolarTracker_REP_SOL_R01D00.pdf | pdf | 8455528 | eee633406c32e227ea8e213b6fd7e8b6 |
| CPP14390_NOVSolarTracker_REP_SOLINS_R00D00.pdf | pdf | 1592099 | 92845f278370ab8e28edb938ea0e0ebd |
| CPP15595 NOV1PTrackerStudy REP_SOLSTA_R00D00.pdf | pdf | 9206917 | 5d48daebc7caaafc241f3a98f8443ddf |
| DAF Spreadsheet and Figures.zip | zip | 6326589 | 09c18f489fc952e813531da85461973c |
| DAF Spreadsheets R01.zip | zip | 374837 | 855a0d63f0132e9ed66b106d7c3e67ef |
| DamperAnalysis.xlsx | xlsx | 12042 | ec8b1b2821a3c2934742bc6ed0568df8 |
| Drive Calcs - 1IP.xlsx | xlsx | 72124 | 6544465cbf8da9b6ebd56b4265659164 |
| Drive Calcs - JCG.xlsx | xlsx | 107260 | c92b2a93f6a91c871d6f3903cc2b7d52 |
| gantt-chart_L (1).xlsx | xlsx | 127073 | f60bc8424f80e6ae515f071c30ae6193 |
| InverterSizing.xlsx | xlsx | 125010 | 1c05e133c824ce637d9eb1694d34b8db |
| LatPile.xls | xls | 233984 | b8b9b9f1e9de201c45811d9c9d3e15c2 |
| Lifting-N-Blooming Tool.xmcd | xmcd | 49168 | 384ae29ac52281d1eda861f83bc05a03 |
| Lump Sum Parameter Model_NOV_release.xlsx | xlsx | 243691 | 8cc1e9c82cdc5743da2a750fb73e2318 |
| Lump Sum Parameter Model_NOV_release2.xlsx | xlsx | 168659 | e7fd5ba202206a8732d34bb688a28008 |
| Machinerys Handbook 26th.pdf | pdf | 29993291 | 9ec36326d659f6b51f6aaf41a13ce457 |
| Machinery's Handbook 28th Edtion Large Print.pdf | pdf | 18280763 | 00772433cb02149d394cd8cff59a2cc9 |
| Machinery's Handbook 28th Edtion Large Print.pdf | pdf | 18280763 | 00772433cb02149d394cd8cff59a2cc9 |
| Modeling Solar Trackers Dynamic Response and Properties V1 release.pdf | pdf | 590586 | 0a0d9e90955ff8828d4f4dad6c9f85ae |
| Modeling Solar Trackers Dynamic Response and Properties V2 release.pdf | pdf | 492188 | 05f46f4c8a83d178cdc85d56912e7211 |
| MotorCalcs.xlsx | xlsx | 10068 | 37ca494e8ebdc70ef216b8eb2472a2e9 |
| Pile Loads.xmcd | xmcd | 369229 | 22f907169e7cbdb4e1b7ef7142bf3d20 |
| Pile Loads-1IP-Concrete.xlsx | xlsx | 189232 | 396dba98223cd712ad8696566a9ed12b |
| Pile Loads-1IP-Driven.xlsx | xlsx | 155116 | 3f74f820fbc83ac79649d6ee8c6903b4 |
| Post Moment - 0deg Survival (Done).xmcd | xmcd | 3974652 | 17818137f6edb3a016be2eeaa675109d |
| Post Moment - 0deg Survival.xmcd | xmcd | 3593576 | 4ba0c1611c2bbbd7ae8e8e0c7ec6783a |
| Post Moment - 45deg Worst Case DownForce (Done).xmcd | xmcd | 3977025 | 12205cbfdfcbcecf2df367cf115afe5e |
| Post Moment - 45deg Worst Case Uplift (Done).xmcd | xmcd | 3977564 | 65ab2dbee041e1bbbee1e26a316c609e |
| Post Moment - Worst Case Downforce.xmcd | xmcd | 3596096 | b90a7be1576dacb90ed216cade584fb4 |
| Post Moment - Worst Case Uplift.xmcd | xmcd | 3591320 | 3caba636718fc2945dee07f44b0f123f |
| Post Normal - 0deg Survival (Done).xmcd | xmcd | 3973861 | d1218b27bf8be35f4449647cdf6f8cba |
| Post Normal - 0deg Survival.xmcd | xmcd | 3539135 | f7a01c95e98d2fb141f566bc7b9d11ed |
| Post Normal - 45deg Worst Case DownForce (Done).xmcd | xmcd | 3971335 | 3c482aec99db54d82f6c416a7a827fee |

EXHIBIT C

| File | Type | Size | Hash |
|---|---|---|---|
| Post Normal - 45deg Worst Case UpLift (Done).xmcd | xmcd | 3972582 | 390dc7759863bfa1233fd8a7dc93acde |
| Post Normal - Worst Case Downforce.xmcd | xmcd | 3538162 | 6f4da5ce84f17147e43c2840068b75d1 |
| Post Normal - Worst Case Uplift.xmcd | xmcd | 3538206 | 8e784ea12d7a7bb5e06f43274f629575 |
| PurlinBreakDown-RollerDie.xlsx | xlsx | 21424 | 492a59a30961350298deae830eb476bb |
| Purlins - 0deg Survival.xmcd | xmcd | 1810711 | 0b707da131c298b20f20c73e9ad522d2 |
| Purlins - 45deg Worst Case DownForce.xmcd | xmcd | 1988845 | 594a3feb75f4907cc2e5223286c354fb |
| Purlins - 45deg Worst Case UpLift.xmcd | xmcd | 1991461 | 8126703c7ec909dec7e562db245914e1 |
| Purlins - Worst Case Downforce.xmcd | xmcd | 1803029 | 9e5da0a29382631dd7a16bcc4e45d98f |
| Purlins - Worst Case Uplift.xmcd | xmcd | 1802384 | 5c40f6e66976745a8bef0ee0ee493000 |
| Roark's formulas for stress and strain.pdf | pdf | 6893278 | be00cfa5ccfba334ee5a805db97a617c |
| Roark's formulas for stress and strain.pdf | pdf | 6893278 | be00cfa5ccfba334ee5a805db97a617c |
| Shear and Bending Moment Diagrams.xmcd | xmcd | 515587 | 29a68102fa3604dc204be1a4833460eb |
| Shigley's Mechanical Engineering Design 9th Edition.pdf | pdf | 52580500 | bb29ade5241ed22460701594afa8157b |
| Solar Calcs Variable Replace.xmcd | xmcd | 1106127 | 10668fe8ac1f3fa5ed2bb900784070d4 |
| Solar Panel Analysis - Set Up Data.xmcd | xmcd | 5883882 | dc38b0ce76d5a763c24ede131e9eaf94 |
| Solar Panel Analysis.xmcd | xmcd | 1372404 | ad1d4e2bc045cd372e31741540ae89a5 |
| Solar Panel Analysis_JMM.xmcd | xmcd | 6869705 | 9e93fa425a5af49a5c659454d80c66f7 |
| Solar Panel Forces - CFD Loads.xlsx | xlsx | 487041 | e277c086552bbd96ddbc8b1d6fba6f33 |
| Solar Panel Forces - CPP Comparision & 2D CFD.xlsx | xlsx | 589846 | 75463b7b144758dce63c7f7b249b2bf9 |
| Solar Panel Forces.xlsx | xlsx | 544736 | a3130cc58f7ce00580f3536a814477bd |
| SolarPanelFrameAnalysis - CFD Loads.xlsx | xlsx | 261826 | d14fccec7088bbf6553cf7b09ea31c32 |
| SolarPanelFrameAnalysis - CPP Loads.xlsx | xlsx | 151049 | c85342859fd2b199575392a649301269 |
