```
1           IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
2                    HOUSTON DIVISION

3  NATIONAL OILWELL VARCO, LP  )    NO. 4:22-CV-2006
                               )
4                              )
   VS.                         )    Houston, Texas
5                              )    2:45 p.m.
                               )
6  JULIO GARZA                 )    July 14, 2022

7

8
   ************************************************************
9
                          HEARING
10
          BEFORE THE HONORABLE LYNN N. HUGHES
11
             UNITED STATES DISTRICT JUDGE
12
                     VOLUME 1 OF 1
13

14 ************************************************************

15 APPEARANCES:

16 FOR THE PLAINTIFF:

17     Mr. Joshua Allen Redelman
       Mr. Bret W. Davis
18     Stibbs & Co., P.C.
       819 Crossbridge Dr.
19     Spring, TX 77373
       Tel:  281-367-2222
20     Email: Jredelman@stibbsco.com
              Bdavis@stibbsco.com
21

22

23 Proceedings recorded by mechanical stenography.

24 Transcript produced by computer-assisted transcription.

25
```

KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com

EXHIBIT D

```
 1  FOR THE DEFENDANT:

 2       Ms. Audrey F. Momanaee
         Balch & Bingham
 3       811 Louisiana
         Suite 1010
 4       Houston, TX 77002
         Tel:  713-362-2557
 5       Email: Amomanaee@balch.com

 6  COURT REPORTER:

 7       Ms. Kathleen K. Miller, CSR, RMR, CRR
         515 Rusk, Room 8004
 8       Houston, Texas  77002
         Tel:  713-250-5087
 9

10   02:38:24
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1              MS. MOMANAEE:  Anything you say --
 2              THE COURT:  Good job.
 3              MR. REDELMAN:  So the offer of a forensic
 4  protocol, yes, we have proposed one.  The last one that we
 5  proposed was on July 1st, Your Honor, and we have not
 6  received a response from --
 7              THE COURT:  Okay.  Wait a minute.
 8              MR. REDELMAN:  Yes.  Yes.
 9              THE COURT:  I'll give you a response --
10              MR. REDELMAN:  Okay.
11              THE COURT:  -- in the edges dripping blood.  I
12  don't want any excuses.  Get in some place that is
13  comfortable and not dominated by the corporations, parties,
14  law firms, just go some place nice and neat.  The town is
15  full of people making a living renting their boardrooms.
16              MS. MOMANAEE:  If the Court is inclined to
17  order us to mediation, I think that might be helpful.
18              MR. REDELMAN:  I --
19              THE COURT:  No.  I want the data.
20              MS. MOMANAEE:  I'm sorry?
21              THE COURT:  I want the data in both people's
22  hands.
23              MR. REDELMAN:  Thank you, Your Honor.
24              THE COURT:  And then we will put you, and the
25  other side, and you all can try to work it out.  I am not
```

1  Honor.
2          THE COURT:  Just every other one.  You only
3  needed to do it about every six months.  I mean, people say
4  we're not tough.  We are not as tough as they were.
03:13:43  5          MR. REDELMAN:  No, sir.
6          THE COURT:  It gave him a perspective about
7  America that some of his plantation-residing folk opponents
8  had.  Shouldn't have crossed him.
9                  Thank you.  Counsel.
03:14:01  10         MR. REDELMAN:  Thank you, Your Honor.
11         MS. MOMANAEE:  Thank you for your time, Your
12 Honor.
13 (Concluded at 3:14 p.m.)
14             COURT REPORTER'S CERTIFICATE
15
16     I, Kathleen K. Miller, certify that the foregoing is a
17 correct transcript from the record of proceedings in the
18 above-entitled matter.
19
20 DATE:  July 15, 2022      /s/     _Kathleen K. Miller_
21                           **Kathleen K. Miller, RPR, RMR, CRR**
22
23
24
25