# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONAL OILWELL VARCO, L.P. § | | |
|     *Plaintiff*, § | | |
| § | | |
| vs. § | | Civil Action No. 4:22-CV-02006 |
| § | | |
| JULIO GARZA, § | | |
| § | | |
|     *Defendant.* § | | |

## PLAINTIFF NATIONAL OILWELL VARCO LP'S
## PROPOSED ORDER FOR FORENSIC ANALYSIS PROTOCOL

As set forth in Varco's motion for a forensic examination protocol [Dkt. 49], counsel for Varco and Garza have worked diligently to craft a short, simple order outlining an examination protocol for Garza's electronic storage devices and accounts. Exhibits A and B to Dkt. 49 reflect the parties' latest proposals prior to Varco seeking intervention from this Court via Varco's filing, Dkt. 49.

While the parties have agreed to much of the examination protocol, reasonable disputes do remain. Varco submits the attached Proposed Order for Dkt. 49 with footnotes to provide the Court with more clarity on the remaining issues.

    Respectfully submitted,

    STIBBS & CO., P.C.

    */s/ Joshua A. Redelman*
    Stuart W. Lapp
    State Bar No. 11946100
    slapp@stibbsco.com
    Bret W. Davis
    State Bar No. 05462100
    bdavis@stibbsco.com
    Joshua A. Redelman
    State Bar No. 24099269
    jredelman@stibbsco.com

750 William D. Fitch, Suite 210
College Station, Texas 77845
Telephone: (979) 383-2270
Facsimile: (979) 314-9790

**STACY & BAKER, P.C.**
Chris A. Stacy
State Bar No. 18988700
chris.stacy@stacybakerlaw.com
Brian A. Baker
State Bar No. 24082648
brian.baker@stacybakerlaw.com
Cynthia Castanon
State Bar No. 24093492
cynthia.castanon@stacybakerlaw.com
5300 Memorial, Suite 270
Houston, Texas 77007
Ph: 713-527-9991 | Fx: 713-527-9992

**ATTORNEYS FOR PLAINTIFF**
**NATIONAL OILWELL VARCO, L.P.**

## CERTIFICATE OF SERVICE

I certify that I served a true and correct copy of *Plaintiff National Oilwell Varco LP's Proposed Order For Forensic Analysis Protocol* on counsel of record for all interested parties on July 31, 2022, through the ECF filing system, as follows:

Audrey F. Momanaee
amomanaee@balch.com
**BALCH & BINGHAM, LLP**
811 Louisiana St., Suite 1010
Houston, Texas 77002

**ATTORNEY FOR DEFENDANT JULIO GARZA**

Rachel Powitzky Steely
rsteely@foley.com
**FOLEY & LARDNER LLP**
1000 Louisiana St., Suite 2000
Houston, Texas 77002

**ATTORNEY FOR INTERESTED PARTY ARRAY TECHNOLOGIES**

                                      */s/ Joshua A. Redelman*
                                      Joshua A. Redelman