# EXHIBIT "D"

```
                 IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF TEXAS
                           HOUSTON DIVISION

NATIONAL OILWELL VARCO, LP    )       NO. 4:22-CV-2006
                              )
                              )
VS.                           )       Houston, Texas
                              )       9:59 a.m.
                              )
JULIO GARZA                   )       June 29, 2022


   ************************************************************

                   PRELIMINARY INJUNCTION HEARING

                BEFORE THE HONORABLE LYNN N. HUGHES

                    UNITED STATES DISTRICT JUDGE

                           VOLUME 1 OF 1

   ************************************************************

APPEARANCES:

FOR THE PLAINTIFF:

     Mr. Stuart W. Lapp
     Mr. Joshua Allen Redelman
     Mr. Bret W. Davis
     Stibbs & Co., P.C.
     819 Crossbridge Dr.
     Spring, TX 77373
     Tel:  281-367-2222
     Email: Slapp@stibbsco.com
            Jredelman@stibbsco.com
            Bdavis@stibbsco.com



Proceedings recorded by mechanical stenography.

Transcript produced by computer-assisted transcription.


             KATHY MILLER, RMR, CRR  -  kathy@miller-reporting.com
```

```
 1  FOR THE DEFENDANT:

 2      Ms. Audrey F. Momanaee
        Balch & Bingham
 3      811 Louisiana
        Suite 1010
 4      Houston, TX 77002
        Tel:  713-362-2557
 5      Email: Amomanaee@balch.com

 6  FOR ARRAY TECHNOLOGIES:

 7      Ms. Rachel Powitzky Steely
        Foley & Lardner LLP
 8      Suite 2000
        1000 Louisiana Street
 9      Houston, TX 77002-5011
        Tel:  713-276-5500
10      Email: Rsteely@foley.com

11  COURT REPORTER:

12      Ms. Kathleen K. Miller, CSR, RMR, CRR
        515 Rusk, Room 8004
13      Houston, Texas  77002
        Tel:  713-250-5087
14

15

16

17

18

19

20

21

22

23

24

25
```

```
                1            THE COURT:  So that's what the tools you have
                2   do?
                3            THE WITNESS:  Right.  And in this case, the
                4   files from those logs, the file operations on that log, on
00:02:53        5   that listing, will be files operation that happened between
                6   that computer and the external devices specifically.
                7   BY MR. REDELMAN:
                8   Q.   And on your tool how many files did it show that were
                9   downloaded?
00:03:06       10   A.   109.
               11   Q.   Okay.  So I want to talk about the NOV account
               12   associated with Mr. Garza.  How does NOV assign -- or how
               13   do NOV employees log into their computers?
               14   A.   They use their assigned user name and a user-created
00:03:21       15   password.
               16   Q.   Are those pass -- are the user-created passwords
               17   shared with anybody at NOV?
               18   A.   No.
               19   Q.   Are they -- is it against NOV's policy to share those
00:03:32       20   passwords?
               21   A.   Yes.
               22   Q.   I also think you mentioned something about Microsoft
               23   SharePoint and Microsoft Teams.  Does Mr. Garza's business
               24   unit use Microsoft SharePoint or Microsoft Teams?
00:03:46       25   A.   To my understanding, yes.
```

1                COURT REPORTER'S CERTIFICATE
2
3     I, Kathleen K. Miller, certify that the foregoing is a
4 correct transcript from the record of proceedings in the
5 above-entitled matter.
6
7 DATE:  June 8, 2022         /s/    _Kathleen K Miller
8                             **Kathleen K. Miller, RPR, RMR, CRR**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25