# EXHIBIT "E"



*Julio Garza - PNY USB File Listing*
*USB Serial Number 5B820C00008C*
*FTI EID F10152-1-JT2-E004*

| Name | File Ext | Logical Size (bytes) | MD5 |
|---|---|---|---|
| 130MW Pile Cost.xlsx | xlsx | 19165 | b7dacddb368a713be0c6adca0bafb073 |
| 14390 DAF Tables.xlsx | xlsx | 689457 | db070fa2a3264fa81dde4c4f11ca997e |
| 14390 Tables - Client Copy.xlsx | xlsx | 224615 | 4b88118530160cf47d6e190fc8a560f7 |
| 15595 NOV Tracker Study ADD04 Gap Adjustment Factors.xlsx | xlsx | 13135 | 5998f807491ec97e45e5b5a837489033 |
| 15595 Static Loads Tables R00D00.xlsx | xlsx | 205862 | 5855f917799fa0dc38f4533e918cd831 |
| 15595_StaticTables_NOV1P_Add04.xlsx | xlsx | 371078 | 1efbdbe215ae590e7186e73c9c66ae34 |
| 1IP Solar Rough Costing.xlsx | xlsx | 40390 | b56b799ced2942f5ed0b495037619b7c |
| 1IP Structural Analysis R00.xlsx | xlsx | 196118 | a834f5a45aa53774c3df77a20814a0e2 |
| 2IP Solar Rough Costing.xlsx | xlsx | 49549 | e60f7023968afc9b6e8f47f4e8b52b81 |
| 2IP Solar Rough Costing-PerMeeting.xlsx | xlsx | 26778 | ea9371fa6844c36abf116eb4416f8f66 |
| 6 Span Indeterminate Beam Calculator.xlsx | xlsx | 440707 | ed6f3f75b7f405364e7d7ddef2d12740 |
| AISC-v15.1_vol-1_design-examples.pdf | pdf | 10128629 | bb81e36453f4b5e86d8eecf33fa164ff |
| Analysis of Statically Indeterminate Structures - Chapter 16.pdf | pdf | 3384945 | 6424d312ba87beab11535817b7a5be9d |
| ASCE 7-16-Unsecure.pdf | pdf | 532278926 | e0d095b838e7677c2c7445661bb822d4 |
| ASCE_7-10.pdf | pdf | 49553994 | 9d207f7c652730f584e181015e9a2ae6 |
| BloomWinchCableStudy.xlsx | xlsx | 16466 | 2454e49bda0dba96802696135fc74e36 |
| Book1.xlsx | xlsx | 9325 | cbf90448ebdeb664ba03a2ff110a897d |
| CableStudy Rev00.xlsx | xlsx | 55258 | adeed1639374c0c88b7c738f6c49136c |
| CableStudy Rev01.xlsx | xlsx | 55713 | a782294072690f35119368052484942 |
| Cantilever - 0deg Survival (Done).xmcd | xmcd | 2455970 | 34cf4281a2a5d7c550f4d1759b370c2b |
| Cantilever - 0deg Survival.xmcd | xmcd | 1924347 | 0d3404408aea60478bf1dcbe0d883a7f |
| Cantilever - 45deg Worst Case DownForce (Done).xmcd | xmcd | 2455382 | 3742c09675280625e56ee7167c4bdac4 |
| Cantilever - 45deg Worst Case Uplift (Done).xmcd | xmcd | 2453367 | fabe09be9c9a55551f578ad0c3992919 |
| Cantilever - Worst Case Downforce.xmcd | xmcd | 1932774 | 4905eb341722b814531dfd7f136aac38 |
| Cantilever - Worst Case Uplift.xmcd | xmcd | 1932511 | a67e4d7604219f722f73e980fd7d8d76 |
| Clips - 0deg Survival.xmcd | xmcd | 298779 | d8db992a1977617a3d99945d69df6dd7 |
| Costing For 2IP-Solar.xls | xls | 91136 | 8e5b0608902583c0798d33da83f2e91b |
| CPP14390_NOVSolarTracker_Dynamics_REP_SOL_R00D00.pdf | pdf | 4208404 | 76f035c16cf4c851b43880b54f17298c |
| CPP14390_NOVSolarTracker_REP_SOL_R00D00.pdf | pdf | 8374986 | 7b307fe9473e6b9a9a16d88972a373b0 |
| CPP14390_NOVSolarTracker_REP_SOL_R01D00.pdf | pdf | 8455528 | eee633406c32e227ea8e213b6fd7e8b6 |
