# EXHIBIT "F"

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Endpoint Name | Source Process User | Event Time (UTC) | Target File Created At (UTC) | Target File Modified At (UTC) | Event type | Target File location | Target File Path |
| 2 | USA-CND8310J8Z | NOV\Garza2 | 4/22/2022 12:12:02 | 4/22/2022 12:11:58 | 4/22/2022 12:11:58 | File Rename | External Device | D:\Solar\Documents\NOV-Task Summary and Outcomes.pdf |
| 3 | USA-CND8310J8Z | NOV\Garza2 | 4/22/2022 12:11:59 | 4/22/2022 12:11:58 | 4/22/2022 12:11:58 | File Modification | External Device | D:\Solar\NOV-Task Summary and Outcomes.pdf |
| 4 | USA-CND8310J8Z | NOV\Garza2 | 4/22/2022 12:11:58 | 4/22/2022 12:11:58 | 4/22/2022 12:11:58 | File Creation | External Device | D:\Solar\NOV-Task Summary and Outcomes.pdf |
| 5 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:47:05 | 4/13/2022 11:22:17 | 4/20/2022 12:47:05 | File Modification | External Device | D:\Solar\11P\CPP15595 NOV1PTrackerStudy REP_SOLDYN_R00D00.pdf |
| 6 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:47:02 | 4/20/2022 12:47:01 | 4/20/2022 12:47:01 | File Modification | External Device | D:\Solar\11P\DAF Spreadsheet and Figures.zip |
| 7 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:47:01 | 4/20/2022 12:47:01 | 4/20/2022 12:47:01 | File Creation | External Device | D:\Solar\11P\DAF Spreadsheet and Figures.zip |
| 8 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:46:25 | 4/20/2022 12:46:25 | 4/20/2022 12:46:25 | File Modification | External Device | D:\Analysis Tools\AISC 360-10 (Direct Analysis Method).pdf |
| 9 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:46:25 | 4/20/2022 12:46:25 | 4/20/2022 12:46:25 | File Creation | External Device | D:\Analysis Tools\AISC 360-10 (Direct Analysis Method).pdf |
| 10 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:46:22 | 4/20/2022 12:46:22 | 4/20/2022 12:46:22 | File Modification | External Device | D:\Analysis Tools\p325-17aw.pdf |
| 11 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:46:22 | 4/20/2022 12:46:22 | 4/20/2022 12:46:22 | File Creation | External Device | D:\Analysis Tools\p325-17aw.pdf |
| 12 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:44:31 | 4/20/2022 12:44:30 | 4/20/2022 12:44:30 | File Modification | External Device | D:\Solar\11P_EXTERNAL_ Re_ Lump Sum Calculator.msg |
| 13 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:44:30 | 4/20/2022 12:44:30 | 4/20/2022 12:44:30 | File Creation | External Device | D:\Solar\11P_EXTERNAL_ Re_ Lump Sum Calculator.msg |
| 14 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:43:59 | 4/20/2022 12:43:59 | 4/20/2022 12:43:59 | File Creation | External Device | D:\Solar\11P\Example of Period.png |
| 15 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:43:57 | 4/20/2022 12:43:57 | 4/20/2022 12:43:57 | File Modification | External Device | D:\Solar\11P\Modeling Solar Trackers Dynamic Response and Properties V2 release.pdf |
| 16 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:43:57 | 4/20/2022 12:43:57 | 4/20/2022 12:43:57 | File Creation | External Device | D:\Solar\11P\Modeling Solar Trackers Dynamic Response and Properties V2 release.pdf |
| 17 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:43:04 | 4/20/2022 12:43:03 | 4/20/2022 12:43:03 | File Modification | External Device | D:\Solar\11P\Modeling Solar Trackers Dynamic Response and Properties V1 release.pdf |
| 18 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:43:03 | 4/20/2022 12:43:03 | 4/20/2022 12:43:03 | File Creation | External Device | D:\Solar\11P\Modeling Solar Trackers Dynamic Response and Properties V1 release.pdf |
| 19 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:23:02 | 4/20/2022 12:23:02 | 4/20/2022 12:23:02 | File Modification | External Device | D:\Solar\Analysis\Lump Sum Parameter Model_NOV_release2.xlsx |
| 20 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:23:02 | 4/20/2022 12:23:02 | 4/20/2022 12:23:02 | File Creation | External Device | D:\Solar\Analysis\Lump Sum Parameter Model_NOV_release2.xlsx |
| 21 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:22:44 | 4/20/2022 12:22:43 | 4/20/2022 12:22:43 | File Modification | External Device | D:\Solar\Analysis\15595_StaticTables_NOV1P_Add04.xlsx |
| 22 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:22:43 | 4/20/2022 12:22:43 | 4/20/2022 12:22:43 | File Creation | External Device | D:\Solar\Analysis\15595_StaticTables_NOV1P_Add04.xlsx |