| Steel_Construction_Manual_14thEd.pdf | pdf | 55765470 | 8ea601197dc57ec0663b191fe93bc096 |
| SunPositionCalculator.xlsm | xlsm | 1277339 | a9062ef8d9b6992e0e7677c2892d24b8 |
| TopHat-SectionProp.xmcd | xmcd | 160355 | f5080fe751010d7c945d46cfbed57c0a |
| TorqueAnalysis-SolarPanel.xmcd | xmcd | 63483 | 6ea90d11da769d467685025beb2f6af6 |
| Tracker Calcs - Good Copy - After Pluck Test 3 - JC 6.xlsx | xlsx | 1321770 | b29873a0cd4488d8de1e8b8adfb86da5 |
| Tracker Calcs - Good Copy - After Pluck Test 3.xlsx | xlsx | 819051 | 664836ea6b2db0a7a29d23494172c490 |
| Tracker Calculator REV07.xlsx | xlsx | 1305300 | c7fe12d3e60f6a3805bb1acb3bdc54cf |
| TrackerMassTonPerMW.xlsx | xlsx | 14236 | 6ba404a301891538a586b71e330f02f9 |
| TrackerSpacingCalculator.xlsx | xlsx | 43236 | 6cc200f15a51dec93924b25fec23b2bb |
| WinchSpeedAnalysis.xmcd | xmcd | 52912 | 63a3faba1184acd300b42b964d64fde2 |

**EXHIBIT C**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Endpoint Name | Source Process User | Event Time (UTC) | Target File Created At (UTC) | Target File Modified At (UTC) | Event type | Target File location | Target File Path |
| 2 | USA-CND831018Z | NOV\Garza2 | 4/22/2022 12:12:02 | 4/22/2022 12:11:58 | 4/22/2022 12:11:58 | File Rename | External Device | D:\Solar\Documents\NOV-Task Summary and Outcomes.pdf |
| 3 | USA-CND831018Z | NOV\Garza2 | 4/22/2022 12:11:59 | 4/22/2022 12:11:58 | 4/22/2022 12:11:58 | File Modification | External Device | D:\Solar\NOV-Task Summary and Outcomes.pdf |
| 4 | USA-CND831018Z | NOV\Garza2 | 4/22/2022 12:11:58 | 4/22/2022 12:11:58 | 4/22/2022 12:11:58 | File Creation | External Device | D:\Solar\NOV-Task Summary and Outcomes.pdf |
| 5 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:47:05 | 4/13/2022 11:22:17 | 4/22/2022 12:47:05 | File Modification | External Device | D:\Solar\1\1P\CPP15595 NOV1PTrackerStudy REP_SOLDYN_R00D00.pdf |
| 6 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:47:02 | 4/20/2022 12:47:01 | 4/20/2022 12:47:01 | File Modification | External Device | D:\Solar\1\1P\DAF Spreadsheet and Figures.zip |
| 7 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:47:01 | 4/20/2022 12:47:01 | 4/20/2022 12:47:01 | File Creation | External Device | D:\Solar\1\1P\DAF Spreadsheet and Figures.zip |
| 8 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:46:25 | 4/20/2022 12:46:25 | 4/20/2022 12:46:25 | File Modification | External Device | D:\Analysis Tools\AISC 360-10 (Direct Analysis Method).pdf |
| 9 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:46:25 | 4/20/2022 12:46:25 | 4/20/2022 12:46:25 | File Creation | External Device | D:\Analysis Tools\AISC 360-10 (Direct Analysis Method).pdf |
| 10 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:46:22 | 4/20/2022 12:46:22 | 4/20/2022 12:46:22 | File Modification | External Device | D:\Analysis Tools\p325-17aw.pdf |
| 11 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:46:22 | 4/20/2022 12:46:22 | 4/20/2022 12:46:22 | File Creation | External Device | D:\Analysis Tools\p325-17aw.pdf |
| 12 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:44:31 | 4/20/2022 12:44:30 | 4/20/2022 12:44:30 | File Modification | External Device | D:\Solar\1\1P_EXTERNAL_Re_ Lump Sum Calculator.msg |
| 13 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:44:30 | 4/20/2022 12:44:30 | 4/20/2022 12:44:30 | File Creation | External Device | D:\Solar\1\1P_EXTERNAL_Re_ Lump Sum Calculator.msg |
| 14 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:43:59 | 4/20/2022 12:43:59 | 4/20/2022 12:43:59 | File Creation | External Device | D:\Solar\1\1P\Example of Period.png |
| 15 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:43:57 | 4/20/2022 12:43:57 | 4/20/2022 12:43:57 | File Modification | External Device | D:\Solar\1\1P\Modeling Solar Trackers Dynamic Response and Properties V2 release.pdf |
| 16 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:43:57 | 4/20/2022 12:43:57 | 4/20/2022 12:43:57 | File Creation | External Device | D:\Solar\1\1P\Modeling Solar Trackers Dynamic Response and Properties V2 release.pdf |
| 17 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:43:04 | 4/20/2022 12:43:03 | 4/20/2022 12:43:03 | File Modification | External Device | D:\Solar\1\1P\Modeling Solar Trackers Dynamic Response and Properties V1 release.pdf |
| 18 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:43:03 | 4/20/2022 12:43:03 | 4/20/2022 12:43:03 | File Creation | External Device | D:\Solar\1\1P\Modeling Solar Trackers Dynamic Response and Properties V1 release.pdf |
| 19 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:23:02 | 4/20/2022 12:23:02 | 4/20/2022 12:23:02 | File Modification | External Device | D:\Solar\Analysis\Lump Sum Parameter Model_NOV_release2.xlsx |
| 20 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:23:02 | 4/20/2022 12:23:02 | 4/20/2022 12:23:02 | File Creation | External Device | D:\Solar\Analysis\Lump Sum Parameter Model_NOV_release2.xlsx |
| 21 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:22:44 | 4/20/2022 12:22:43 | 4/20/2022 12:22:43 | File Modification | External Device | D:\Solar\Analysis\15595_StaticTables_NOV1P_Add04.xlsx |