| CPP14390_NOVSolarTracker_REP_SOLINS_R00D00.pdf | pdf | 1592099 | 92845f278370ab8e28edb938ea0e0ebd |
| CPP15595 NOV1PTrackerStudy REP_SOLSTA_R00D00.pdf | pdf | 9206917 | 5d48daebc7caaafc241f3a98f8443ddf |
| DAF Spreadsheet and Figures.zip | zip | 6326589 | 09c18f489fc952e813531da85461973c |
| DAF Spreadsheets R01.zip | zip | 374837 | 855a0d63f0132e9ed66b106d7c3e67ef |
| DamperAnalysis.xlsx | xlsx | 12042 | ec8b1b2821a3c2934742bc6ed0568df8 |
| Drive Calcs - 1IP.xlsx | xlsx | 72124 | 6544465cbf8da9b6ebd56b4265659164 |
| Drive Calcs - JCG.xlsx | xlsx | 107260 | c92b2a93f6a91c871d6f3903cc2b7d52 |
| gantt-chart_L (1).xlsx | xlsx | 127073 | f60bc8424f80e6ae515f071c30ae6193 |
| InverterSizing.xlsx | xlsx | 125010 | 1c05e133c824ce637d9eb1694d34b8db |
| LatPile.xls | xls | 233984 | b8b9b9f1e9de201c45811d9c9d3e152 |
| Lifting-N-Blooming Tool.xmcd | xmcd | 49168 | 384ae29ac52281d1eda861f83bc05a03 |
| Lump Sum Parameter Model_NOV_release.xlsx | xlsx | 243691 | 8cc1e9c82cdc5743da2a750fb73e2318 |
| Lump Sum Parameter Model_NOV_release2.xlsx | xlsx | 168659 | e7fd5ba202206a8732d34bb688a28008 |
| Machinerys Handbook 26th.pdf | pdf | 29993291 | 9ec36326d659f6b51f6aaf41a13ce457 |
| Machinery's Handbook 28th Edtion Large Print.pdf | pdf | 18280763 | 00772433cb02149d394cd8cff59a2cc9 |
| Machinery's Handbook 28th Edtion Large Print.pdf | pdf | 18280763 | 00772433cb02149d394cd8cff59a2cc9 |
| Modeling Solar Trackers Dynamic Response and Properties V1 release.pdf | pdf | 590586 | 0a0d9e90955ff8828d4f4dad6c9f85ae |
| Modeling Solar Trackers Dynamic Response and Properties V2 release.pdf | pdf | 492188 | 05f46f4c8a83d178cdc85d56912e7211 |
| MotorCalcs.xlsx | xlsx | 10068 | 37ca494e8e8ebdc70ef216b8eb2472a2e9 |
| Pile Loads.xmcd | xmcd | 369229 | 22f907169e7cbdb4e1b7ef7142bf3d20 |
| Pile Loads-1IP-Concrete.xlsx | xlsx | 189232 | 396dba98223cd712ad8696566a9ed12b |
| Pile Loads-1IP-Driven.xlsx | xlsx | 155116 | 3f74f820fbc83ac79649d6ee8c6903b4 |
| Post Moment - 0deg Survival (Done).xmcd | xmcd | 3974652 | 17818137f6edb3a016be2eeaa675109d |
| Post Moment - 0deg Survival.xmcd | xmcd | 3593576 | 4ba0c1611c2bbdd7ae8e8e0c7ec6783a |
| Post Moment - 45deg Worst Case DownForce (Done).xmcd | xmcd | 3977025 | 12205cbfdfcbcecf2df367cf115afe5e |
| Post Moment - 45deg Worst Case Uplift (Done).xmcd | xmcd | 3977564 | 65ab2dbee041e1bbbee1e26a316c609e |
| Post Moment - Worst Case Downforce.xmcd | xmcd | 3596096 | b90a7be1576dacb90ed216cade584fb4 |
| Post Moment - Worst Case Uplift.xmcd | xmcd | 3591320 | 3caba636718fc2945dee07f44b0f123f |
| Post Normal - 0deg Survival (Done).xmcd | xmcd | 3973861 | d1218b27bf8be35f4449647cdf6f8cba |
| Post Normal - 0deg Survival.xmcd | xmcd | 3539135 | f7a01c95e98d2fb141f566bc7b9d11ed |
| Post Normal - 45deg Worst Case DownForce (Done).xmcd | xmcd | 3971335 | 3c482aec99db54d82f6c416a7a827fee |

| | | | |
|---|---|---|---|
| Post Normal - 45deg Worst Case UpLift (Done).xmcd | xmcd | 3972582 | 390dc7759863bfa1233fd8a7dc93acde |