| 23 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:20:26 | 4/20/2022 12:20:26 | 4/20/2022 12:20:26 | File Modification | External Device | D:\Books-N-Specs\Analysis of Statically Indeterminate Structures - Chapter 16.pdf |
| 24 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:20:26 | 4/20/2022 12:20:26 | 4/20/2022 12:20:26 | File Creation | External Device | D:\Books-N-Specs\Analysis of Statically Indeterminate Structures - Chapter 16.pdf |
| 25 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:20:08 | 4/20/2022 12:20:07 | 4/20/2022 12:20:07 | File Modification | External Device | D:\Books-N-Specs\AISC-v15.1_vol-1_design-examples.pdf |
| 26 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:20:07 | 4/20/2022 12:20:07 | 4/20/2022 12:20:07 | File Creation | External Device | D:\Books-N-Specs\AISC-v15.1_vol-1_design-examples.pdf |
| 27 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:19:59 | 4/20/2022 12:19:54 | 4/20/2022 12:19:54 | File Modification | External Device | D:\Books-N-Specs\Steel_Construction_Manual_14thEd.pdf |
| 28 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:19:54 | 4/20/2022 12:19:54 | 4/20/2022 12:19:54 | File Creation | External Device | D:\Books-N-Specs\Steel_Construction_Manual_14thEd.pdf |
| 29 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:19:50 | 4/20/2022 12:19:45 | 4/20/2022 12:19:45 | File Modification | External Device | D:\Books-N-Specs\Shigley's Mechanical Engineering Design 9th Edition.pdf |
| 30 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:19:45 | 4/20/2022 12:19:45 | 4/20/2022 12:19:45 | File Creation | External Device | D:\Books-N-Specs\Shigley's Mechanical Engineering Design 9th Edition.pdf |
| 31 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:19:42 | 4/20/2022 12:19:41 | 4/20/2022 12:19:41 | File Modification | External Device | D:\Books-N-Specs\Roark's formulas for stress and strain.pdf |
| 32 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:19:41 | 4/20/2022 12:19:41 | 4/20/2022 12:19:41 | File Creation | External Device | D:\Books-N-Specs\Roark's formulas for stress and strain.pdf |
| 33 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:19:40 | 4/20/2022 12:19:39 | 4/20/2022 12:19:39 | File Modification | External Device | D:\Books-N-Specs\Machinery's Handbook 28th Edtion Large Print.pdf |
| 34 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:19:39 | 4/20/2022 12:19:39 | 4/20/2022 12:19:39 | File Creation | External Device | D:\Books-N-Specs\Machinery's Handbook 28th Edtion Large Print.pdf |
| 35 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:19:37 | 4/20/2022 12:19:33 | 4/20/2022 12:19:33 | File Modification | External Device | D:\Books-N-Specs\Machinerys Handbook 26th.pdf |
| 36 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:19:33 | 4/20/2022 12:19:33 | 4/20/2022 12:19:33 | File Creation | External Device | D:\Books-N-Specs\Machinerys Handbook 26th.pdf |
| 37 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:19:13 | 4/20/2022 12:19:00 | 4/20/2022 12:19:00 | File Rename | External Device | D:\Books-N-Specs |
| 38 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 12:19:00 | 4/20/2022 12:19:00 | 4/20/2022 12:19:00 | File Creation | External Device | D:\New folder |
| 39 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 11:58:20 | 4/13/2022 11:33:13 | 4/13/2022 11:33:13 | File Rename | External Device | D:\gantt-chart_L (1).xlsx |
| 40 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 11:56:35 | 4/20/2022 11:56:34 | 4/20/2022 11:56:34 | File Modification | External Device | D:\US10781956.pdf |
| 41 | USA-CND8310J8Z | NOV\Garza2 | 4/20/2022 11:56:34 | 4/20/2022 11:56:34 | 4/20/2022 11:56:34 | File Creation | External Device | D:\US10781956.pdf |
| 42 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:33:13 | 4/13/2022 11:33:13 | 4/13/2022 11:33:13 | File Modification | External Device | \\.\Harddisk Volume6\Solar\gantt-chart_L (1).xlsx |
| 43 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:33:13 | 4/13/2022 11:33:13 | 4/13/2022 11:33:13 | File Creation | External Device | \\.\Harddisk Volume6\Solar\gantt-chart_L (1).xlsx |
| 44 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | File Modification | External Device | D:\Solar\Analysis\Cantilever - 45deg Worst Case DownForce (Done).xmcd |