| 22 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:22:43 | 4/20/2022 12:22:43 | 4/20/2022 12:22:43 | File Creation | External Device | D:\Solar\Analysis\15595_StaticTables_NOV1P_Add04.xlsx |
| 23 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:20:26 | 4/20/2022 12:20:26 | 4/20/2022 12:20:26 | File Modification | External Device | D:\Books-N-Specs\Analysis of Statically Indeterminate Structures - Chapter 16.pdf |
| 24 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:20:26 | 4/20/2022 12:20:26 | 4/20/2022 12:20:26 | File Creation | External Device | D:\Books-N-Specs\Analysis of Statically Indeterminate Structures - Chapter 16.pdf |
| 25 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:20:08 | 4/20/2022 12:20:07 | 4/20/2022 12:20:07 | File Modification | External Device | D:\Books-N-Specs\Shigley's Mechanical Engineering Design 9th Edition.pdf |
| 26 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:20:07 | 4/20/2022 12:20:07 | 4/20/2022 12:20:07 | File Creation | External Device | D:\Books-N-Specs\Shigley's Mechanical Engineering Design 9th Edition.pdf |
| 27 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:19:59 | 4/20/2022 12:19:54 | 4/20/2022 12:19:54 | File Modification | External Device | D:\Books-N-Specs\AISC-v15.1_vol-1_design-examples.pdf |
| 28 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:19:54 | 4/20/2022 12:19:54 | 4/20/2022 12:19:54 | File Creation | External Device | D:\Books-N-Specs\AISC-v15.1_vol-1_design-examples.pdf |
| 29 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:19:50 | 4/20/2022 12:19:45 | 4/20/2022 12:19:45 | File Modification | External Device | D:\Books-N-Specs\Steel_Construction_Manual_14thEd.pdf |
| 30 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:19:45 | 4/20/2022 12:19:45 | 4/20/2022 12:19:45 | File Creation | External Device | D:\Books-N-Specs\Steel_Construction_Manual_14thEd.pdf |
| 31 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:19:42 | 4/20/2022 12:19:41 | 4/20/2022 12:19:41 | File Modification | External Device | D:\Books-N-Specs\Roark's formulas for stress and strain.pdf |
| 32 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:19:41 | 4/20/2022 12:19:41 | 4/20/2022 12:19:41 | File Creation | External Device | D:\Books-N-Specs\Roark's formulas for stress and strain.pdf |
| 33 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:19:40 | 4/20/2022 12:19:39 | 4/20/2022 12:19:39 | File Modification | External Device | D:\Books-N-Specs\Machinery's Handbook 28th Edition Large Print.pdf |
| 34 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:19:39 | 4/20/2022 12:19:39 | 4/20/2022 12:19:39 | File Creation | External Device | D:\Books-N-Specs\Machinery's Handbook 28th Edition Large Print.pdf |
| 35 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:19:37 | 4/20/2022 12:19:33 | 4/20/2022 12:19:33 | File Creation | External Device | D:\Books-N-Specs\Machinerys Handbook 26th.pdf |
| 36 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:19:33 | 4/20/2022 12:19:33 | 4/20/2022 12:19:33 | File Modification | External Device | D:\Books-N-Specs\Machinerys Handbook 26th.pdf |
| 37 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:19:13 | 4/20/2022 12:19:00 | 4/20/2022 12:19:00 | File Rename | External Device | D:\Books-N-Specs |
| 38 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 12:19:00 | 4/20/2022 12:19:00 | 4/20/2022 12:19:00 | File Creation | External Device | D:\New folder |
| 39 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 11:58:20 | 4/13/2022 11:33:13 | 4/13/2022 11:33:13 | File Rename | External Device | D:\gantt-chart_L (1).xlsx |
| 40 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 11:56:35 | 4/20/2022 11:56:34 | 4/20/2022 11:56:34 | File Modification | External Device | D:\US10781956.pdf |
| 41 | USA-CND831018Z | NOV\Garza2 | 4/20/2022 11:56:34 | 4/20/2022 11:56:34 | 4/20/2022 11:56:34 | File Creation | External Device | D:\US10781956.pdf |
| 42 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:33:13 | 4/13/2022 11:33:13 | 4/13/2022 11:33:13 | File Modification | External Device | \\.\HarddiskVolume6\Solar\gantt-chart_L (1).xlsx |
| 43 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:33:13 | 4/13/2022 11:33:13 | 4/13/2022 11:33:13 | File Creation | External Device | \\.\HarddiskVolume6\Solar\gantt-chart_L (1).xlsx |
| 44 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | File Modification | External Device | D:\Solar\Analysis\Cantilever - 45deg Worst Case DownForce (Done).xmcd |
| 45 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | File Creation | External Device | D:\Solar\Analysis\Cantilever - 45deg Worst Case Uplift (Done).xmcd |
| 46 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | File Creation | External Device | D:\Solar\Analysis\Clips - 0deg Survival.xmcd |
| 47 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | File Creation | External Device | D:\Solar\Analysis\Lifting-N-Blooming Tool.xmcd |