| Post Normal - Worst Case Downforce.xmcd | xmcd | 3538162 | 6f4da5ce84f17147e43c2840068b75d1 |
| Post Normal - Worst Case Uplift.xmcd | xmcd | 3538206 | 8e784ea12d7a7bb5e06f43274f629575 |
| PurlinBreakDown-RollerDie.xlsx | xlsx | 21424 | 492a59a30961350298deae830eb476bb |
| Purlins - 0deg Survival.xmcd | xmcd | 1810711 | 0b707da131c298b20f20c73e9ad522d2 |
| Purlins - 45deg Worst Case DownForce.xmcd | xmcd | 1988845 | 594a3feb75f4907cc2e5223286c354fb |
| Purlins - 45deg Worst Case UpLift.xmcd | xmcd | 1991461 | 8126703c7ec909dec7e562db245914e1 |
| Purlins - Worst Case Downforce.xmcd | xmcd | 1803029 | 9e5da0a29382631dd7a16bcc4e45d98f |
| Purlins - Worst Case Uplift.xmcd | xmcd | 1802384 | 5c40f6e66976745a8bef0ee0ee493000 |
| Roark's formulas for stress and strain.pdf | pdf | 6893278 | be00cfa5ccfba334ee5a805db97a617c |
| Roark's formulas for stress and strain.pdf | pdf | 6893278 | be00cfa5ccfba334ee5a805db97a617c |
| Shear and Bending Moment Diagrams.xmcd | xmcd | 515587 | 29a68102fa3604dc204be1a4833460eb |
| Shigley's Mechanical Engineering Design 9th Edition.pdf | pdf | 52580500 | bb29ade5241ed22460701594afa8157b |
| Solar Calcs Variable Replace.xmcd | xmcd | 1106127 | 10668fe8ac1f3fa5ed2bb900784070d4 |
| Solar Panel Analysis - Set Up Data.xmcd | xmcd | 5883882 | dc38b0ce76d5a763c24ede131e9eaf94 |
| Solar Panel Analysis.xmcd | xmcd | 1372404 | ad1d4e2bc045cd372e31741540ae89a5 |
| Solar Panel Analysis_JMM.xmcd | xmcd | 6869705 | 9e93fa425a5af49a5c659454d80c66f7 |
| Solar Panel Forces - CFD Loads.xlsx | xlsx | 487041 | e277c086552bbd96ddbc8b1d6fba6f33 |
| Solar Panel Forces - CPP Comparision & 2D CFD.xlsx | xlsx | 589846 | 75463b7b144758dce63c7f7b249b2bf9 |
| Solar Panel Forces.xlsx | xlsx | 544736 | a3130cc58f7ce00580f3536a814477bd |
| SolarPanelFrameAnalysis - CFD Loads.xlsx | xlsx | 261826 | d14fccec7088bbf6553cf7b09ea31c32 |
| SolarPanelFrameAnalysis - CPP Loads.xlsx | xlsx | 151049 | c85342859fd2b199575392a649301269 |
| Steel_Construction_Manual_14thEd.pdf | pdf | 55765470 | 8ea601197dc57ec0663b191fe93bc096 |
| SunPositionCalculator.xlsm | xlsm | 1277339 | a9062ef8d9b6992e0e7677c2892d24b8 |
| TopHat-SectionProp.xmcd | xmcd | 160355 | f5080fe751010d7c945d46cfbed57c0a |
| TorqueAnalysis-SolarPanel.xmcd | xmcd | 63483 | 6ea90d11da769d467685025beb2f6af6 |
| Tracker Calcs - Good Copy - After Pluck Test 3 - JC 6.xlsx | xlsx | 1321770 | b29873a0cd4488d8de1e8b8adfb86da5 |
| Tracker Calcs - Good Copy - After Pluck Test 3.xlsx | xlsx | 819051 | 664836ea6b2db0a7a29d23494172c490 |
| Tracker Calculator REV07.xlsx | xlsx | 1305300 | c7fe12d3e60f6a3805bb1acb3bdc54cf |
| TrackerMassTonPerMW.xlsx | xlsx | 14236 | 6ba404a301891538a586b71e330f02f9 |
| TrackerSpacingCalculator.xlsx | xlsx | 43236 | 6cc200f15a51dec93924b25fec23b2bb |
| WinchSpeedAnalysis.xmcd | xmcd | 52912 | 63a3faba1184acd300b42b964d64fde2 |