| 45 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | File Creation | External Device | D:\Solar\Analysis\Cantilever - 45deg Worst Case Uplift (Done).xmcd |
| 46 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | File Creation | External Device | D:\Solar\Analysis\Clips - 0deg Survival.xmcd |
| 47 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | File Creation | External Device | D:\Solar\Analysis\Lifting-N-Blooming Tool.xmcd |
| 48 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | 4/13/2022 11:32:20 | File Creation | External Device | D:\Solar\Analysis\Post Moment - 0deg Survival (Done).xmcd |
| 49 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:32:19 | 4/13/2022 11:32:19 | 4/13/2022 11:32:19 | File Creation | External Device | D:\Solar\Analysis\Post Moment - 45deg Worst Case DownForce (Done).xmcd |
| 50 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:32:19 | 4/13/2022 11:32:19 | 4/13/2022 11:32:19 | File Creation | External Device | D:\Solar\Analysis\Post Moment - 45deg Worst Case Uplift (Done).xmcd |
| 51 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:32:18 | 4/13/2022 11:32:18 | 4/13/2022 11:32:18 | File Creation | External Device | D:\Solar\Analysis\Post Normal - 0deg Survival (Done).xmcd |
| 52 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:32:18 | 4/13/2022 11:32:18 | 4/13/2022 11:32:18 | File Creation | External Device | D:\Solar\Analysis\Post Normal - 45deg Worst Case DownForce (Done).xmcd |
| 53 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:32:16 | 4/13/2022 11:32:16 | 4/13/2022 11:32:16 | File Creation | External Device | D:\Solar\Analysis\Post Normal - 45deg Worst Case UpLift (Done).xmcd |
| 54 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:32:15 | 4/13/2022 11:32:15 | 4/13/2022 11:32:15 | File Creation | External Device | D:\Solar\Analysis\Purlins - 0deg Survival.xmcd |
| 55 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:32:15 | 4/13/2022 11:32:15 | 4/13/2022 11:32:15 | File Creation | External Device | D:\Solar\Analysis\Purlins - 45deg Worst Case DownForce.xmcd |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 56 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:32:15 | 4/13/2022 11:32:15 | 4/13/2022 11:32:15 | File Creation | External Device | D:\SolarAnalysis\Purlins - 45deg Worst Case Uplift.xmcd |
| 57 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:32:14 | 4/13/2022 11:32:14 | 4/13/2022 11:32:14 | File Creation | External Device | D:\SolarAnalysis\Solar Panel Analysis - Set Up Data.xmcd |
| 58 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:32:14 | 4/13/2022 11:32:14 | 4/13/2022 11:32:14 | File Creation | External Device | D:\SolarAnalysis\TopHat-SectionProp.xmcd |
| 59 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:32:14 | 4/13/2022 11:32:14 | 4/13/2022 11:32:14 | File Creation | External Device | D:\SolarAnalysis\Cantilever - 0deg Survival (Done).xmcd |
| 60 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:59 | 4/13/2022 11:31:59 | 4/13/2022 11:31:59 | File Creation | External Device | D:\SolarAnalysis\LatPile.xls |
| 61 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:59 | 4/13/2022 11:31:59 | 4/13/2022 11:31:59 | File Creation | External Device | D:\SolarAnalysis\LatPile.xls |
| 62 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\SolarAnalysis\1IP Solar Rough Costing.xlsx |
| 63 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\SolarAnalysis\1IP Solar Rough Costing.xlsx |
| 64 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\SolarAnalysis\1IP Structural Analysis R00.xlsx |
| 65 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\SolarAnalysis\1IP Structural Analysis R00.xlsx |
| 66 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\SolarAnalysis\2IP Solar Rough Costing.xlsx |
| 67 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\SolarAnalysis\2IP Solar Rough Costing.xlsx |
| 68 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\SolarAnalysis\2IP Solar Rough Costing-PerMeeting.xlsx |
| 69 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\SolarAnalysis\2IP Solar Rough Costing-PerMeeting.xlsx |
| 70 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\SolarAnalysis\6 Span Indeterminate Beam Calculator.xlsx |
| 71 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\SolarAnalysis\6 Span Indeterminate Beam Calculator.xlsx |