| 48 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | File Creation | External Device | D:\Solar\Analysis\Post Moment - 0deg Survival (Done).xmcd |
| 49 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:32:19 | 4/13/2022 11:32:19 | 4/13/2022 11:32:19 | File Creation | External Device | D:\Solar\Analysis\Post Moment - 45deg Worst Case DownForce (Done).xmcd |
| 50 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:32:19 | 4/13/2022 11:32:19 | 4/13/2022 11:32:19 | File Creation | External Device | D:\Solar\Analysis\Post Moment - 45deg Worst Case Uplift (Done).xmcd |
| 51 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:32:18 | 4/13/2022 11:32:18 | 4/13/2022 11:32:18 | File Creation | External Device | D:\Solar\Analysis\Post Normal - 0deg Survival (Done).xmcd |
| 52 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:32:18 | 4/13/2022 11:32:18 | 4/13/2022 11:32:18 | File Creation | External Device | D:\Solar\Analysis\Post Normal - 45deg Worst Case DownForce (Done).xmcd |
| 53 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:32:16 | 4/13/2022 11:32:16 | 4/13/2022 11:32:16 | File Creation | External Device | D:\Solar\Analysis\Post Normal - 45deg Worst Case Uplift (Done).xmcd |
| 54 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:32:15 | 4/13/2022 11:32:15 | 4/13/2022 11:32:15 | File Creation | External Device | D:\Solar\Analysis\Purlins - 0deg Survival.xmcd |
| 55 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:32:15 | 4/13/2022 11:32:15 | 4/13/2022 11:32:15 | File Creation | External Device | D:\Solar\Analysis\Purlins - 45deg Worst Case DownForce.xmcd |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 56 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:32:15 | 4/13/2022 11:32:15 | 4/13/2022 11:32:15 | File Creation | External Device | D:\Solar\Analysis\Purlins - 45deg Worst Case Uplift.xmcd |
| 57 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:32:14 | 4/13/2022 11:32:14 | 4/13/2022 11:32:14 | File Creation | External Device | D:\Solar\Analysis\Solar Panel Analysis - Set Up Data.xmcd |
| 58 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:32:14 | 4/13/2022 11:32:14 | 4/13/2022 11:32:14 | File Creation | External Device | D:\Solar\Analysis\TopHat-SectionProp.xmcd |
| 59 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:32:14 | 4/13/2022 11:32:14 | 4/13/2022 11:32:14 | File Creation | External Device | D:\Solar\Analysis\Cantilever - 0deg Survival (Done).xmcd |
| 60 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:59 | 4/13/2022 11:31:59 | 4/13/2022 11:31:59 | File Modification | External Device | D:\Solar\Analysis\LatPile.xls |
| 61 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:59 | 4/13/2022 11:31:59 | 4/13/2022 11:31:59 | File Creation | External Device | D:\Solar\Analysis\LatPile.xls |
| 62 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\Solar\Analysis\1IP Solar Rough Costing.xlsx |
| 63 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\Solar\Analysis\1IP Solar Rough Costing.xlsx |
| 64 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\Solar\Analysis\1IP Structural Analysis R00.xlsx |
| 65 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\Solar\Analysis\1IP Structural Analysis R00.xlsx |
| 66 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\Solar\Analysis\2IP Solar Rough Costing.xlsx |
| 67 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\Solar\Analysis\2IP Solar Rough Costing.xlsx |
| 68 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\Solar\Analysis\2IP Solar Rough Costing-PerMeeting.xlsx |
| 69 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\Solar\Analysis\2IP Solar Rough Costing-PerMeeting.xlsx |
| 70 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\Solar\Analysis\6 Span Indeterminate Beam Calculator.xlsx |
| 71 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\Solar\Analysis\6 Span Indeterminate Beam Calculator.xlsx |
| 72 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\Solar\Analysis\130MW Pile Cost.xlsx |
| 73 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\Solar\Analysis\130MW Pile Cost.xlsx |
| 74 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\Solar\Analysis\15595 Static Loads Tables R00D00.xlsx |
| 75 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\Solar\Analysis\15595 Static Loads Tables R00D00.xlsx |
| 76 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\Solar\Analysis\BloomWinchCableStudy.xlsx |
| 77 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\Solar\Analysis\BloomWinchCableStudy.xlsx |
| 78 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\Solar\Analysis\CableStudy Rev00.xlsx |
| 79 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\Solar\Analysis\CableStudy Rev00.xlsx |
| 80 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\Solar\Analysis\CableStudy Rev01.xlsx |
| 81 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\Solar\Analysis\CableStudy Rev01.xlsx |
| 82 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\Solar\Analysis\DamperAnalysis.xlsx |
| 83 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\Solar\Analysis\DamperAnalysis.xlsx |