| 72 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\SolarAnalysis\130MW Pile Cost.xlsx |
| 73 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\SolarAnalysis\130MW Pile Cost.xlsx |
| 74 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\SolarAnalysis\15595 Static Loads Tables R00D00.xlsx |
| 75 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\SolarAnalysis\15595 Static Loads Tables R00D00.xlsx |
| 76 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\SolarAnalysis\BloomWinchCableStudy.xlsx |
| 77 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\SolarAnalysis\BloomWinchCableStudy.xlsx |
| 78 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\SolarAnalysis\CableStudy Rev00.xlsx |
| 79 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\SolarAnalysis\CableStudy Rev00.xlsx |
| 80 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\SolarAnalysis\CableStudy Rev01.xlsx |
| 81 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\SolarAnalysis\CableStudy Rev01.xlsx |
| 82 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\SolarAnalysis\DamperAnalysis.xlsx |
| 83 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\SolarAnalysis\DamperAnalysis.xlsx |
| 84 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\SolarAnalysis\Drive Calcs - 1IP.xlsx |
| 85 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\SolarAnalysis\Drive Calcs - 1IP.xlsx |
| 86 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\SolarAnalysis\Drive Calcs - JCG.xlsx |
| 87 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\SolarAnalysis\Drive Calcs - JCG.xlsx |
| 88 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\SolarAnalysis\InverterSizing.xlsx |
| 89 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\SolarAnalysis\InverterSizing.xlsx |
| 90 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\SolarAnalysis\Lump Sum Parameter Model_NOV_release.xlsx |
| 91 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\SolarAnalysis\Lump Sum Parameter Model_NOV_release.xlsx |
| 92 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\SolarAnalysis\MotorCalcs.xlsx |
| 93 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\SolarAnalysis\MotorCalcs.xlsx |
| 94 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\SolarAnalysis\Pile Loads-1IP-Concrete.xlsx |
| 95 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\SolarAnalysis\Pile Loads-1IP-Concrete.xlsx |
| 96 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\SolarAnalysis\Pile Loads-1IP-Driven.xlsx |
| 97 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\SolarAnalysis\Pile Loads-1IP-Driven.xlsx |
| 98 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Modification | External Device | D:\SolarAnalysis\PurlinBreakDown-RollerDie.xlsx |
| 99 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | 4/13/2022 11:31:58 | File Creation | External Device | D:\SolarAnalysis\PurlinBreakDown-RollerDie.xlsx |
| 100 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Modification | External Device | D:\SolarAnalysis\Solar Panel Forces - CPP Comparision & 2D CFD.xlsx |
| 101 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Creation | External Device | D:\SolarAnalysis\Solar Panel Forces - CPP Comparision & 2D CFD.xlsx |
| 102 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Modification | External Device | D:\SolarAnalysis\Tracker Calcs - Good Copy - After Pluck Test 3 - JC 6.xlsx |
| 103 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Creation | External Device | D:\SolarAnalysis\Tracker Calcs - Good Copy - After Pluck Test 3 - JC 6.xlsx |
| 104 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Modification | External Device | D:\SolarAnalysis\Tracker Calcs - Good Copy - After Pluck Test 3.xlsx |
| 105 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Creation | External Device | D:\SolarAnalysis\Tracker Calcs - Good Copy - After Pluck Test 3.xlsx |
| 106 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Modification | External Device | D:\SolarAnalysis\Tracker Calculator REV07.xlsx |
| 107 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Creation | External Device | D:\SolarAnalysis\Tracker Calculator REV07.xlsx |
| 108 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Modification | External Device | D:\SolarAnalysis\TrackerMassTonPerMW.xlsx |