| 84 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\Solar\Analysis\Drive Calcs - 1IP.xlsx |
| 85 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\Solar\Analysis\Drive Calcs - 1IP.xlsx |
| 86 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\Solar\Analysis\Drive Calcs - JCG.xlsx |
| 87 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\Solar\Analysis\Drive Calcs - JCG.xlsx |
| 88 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\Solar\Analysis\InverterSizing.xlsx |
| 89 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\Solar\Analysis\InverterSizing.xlsx |
| 90 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\Solar\Analysis\Lump Sum Parameter Model_NOV_release.xlsx |
| 91 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\Solar\Analysis\Lump Sum Parameter Model_NOV_release.xlsx |
| 92 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\Solar\Analysis\MotorCalcs.xlsx |
| 93 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\Solar\Analysis\MotorCalcs.xlsx |
| 94 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\Solar\Analysis\Pile Loads-1IP-Concrete.xlsx |
| 95 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\Solar\Analysis\Pile Loads-1IP-Concrete.xlsx |
| 96 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\Solar\Analysis\Pile Loads-1IP-Driven.xlsx |
| 97 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\Solar\Analysis\Pile Loads-1IP-Driven.xlsx |
| 98 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\Solar\Analysis\PurlinBreakDown-RollerDie.xlsx |
| 99 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\Solar\Analysis\PurlinBreakDown-RollerDie.xlsx |
| 100 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Modification | External Device | D:\Solar\Analysis\Solar Panel Forces - CPP Comparision & 2D CFD.xlsx |
| 101 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Creation | External Device | D:\Solar\Analysis\Solar Panel Forces - CPP Comparision & 2D CFD.xlsx |
| 102 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Modification | External Device | D:\Solar\Analysis\Tracker Calcs - Good Copy - After Pluck Test 3 - JC 6.xlsx |
| 103 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Creation | External Device | D:\Solar\Analysis\Tracker Calcs - Good Copy - After Pluck Test 3 - JC 6.xlsx |
| 104 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Modification | External Device | D:\Solar\Analysis\Tracker Calcs - Good Copy - After Pluck Test 3.xlsx |
| 105 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Creation | External Device | D:\Solar\Analysis\Tracker Calcs - Good Copy - After Pluck Test 3.xlsx |
| 106 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Modification | External Device | D:\Solar\Analysis\Tracker Calculator REV07.xlsx |
| 107 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Creation | External Device | D:\Solar\Analysis\Tracker Calculator REV07.xlsx |
| 108 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Modification | External Device | D:\Solar\Analysis\TrackerMassTonPerMW.xlsx |
| 109 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Creation | External Device | D:\Solar\Analysis\TrackerMassTonPerMW.xlsx |
| 110 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Modification | External Device | D:\Solar\Analysis\TrackerSpacingCalculator.xlsx |
| 111 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Creation | External Device | D:\Solar\Analysis\TrackerSpacingCalculator.xlsx |
| 112 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:56 | 4/13/2022 11:31:56 | File Modification | External Device | D:\Solar\Analysis\Costing For 2IP-Solar.xls |
| 113 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:31:56 | 4/13/2022 11:31:56 | 4/13/2022 11:31:56 | File Creation | External Device | D:\Solar\Analysis\Costing For 2IP-Solar.xls |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 114 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:48 | 4/13/2022 11:31:48 | 4/13/2022 11:31:48 | File Creation | External Device | D:\Solar\Analysis\Archive\WinchSpeedAnalysis.xmcd |
| 115 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:48 | 4/13/2022 11:31:48 | 4/13/2022 11:31:48 | File Creation | External Device | D:\Solar\Analysis\Archive\TorqueAnalysis-SolarPanel.xmcd |
| 116 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Modification | External Device | D:\Solar\Analysis\Archive\SunPositionCalculator.xlsm |
| 117 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Creation | External Device | D:\Solar\Analysis\Archive\SunPositionCalculator.xlsm |
| 118 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Creation | External Device | D:\Solar\Analysis\Archive\SolarPanelFrameAnalysis - CPP Loads.xlsx |
| 119 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Modification | External Device | D:\Solar\Analysis\Archive\SolarPanelFrameAnalysis - CPP Loads.xlsx |
| 120 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Modification | External Device | D:\Solar\Analysis\Archive\SolarPanelFrameAnalysis - CFD Loads.xlsx |