| 109 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Creation | External Device | D:\SolarAnalysis\TrackerMassTonPerMW.xlsx |
| 110 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Modification | External Device | D:\SolarAnalysis\TrackerSpacingCalculator.xlsx |
| 111 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | 4/13/2022 11:31:57 | File Creation | External Device | D:\SolarAnalysis\TrackerSpacingCalculator.xlsx |
| 112 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:57 | 4/13/2022 11:31:56 | 4/13/2022 11:31:56 | File Modification | External Device | D:\SolarAnalysis\Costing For 2IP-Solar.xls |
| 113 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:56 | 4/13/2022 11:31:56 | 4/13/2022 11:31:56 | File Creation | External Device | D:\SolarAnalysis\Costing For 2IP-Solar.xls |

| | A | B | C | D | E | F | G | H | |
|---|---|---|---|---|---|---|---|---|---|
| 114 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:48 | 4/13/2022 11:31:48 | 4/13/2022 11:31:48 | File Creation | External Device | D:\Solar\Analysis\Archive\WinchSpeedAnalysis.xmcd | |
| 115 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:48 | 4/13/2022 11:31:48 | 4/13/2022 11:31:48 | File Creation | External Device | D:\Solar\Analysis\Archive\TorqueAnalysis-SolarPanel.xmcd | |
| 116 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:48 | 4/13/2022 11:31:48 | 4/13/2022 11:31:47 | File Modification | External Device | D:\Solar\Analysis\Archive\SunPositionCalculator.xlsm | |
| 117 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Creation | External Device | D:\Solar\Analysis\Archive\SunPositionCalculator.xlsm | |
| 118 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Creation | External Device | D:\Solar\Analysis\Archive\SolarPanelFrameAnalysis - CPP Loads.xlsx | |
| 119 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Modification | External Device | D:\Solar\Analysis\Archive\SolarPanelFrameAnalysis - CPP Loads.xlsx | |
| 120 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Creation | External Device | D:\Solar\Analysis\Archive\SolarPanelFrameAnalysis - CFD Loads.xlsx | |
| 121 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Modification | External Device | D:\Solar\Analysis\Archive\SolarPanelFrameAnalysis - CFD Loads.xlsx | |
| 122 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Creation | External Device | D:\Solar\Analysis\Archive\Solar Panel Forces.xlsx | |
| 123 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Modification | External Device | D:\Solar\Analysis\Archive\Solar Panel Forces.xlsx | |
| 124 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Creation | External Device | D:\Solar\Analysis\Archive\Solar Panel Forces - CFD Loads.xlsx | |
| 125 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Modification | External Device | D:\Solar\Analysis\Archive\Solar Panel Forces - CFD Loads.xlsx | |
| 126 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | 4/13/2022 11:31:47 | File Creation | External Device | D:\Solar\Analysis\Archive\Solar Panel Analysis_JMM.xmcd | |
| 127 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:46 | 4/13/2022 11:31:46 | 4/13/2022 11:31:46 | File Creation | External Device | D:\Solar\Analysis\Archive\Solar Panel Analysis.xmcd | |
| 128 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | File Creation | External Device | D:\Solar\Analysis\Archive\Solar Panel Analysis - Set Up Data.xmcd | |
| 129 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | File Creation | External Device | D:\Solar\Analysis\Archive\Solar Calcs Variable Replace.xmcd | |
| 130 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | File Creation | External Device | D:\Solar\Analysis\Archive\Shear and Bending Moment Diagrams.xmcd | |
| 131 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | File Creation | External Device | D:\Solar\Analysis\Archive\Purlins - Worst Case Uplift.xmcd | |
| 132 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | 4/13/2022 11:31:45 | File Creation | External Device | D:\Solar\Analysis\Archive\Purlins - Worst Case Downforce.xmcd | |
| 133 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:44 | 4/13/2022 11:31:44 | 4/13/2022 11:31:44 | File Creation | External Device | D:\Solar\Analysis\Archive\Purlins - 0deg Survival.xmcd | |
| 134 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:44 | 4/13/2022 11:31:44 | 4/13/2022 11:31:44 | File Creation | External Device | D:\Solar\Analysis\Archive\Post Normal - Worst Case Uplift.xmcd | |