| 121 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Creation | External Device | D:\Solar\Analysis\Archive\SolarPanelFrameAnalysis - CFD Loads.xlsx |
| 122 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Modification | External Device | D:\Solar\Analysis\Archive\Solar Panel Forces.xlsx |
| 123 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Creation | External Device | D:\Solar\Analysis\Archive\Solar Panel Forces.xlsx |
| 124 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Modification | External Device | D:\Solar\Analysis\Archive\Solar Panel Forces - CFD Loads.xlsx |
| 125 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Creation | External Device | D:\Solar\Analysis\Archive\Solar Panel Forces - CFD Loads.xlsx |
| 126 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Creation | External Device | D:\Solar\Analysis\Archive\Solar Panel Analysis_JMM.xmcd |
| 127 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:46 | 4/13/2022 11:31:46 | 4/13/2022 11:31:46 | File Creation | External Device | D:\Solar\Analysis\Archive\Solar Panel Analysis.xmcd |
| 128 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | File Creation | External Device | D:\Solar\Analysis\Archive\Solar Panel Analysis - Set Up Data.xmcd |
| 129 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | File Creation | External Device | D:\Solar\Analysis\Archive\Solar Calcs Variable Replace.xmcd |
| 130 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | File Creation | External Device | D:\Solar\Analysis\Archive\Shear and Bending Moment Diagrams.xmcd |
| 131 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | File Creation | External Device | D:\Solar\Analysis\Archive\Purlins - Worst Case Uplift.xmcd |
| 132 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | File Creation | External Device | D:\Solar\Analysis\Archive\Purlins - Worst Case Downforce.xmcd |
| 133 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:44 | 4/13/2022 11:31:44 | 4/13/2022 11:31:44 | File Creation | External Device | D:\Solar\Analysis\Archive\Purlins - 0deg Survival.xmcd |
| 134 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:44 | 4/13/2022 11:31:44 | 4/13/2022 11:31:44 | File Creation | External Device | D:\Solar\Analysis\Archive\Post Normal - Worst Case Uplift.xmcd |
| 135 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:44 | 4/13/2022 11:31:44 | 4/13/2022 11:31:44 | File Creation | External Device | D:\Solar\Analysis\Archive\Post Normal - Worst Case Downforce.xmcd |
| 136 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:43 | 4/13/2022 11:31:43 | 4/13/2022 11:31:43 | File Creation | External Device | D:\Solar\Analysis\Archive\Post Normal - 0deg Survival.xmcd |
| 137 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:43 | 4/13/2022 11:31:43 | 4/13/2022 11:31:43 | File Creation | External Device | D:\Solar\Analysis\Archive\Post Moment - Worst Case Uplift.xmcd |
| 138 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:43 | 4/13/2022 11:31:43 | 4/13/2022 11:31:43 | File Creation | External Device | D:\Solar\Analysis\Archive\Post Moment - Worst Case Downforce.xmcd |
| 139 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:42 | 4/13/2022 11:31:42 | 4/13/2022 11:31:42 | File Creation | External Device | D:\Solar\Analysis\Archive\Post Moment - 0deg Survival.xmcd |
| 140 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:42 | 4/13/2022 11:31:42 | 4/13/2022 11:31:42 | File Creation | External Device | D:\Solar\Analysis\Archive\Pile Loads.xmcd |
| 141 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:42 | 4/13/2022 11:31:42 | 4/13/2022 11:31:42 | File Creation | External Device | D:\Solar\Analysis\Archive\Cantilever - Worst Case Uplift.xmcd |
| 142 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:42 | 4/13/2022 11:31:42 | 4/13/2022 11:31:42 | File Creation | External Device | D:\Solar\Analysis\Archive\Cantilever - Worst Case Downforce.xmcd |
| 143 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:41 | 4/13/2022 11:31:41 | 4/13/2022 11:31:41 | File Creation | External Device | D:\Solar\Analysis\Archive\Cantilever - 0deg Survival.xmcd |
| 144 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:41 | 4/13/2022 11:31:41 | 4/13/2022 11:31:41 | File Modification | External Device | D:\Solar\Analysis\Archive\Book1.xlsx |
| 145 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:41 | 4/13/2022 11:31:41 | 4/13/2022 11:31:41 | File Creation | External Device | D:\Solar\Analysis\Archive\Book1.xlsx |
| 146 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:41 | 4/13/2022 11:31:41 | 4/13/2022 11:31:41 | File Creation | External Device | D:\Solar\Analysis\Archive |
| 147 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:27 | 4/13/2022 11:31:17 | 4/13/2022 11:31:17 | File Rename | External Device | D:\Solar\Analysis |
| 148 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:17 | 4/13/2022 11:31:17 | 4/13/2022 11:31:17 | File Creation | External Device | D:\Solar\New folder |
| 149 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:30:34 | 4/13/2022 11:30:34 | 4/13/2022 11:30:34 | File Modification | External Device | D:\Solar\1IP\Lump Sum Parameter Model_NOV_release2.xlsx |