| 135 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:44 | 4/13/2022 11:31:44 | 4/13/2022 11:31:44 | File Creation | External Device | D:\Solar\Analysis\Archive\Post Normal - Worst Case Downforce.xmcd | |
| 136 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:43 | 4/13/2022 11:31:43 | 4/13/2022 11:31:43 | File Creation | External Device | D:\Solar\Analysis\Archive\Post Normal - 0deg Survival.xmcd | |
| 137 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:43 | 4/13/2022 11:31:43 | 4/13/2022 11:31:43 | File Creation | External Device | D:\Solar\Analysis\Archive\Post Moment - Worst Case Uplift.xmcd | |
| 138 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:43 | 4/13/2022 11:31:43 | 4/13/2022 11:31:43 | File Creation | External Device | D:\Solar\Analysis\Archive\Post Moment - Worst Case Downforce.xmcd | |
| 139 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:41 | 4/13/2022 11:31:41 | 4/13/2022 11:31:42 | File Creation | External Device | D:\Solar\Analysis\Archive\Post Moment - 0deg Survival.xmcd | |
| 140 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:42 | 4/13/2022 11:31:42 | 4/13/2022 11:31:42 | File Creation | External Device | D:\Solar\Analysis\Archive\Pile Loads.xmcd | |
| 141 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:42 | 4/13/2022 11:31:42 | 4/13/2022 11:31:42 | File Creation | External Device | D:\Solar\Analysis\Archive\Cantilever - Worst Case Uplift.xmcd | |
| 142 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:42 | 4/13/2022 11:31:42 | 4/13/2022 11:31:42 | File Creation | External Device | D:\Solar\Analysis\Archive\Cantilever - Worst Case Downforce.xmcd | |
| 143 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:41 | 4/13/2022 11:31:41 | 4/13/2022 11:31:41 | File Creation | External Device | D:\Solar\Analysis\Archive\Cantilever - 0deg Survival.xmcd | |
| 144 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:41 | 4/13/2022 11:31:41 | 4/13/2022 11:31:41 | File Modification | External Device | D:\Solar\Analysis\Archive\Book1.xlsx | |
| 145 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:41 | 4/13/2022 11:31:41 | 4/13/2022 11:31:41 | File Creation | External Device | D:\Solar\Analysis\Archive\Book1.xlsx | |
| 146 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:41 | 4/13/2022 11:31:41 | 4/13/2022 11:31:41 | File Creation | External Device | D:\Solar\Analysis\Archive | |
| 147 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:27 | 4/13/2022 11:31:17 | 4/13/2022 11:31:17 | File Rename | External Device | D:\Solar\Analysis | |
| 148 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:31:17 | 4/13/2022 11:31:17 | 4/13/2022 11:31:17 | File Creation | External Device | D:\Solar\New folder | |
| 149 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:30:34 | 4/13/2022 11:30:34 | 4/13/2022 11:30:34 | File Modification | External Device | D:\Solar\1IP\Lump Sum Parameter Model_NOV_release2.xlsx | |
| 150 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:30:34 | 4/13/2022 11:30:34 | 4/13/2022 11:30:34 | File Creation | External Device | D:\Solar\1IP\Lump Sum Parameter Model_NOV_release2.xlsx | |
| 151 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:29:39 | 4/13/2022 11:29:39 | 4/13/2022 11:29:39 | File Modification | External Device | D:\Solar\1IP\15595_StaticTables_NOV1P_Add04.xlsx | |
| 152 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:29:39 | 4/13/2022 11:29:39 | 4/13/2022 11:29:39 | File Creation | External Device | D:\Solar\1IP\15595_StaticTables_NOV1P_Add04.xlsx | |
| 153 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:29:39 | 4/13/2022 11:29:39 | 4/13/2022 11:29:39 | File Modification | External Device | D:\Solar\1IP\15595 NOV Tracker Study ADD04 Gap Adjustment Factors.xlsx | |
| 154 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:29:39 | 4/13/2022 11:29:39 | 4/13/2022 11:29:39 | File Creation | External Device | D:\Solar\1IP\15595 NOV Tracker Study ADD04 Gap Adjustment Factors.xlsx | |
| 155 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:29:01 | 4/13/2022 11:29:01 | 4/13/2022 11:29:01 | File Modification | External Device | D:\Solar\1IP\DAF Spreadsheets R01.zip | |
| 156 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:29:01 | 4/13/2022 11:29:01 | 4/13/2022 11:29:01 | File Creation | External Device | D:\Solar\1IP\DAF Spreadsheets R01.zip | |