| 150 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:30:34 | 4/13/2022 11:30:34 | 4/13/2022 11:30:34 | File Creation | External Device | D:\Solar\1IP\Lump Sum Parameter Model_NOV_release2.xlsx |
| 151 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:29:39 | 4/13/2022 11:29:39 | 4/13/2022 11:29:39 | File Modification | External Device | D:\Solar\1IP\15595_StaticTables_NOV1P_Add04.xlsx |
| 152 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:29:39 | 4/13/2022 11:29:39 | 4/13/2022 11:29:39 | File Creation | External Device | D:\Solar\1IP\15595_StaticTables_NOV1P_Add04.xlsx |
| 153 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:29:39 | 4/13/2022 11:29:39 | 4/13/2022 11:29:39 | File Modification | External Device | D:\Solar\1IP\15595 NOV Tracker Study ADD04 Gap Adjustment Factors.xlsx |
| 154 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:29:39 | 4/13/2022 11:29:39 | 4/13/2022 11:29:39 | File Creation | External Device | D:\Solar\1IP\15595 NOV Tracker Study ADD04 Gap Adjustment Factors.xlsx |
| 155 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:29:01 | 4/13/2022 11:29:01 | 4/13/2022 11:29:01 | File Modification | External Device | D:\Solar\1IP\DAF Spreadsheets R01.zip |
| 156 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:29:01 | 4/13/2022 11:29:01 | 4/13/2022 11:29:01 | File Creation | External Device | D:\Solar\1IP\DAF Spreadsheets R01.zip |
| 157 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:28:32 | 4/13/2022 11:28:32 | 4/13/2022 11:28:32 | File Modification | External Device | D:\Solar\2IP\14390 DAF Tables.xlsx |
| 158 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:28:32 | 4/13/2022 11:28:32 | 4/13/2022 11:28:32 | File Creation | External Device | D:\Solar\2IP\14390 DAF Tables.xlsx |
| 159 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:27:53 | 4/13/2022 11:27:53 | 4/13/2022 11:27:53 | File Modification | External Device | D:\Solar\2IP\14390 Tables - Client Copy.xlsx |
| 160 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:27:53 | 4/13/2022 11:27:53 | 4/13/2022 11:27:53 | File Creation | External Device | D:\Solar\2IP\14390 Tables - Client Copy.xlsx |
| 161 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:23:55 | 4/13/2022 11:23:50 | 4/13/2022 11:23:50 | File Modification | External Device | D:\Solar\Documents\ASCE_7-10.pdf |
| 162 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:23:50 | 4/13/2022 11:23:50 | 4/13/2022 11:23:50 | File Creation | External Device | D:\Solar\Documents\ASCE_7-10.pdf |
| 163 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:23:25 | 4/13/2022 11:22:42 | 4/13/2022 11:22:42 | File Modification | External Device | D:\Solar\Documents\ASCE 7-16-Unsecure.pdf |
| 164 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:22:42 | 4/13/2022 11:22:42 | 4/13/2022 11:22:42 | File Creation | External Device | D:\Solar\Documents\ASCE 7-16-Unsecure.pdf |
| 165 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:22:35 | 4/13/2022 11:22:32 | 4/13/2022 11:22:32 | File Rename | External Device | D:\Solar\Documents |
| 166 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:22:32 | 4/13/2022 11:22:32 | 4/13/2022 11:22:32 | File Creation | External Device | D:\Solar\New folder |
| 167 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:22:19 | 4/13/2022 11:22:18 | 4/13/2022 11:22:18 | File Modification | External Device | D:\Solar\1IP\CPP15595 NOV1PTrackerStudy REP_SOLSTA_R00D00.pdf |
| 168 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:22:18 | 4/13/2022 11:22:18 | 4/13/2022 11:22:18 | File Creation | External Device | D:\Solar\1IP\CPP15595 NOV1PTrackerStudy REP_SOLSTA_R00D00.pdf |
| 169 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:22:18 | 4/13/2022 11:22:18 | 4/13/2022 11:22:18 | File Modification | External Device | D:\Solar\1IP\CPP15595 NOV1PTrackerStudy REP_SOLDYN_R00D00.pdf |
| 170 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:22:17 | 4/13/2022 11:22:17 | 4/13/2022 11:22:17 | File Creation | External Device | D:\Solar\1IP\CPP15595 NOV1PTrackerStudy REP_SOLDYN_R00D00.pdf |
| 171 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:22:06 | 4/13/2022 11:22:06 | 4/13/2022 11:22:06 | File Modification | External Device | D:\Solar\2IP\CPP14390_NOVSolarTracker_REP_SOLINS_R00D00.pdf |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 172 | USA-CND831018Z | NOV\Garza12 | 4/13/2022 11:22:06 | 4/13/2022 11:22:06 | 4/13/2022 11:22:06 | File Creation | External Device | D:\Solar\2IP\CPP14390_NOVSolarTracker_REP_SOLINS_R00D00.pdf |
| 173 | USA-CND831018Z | NOV\Garza12 | 4/13/2022 11:22:06 | 4/13/2022 11:22:05 | 4/13/2022 11:22:05 | File Modification | External Device | D:\Solar\2IP\CPP14390_NOVSolarTracker_REP_SOL_R01D00.pdf |
| 174 | USA-CND831018Z | NOV\Garza12 | 4/13/2022 11:22:05 | 4/13/2022 11:22:05 | 4/13/2022 11:22:05 | File Creation | External Device | D:\Solar\2IP\CPP14390_NOVSolarTracker_REP_SOL_R01D00.pdf |