| 157 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:28:32 | 4/13/2022 11:28:32 | 4/13/2022 11:28:32 | File Modification | External Device | D:\Solar\2IP\14390 DAF Tables.xlsx | |
| 158 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:28:32 | 4/13/2022 11:28:32 | 4/13/2022 11:28:32 | File Creation | External Device | D:\Solar\2IP\14390 DAF Tables.xlsx | |
| 159 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:27:53 | 4/13/2022 11:27:53 | 4/13/2022 11:27:53 | File Modification | External Device | D:\Solar\2IP\14390 Tables - Client Copy.xlsx | |
| 160 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:27:53 | 4/13/2022 11:27:53 | 4/13/2022 11:27:53 | File Creation | External Device | D:\Solar\2IP\14390 Tables - Client Copy.xlsx | |
| 161 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:23:55 | 4/13/2022 11:23:50 | 4/13/2022 11:23:50 | File Modification | External Device | D:\Solar\Documents\ASCE_7-10.pdf | |
| 162 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:23:50 | 4/13/2022 11:23:50 | 4/13/2022 11:23:50 | File Creation | External Device | D:\Solar\Documents\ASCE_7-10.pdf | |
| 163 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:23:25 | 4/13/2022 11:22:42 | 4/13/2022 11:22:42 | File Modification | External Device | D:\Solar\Documents\ASCE 7-16-Unsecure.pdf | |
| 164 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:22:42 | 4/13/2022 11:22:42 | 4/13/2022 11:22:42 | File Creation | External Device | D:\Solar\Documents\ASCE 7-16-Unsecure.pdf | |
| 165 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:22:35 | 4/13/2022 11:22:32 | 4/13/2022 11:22:32 | File Rename | External Device | D:\Solar\Documents | |
| 166 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:22:32 | 4/13/2022 11:22:32 | 4/13/2022 11:22:32 | File Creation | External Device | D:\Solar\New folder | |
| 167 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:22:19 | 4/13/2022 11:22:18 | 4/13/2022 11:22:18 | File Modification | External Device | D:\Solar\1IP\CPP15595 NOV1PTrackerStudy REP_SOLSTA_R00D00.pdf | |
| 168 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:22:18 | 4/13/2022 11:22:18 | 4/13/2022 11:22:18 | File Creation | External Device | D:\Solar\1IP\CPP15595 NOV1PTrackerStudy REP_SOLSTA_R00D00.pdf | |
| 169 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:22:18 | 4/13/2022 11:22:18 | 4/13/2022 11:22:18 | File Modification | External Device | D:\Solar\1IP\CPP15595 NOV1PTrackerStudy REP_SOLDYN_R00D00.pdf | |
| 170 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:22:17 | 4/13/2022 11:22:17 | 4/13/2022 11:22:17 | File Creation | External Device | D:\Solar\1IP\CPP15595 NOV1PTrackerStudy REP_SOLDYN_R00D00.pdf | |
| 171 | USA-CND831018Z | NOV\Garza2 | 4/13/2022 11:22:06 | 4/13/2022 11:22:06 | 4/13/2022 11:22:06 | File Modification | External Device | D:\Solar\2IP\CPP14390_NOVSolarTracker_REP_SOLINS_R00D00.pdf | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 172 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:22:06 | 4/13/2022 11:22:06 | 4/13/2022 11:22:06 | File Creation | External Device | D:\Solar\2IP\CPP14390_NOVSolarTracker_REP_SOLINS_R00D00.pdf |
| 173 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:22:06 | 4/13/2022 11:22:05 | 4/13/2022 11:22:05 | File Modification | External Device | D:\Solar\2IP\CPP14390_NOVSolarTracker_REP_SOL_R01D00.pdf |
| 174 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:22:05 | 4/13/2022 11:22:05 | 4/13/2022 11:22:05 | File Creation | External Device | D:\Solar\2IP\CPP14390_NOVSolarTracker_REP_SOL_R01D00.pdf |
| 175 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:22:05 | 4/13/2022 11:22:04 | 4/13/2022 11:22:04 | File Modification | External Device | D:\Solar\2IP\CPP14390_NOVSolarTracker_REP_SOL_R00D00.pdf |
| 176 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:22:04 | 4/13/2022 11:22:04 | 4/13/2022 11:22:04 | File Creation | External Device | D:\Solar\2IP\CPP14390_NOVSolarTracker_REP_SOL_R00D00.pdf |
| 177 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:22:04 | 4/13/2022 11:22:03 | 4/13/2022 11:22:03 | File Modification | External Device | D:\Solar\2IP\CPP14390_NOVSolarTracker_Dynamics_REP_SOL_R00D00.pdf |
| 178 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:22:03 | 4/13/2022 11:22:03 | 4/13/2022 11:22:03 | File Creation | External Device | D:\Solar\2IP\CPP14390_NOVSolarTracker_Dynamics_REP_SOL_R00D00.pdf |