| 175 | USA-CND831018Z | NOV\Garza12 | 4/13/2022 11:22:05 | 4/13/2022 11:22:04 | 4/13/2022 11:22:04 | File Modification | External Device | D:\Solar\2IP\CPP14390_NOVSolarTracker_REP_SOL_R00D00.pdf |
| 176 | USA-CND831018Z | NOV\Garza12 | 4/13/2022 11:22:04 | 4/13/2022 11:22:04 | 4/13/2022 11:22:04 | File Creation | External Device | D:\Solar\2IP\CPP14390_NOVSolarTracker_REP_SOL_R00D00.pdf |
| 177 | USA-CND831018Z | NOV\Garza12 | 4/13/2022 11:22:04 | 4/13/2022 11:22:03 | 4/13/2022 11:22:03 | File Modification | External Device | D:\Solar\2IP\CPP14390_NOVSolarTracker_Dynamics_REP_SOL_R00D00.pdf |
| 178 | USA-CND831018Z | NOV\Garza12 | 4/13/2022 11:22:03 | 4/13/2022 11:22:03 | 4/13/2022 11:22:03 | File Creation | External Device | D:\Solar\2IP\CPP14390_NOVSolarTracker_Dynamics_REP_SOL_R00D00.pdf |
| 179 | USA-CND831018Z | NOV\Garza12 | 4/13/2022 11:21:31 | | 4/13/2022 11:21:28 | File Rename | External Device | D:\Solar\1IP |
| 180 | USA-CND831018Z | NOV\Garza12 | 4/13/2022 11:21:28 | 4/13/2022 11:21:28 | 4/13/2022 11:21:28 | File Creation | External Device | D:\Solar\New folder |
| 181 | USA-CND831018Z | NOV\Garza12 | 4/13/2022 11:21:23 | 4/13/2022 11:21:20 | 4/13/2022 11:21:20 | File Rename | External Device | D:\Solar\2IP |
| 182 | USA-CND831018Z | NOV\Garza12 | 4/13/2022 11:21:20 | 4/13/2022 11:21:20 | 4/13/2022 11:21:20 | File Creation | External Device | D:\Solar\New folder |
| 183 | USA-CND831018Z | NOV\Garza12 | 4/13/2022 11:20:50 | 4/13/2022 11:20:48 | 4/13/2022 11:20:48 | File Rename | External Device | D:\Solar |
| 184 | USA-CND831018Z | NOV\Garza12 | 4/13/2022 11:20:48 | 4/13/2022 11:20:48 | 4/13/2022 11:20:48 | File Creation | External Device | D:\New folder |
| 185 | USA-CND831018Z | NOV\Garza12 | 2/22/2022 14:45:48 | 2/22/2022 13:59:14 | 2/22/2022 13:59:14 | File Deletion | External Device | D:\Analysis Tools\~$Annex 3-D Stress Strain Curve.xlsm |
| 186 | USA-CND831018Z | NOV\Garza12 | 2/22/2022 14:45:48 | 2/22/2022 13:59:14 | 2/22/2022 13:59:14 | File Modification | External Device | D:\Analysis Tools\~$Annex 3-D Stress Strain Curve.xlsm |
| 187 | USA-CND831018Z | NOV\Garza12 | 2/22/2022 14:45:42 | 1601-01-01 00:00:00 | 1601-01-01 00:00:00 | File Deletion | External Device | D:\Analysis Tools\D7A1EA46.tmp |
| 188 | USA-CND831018Z | NOV\Garza12 | 2/22/2022 14:45:42 | 2/22/2022 14:45:41 | 2/22/2022 14:45:41 | File Rename | External Device | D:\Analysis Tools\Annex 3-D Stress Strain Curve.xlsm |
| 189 | USA-CND831018Z | NOV\Garza12 | 2/22/2022 14:45:42 | 1601-01-01 00:00:00 | 1601-01-01 00:00:00 | File Rename | External Device | D:\Analysis Tools\D7A1EA46.tmp |
| 190 | USA-CND831018Z | NOV\Garza12 | 2/22/2022 14:45:42 | 2/22/2022 14:45:41 | 2/22/2022 14:45:41 | File Modification | External Device | D:\Analysis Tools\44E78400 |
| 191 | USA-CND831018Z | NOV\Garza12 | 2/22/2022 14:45:41 | 2/22/2022 14:45:41 | 2/22/2022 14:45:41 | File Creation | External Device | D:\Analysis Tools\44E78400 |
| 192 | USA-CND831018Z | NOV\Garza12 | 2/22/2022 14:00:44 | 1601-01-01 00:00:00 | 1601-01-01 00:00:00 | File Deletion | External Device | D:\Analysis Tools\4130_100F.txt |
| 193 | USA-CND831018Z | NOV\Garza12 | 2/22/2022 14:00:44 | 2/22/2022 13:59:57 | 2/22/2022 13:59:57 | File Deletion | External Device | D:\Analysis Tools\1011_100F.txt |
| 194 | USA-CND831018Z | NOV\Garza12 | 2/22/2022 14:00:44 | 1601-01-01 00:00:00 | 1601-01-01 00:00:00 | File Deletion | External Device | D:\Analysis Tools\316_100F.txt |
| 195 | USA-CND831018Z | NOV\Garza12 | 2/22/2022 14:00:44 | 2/22/2022 13:58:22 | 2/22/2022 13:58:26 | File Deletion | External Device | D:\Analysis Tools\A1011_1011_100F.txt |
| 196 | USA-CND831018Z | NOV\Garza12 | 2/22/2022 13:59:57 | 2/22/2022 13:59:57 | 2/22/2022 13:59:57 | File Creation | External Device | D:\Analysis Tools\MatProp-1011_100F.png |
| 197 | USA-CND831018Z | NOV\Garza12 | 2/22/2022 13:59:57 | 2/22/2022 13:59:57 | 2/22/2022 13:59:57 | File Creation | External Device | D:\Analysis Tools\1011_100F.txt |
| 198 | USA-CND831018Z | NOV\Garza12 | 2/22/2022 13:59:14 | 2/22/2022 13:59:14 | 2/22/2022 13:59:14 | File Creation | External Device | D:\Analysis Tools\~$Annex 3-D Stress Strain Curve.xlsm |
| 199 | USA-CND831018Z | NOV\Garza12 | 2/22/2022 13:59:11 | 2/22/2022 13:54:39 | 2/22/2022 13:54:39 | File Deletion | External Device | D:\Analysis Tools\~$Annex 3-D Stress Strain Curve.xlsm |
| 200 | USA-CND831018Z | NOV\Garza12 | 2/22/2022 13:59:11 | 2/22/2022 13:54:39 | 2/22/2022 13:54:39 | File Modification | External Device | D:\Analysis Tools\~$Annex 3-D Stress Strain Curve.xlsm |
| 201 | USA-CND831018Z | NOV\Garza12 | 2/22/2022 13:58:22 | 2/22/2022 13:58:22 | 2/22/2022 13:58:22 | File Creation | External Device | D:\Analysis Tools\MatProp-A1011_100F.png |
| 202 | USA-CND831018Z | NOV\Garza12 | 2/22/2022 13:58:22 | 2/22/2022 13:58:22 | 2/22/2022 13:58:22 | File Creation | External Device | D:\Analysis Tools\A1011_1011_100F.txt |
| 203 | USA-CND831018Z | NOV\Garza12 | 2/22/2022 13:54:39 | 2/22/2022 13:54:39 | 2/22/2022 13:54:39 | File Creation | External Device | D:\Analysis Tools\~$Annex 3-D Stress Strain Curve.xlsm |