| 179 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:21:31 | 4/13/2022 11:21:28 | 4/13/2022 11:21:28 | File Rename | External Device | D:\Solar\1IP |
| 180 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:21:28 | 4/13/2022 11:21:28 | 4/13/2022 11:21:28 | File Creation | External Device | D:\Solar\New folder |
| 181 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:21:23 | 4/13/2022 11:21:20 | 4/13/2022 11:21:20 | File Rename | External Device | D:\Solar\2IP |
| 182 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:21:20 | 4/13/2022 11:21:20 | 4/13/2022 11:21:20 | File Creation | External Device | D:\Solar\New folder |
| 183 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:20:50 | 4/13/2022 11:20:48 | 4/13/2022 11:20:48 | File Rename | External Device | D:\Solar |
| 184 | USA-CND8310J8Z | NOV\Garza2 | 4/13/2022 11:20:48 | 4/13/2022 11:20:48 | 4/13/2022 11:20:48 | File Creation | External Device | D:\New folder |
| 185 | USA-CND8310J8Z | NOV\Garza2 | 2/22/2022 14:45:48 | 2/22/2022 13:59:14 | 2/22/2022 13:59:14 | File Deletion | External Device | D:\Analysis Tools\~$Annex 3-D Stress Strain Curve.xlsm |
| 186 | USA-CND8310J8Z | NOV\Garza2 | 2/22/2022 14:45:48 | 2/22/2022 13:59:14 | 2/22/2022 13:59:14 | File Modification | External Device | D:\Analysis Tools\~$Annex 3-D Stress Strain Curve.xlsm |
| 187 | USA-CND8310J8Z | NOV\Garza2 | 2/22/2022 14:45:42 | 1601-01-01 00:00:00 | 1601-01-01 00:00:00 | File Deletion | External Device | D:\Analysis Tools\D7A1EA46.tmp |
| 188 | USA-CND8310J8Z | NOV\Garza2 | 2/22/2022 14:45:42 | 2/22/2022 14:45:41 | 2/22/2022 14:45:41 | File Rename | External Device | D:\Analysis Tools\Annex 3-D Stress Strain Curve.xlsm |
| 189 | USA-CND8310J8Z | NOV\Garza2 | 2/22/2022 14:45:42 | 1601-01-01 00:00:00 | 1601-01-01 00:00:00 | File Rename | External Device | D:\Analysis Tools\D7A1EA46.tmp |
| 190 | USA-CND8310J8Z | NOV\Garza2 | 2/22/2022 14:45:42 | 2/22/2022 14:45:41 | 2/22/2022 14:45:41 | File Modification | External Device | D:\Analysis Tools\44E78400 |
| 191 | USA-CND8310J8Z | NOV\Garza2 | 2/22/2022 14:45:41 | 2/22/2022 14:45:41 | 2/22/2022 14:45:41 | File Creation | External Device | D:\Analysis Tools\44E78400 |
| 192 | USA-CND8310J8Z | NOV\Garza2 | 2/22/2022 14:00:44 | 1601-01-01 00:00:00 | 1601-01-01 00:00:00 | File Deletion | External Device | D:\Analysis Tools\4130_100F.txt |
| 193 | USA-CND8310J8Z | NOV\Garza2 | 2/22/2022 14:00:44 | 2/22/2022 13:59:57 | 2/22/2022 13:59:57 | File Deletion | External Device | D:\Analysis Tools\1011_100F.txt |
| 194 | USA-CND8310J8Z | NOV\Garza2 | 2/22/2022 14:00:44 | 1601-01-01 00:00:00 | 1601-01-01 00:00:00 | File Deletion | External Device | D:\Analysis Tools\316_100F.txt |
| 195 | USA-CND8310J8Z | NOV\Garza2 | 2/22/2022 14:00:44 | 2/22/2022 13:58:22 | 2/22/2022 13:58:26 | File Deletion | External Device | D:\Analysis Tools\A1011_100F.txt |
| 196 | USA-CND8310J8Z | NOV\Garza2 | 2/22/2022 13:59:57 | 2/22/2022 13:59:57 | 2/22/2022 13:59:57 | File Creation | External Device | D:\Analysis Tools\MatProp-1011_100F.png |
| 197 | USA-CND8310J8Z | NOV\Garza2 | 2/22/2022 13:59:57 | 2/22/2022 13:59:57 | 2/22/2022 13:59:57 | File Creation | External Device | D:\Analysis Tools\1011_100F.txt |
| 198 | USA-CND8310J8Z | NOV\Garza2 | 2/22/2022 13:59:14 | 2/22/2022 13:59:14 | 2/22/2022 13:59:14 | File Creation | External Device | D:\Analysis Tools\~$Annex 3-D Stress Strain Curve.xlsm |
| 199 | USA-CND8310J8Z | NOV\Garza2 | 2/22/2022 13:59:11 | 2/22/2022 13:54:39 | 2/22/2022 13:54:39 | File Deletion | External Device | D:\Analysis Tools\~$Annex 3-D Stress Strain Curve.xlsm |
| 200 | USA-CND8310J8Z | NOV\Garza2 | 2/22/2022 13:59:11 | 2/22/2022 13:54:39 | 2/22/2022 13:54:39 | File Modification | External Device | D:\Analysis Tools\~$Annex 3-D Stress Strain Curve.xlsm |
| 201 | USA-CND8310J8Z | NOV\Garza2 | 2/22/2022 13:58:22 | 2/22/2022 13:58:22 | 2/22/2022 13:58:22 | File Creation | External Device | D:\Analysis Tools\MatProp-A1011_100F.png |
| 202 | USA-CND8310J8Z | NOV\Garza2 | 2/22/2022 13:58:22 | 2/22/2022 13:58:22 | 2/22/2022 13:58:22 | File Creation | External Device | D:\Analysis Tools\A1011_100F.txt |
| 203 | USA-CND8310J8Z | NOV\Garza2 | 2/22/2022 13:54:39 | 2/22/2022 13:54:39 | 2/22/2022 13:54:39 | File Creation | External Device | D:\Analysis Tools\~$Annex 3-D Stress Strain Curve.xlsm |