# EXHIBIT "G"

| | |
|---|---|
| **From:** | Braithwaite, Jared J. |
| **To:** | Stuart Lapp; Josh Redelman |
| **Cc:** | Bret Davis; Tracy Sebesta; Steely, Rachel Powitzky; Momanaee, Audrey F.; Brian A. Baker |
| **Subject:** | RE: Voicemail - NOV v. Garza |
| **Date:** | Thursday, July 28, 2022 7:29:42 PM |
| **Attachments:** | image007.png |
| | image008.png |
| | image009.png |

Stuart and Josh:

Regarding a motion for sanctions against NOV, we also intend to request that the Court shorten the "safe harbor" under Rule 11(c)(2) such that if NOV's motion is not withdrawn or appropriately corrected then the Rule 11-aspect of the sanctions motion can be decided before or concurrent with a decision on NOV's motion.

Please let me know if you will oppose such a request. I am available at your convenience tomorrow to confer on the issue, and ask that you provide some times that you are available (unless you tell me that NOV believes a conference is unnecessary).

Sincerely,

**Jared J. Braithwaite**
*Partner*

**Foley & Lardner LLP | Salt Lake City, UT**
Phone 801.401.8920
Visit Foley.com | jbraithwaite@foley.com



**From:** Stuart Lapp <slapp@stibbsco.com>
**Sent:** Wednesday, July 27, 2022 6:05 PM
**To:** Braithwaite, Jared J. <JBraithwaite@foley.com>; Josh Redelman <jredelman@stibbsco.com>
**Cc:** Bret Davis <bdavis@stibbsco.com>; Tracy Sebesta <tsebesta@stibbsco.com>; Steely, Rachel Powitzky <rsteely@foley.com>; Momanaee, Audrey F. <amomanaee@balch.com>
**Subject:** RE: Voicemail - NOV v. Garza

**\*\* EXTERNAL EMAIL MESSAGE \*\***
Jared:

I am available to meet and confer tomorrow between 10:00 am CDT and 2:30 pm CDT.

**Stuart W. Lapp**
*Managing Partner*
**Stibbs & Co., P.C., Attorneys**
819 Crossbridge Dr., Spring, Texas 77373
**P:** 281-367-2222 **F:** 281-681-2330

**D:** 281-323-6040 **C:** 713-416-6233

**slapp@stibbsco.com** | **www.stibbsco.com**



 🌲 **Please consider the environment before printing this e-mail**

**Stibbs & Co. team members are intentionally copied on this email. Please "reply all" to all such team members. Failure to do so may cause delay.**

IMPORTANT/CONFIDENTIAL: This transmission from the law firm of Stibbs & Co., P.C. is intended only for the use of the addresses shown. It contains information that may be privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient of this transmission, you are hereby notified that the copying, use, or distribution of any information or materials transmitted herewith is strictly prohibited. If you have received this e-mail by mistake, please immediately respond to this e-mail to notify the sender.

---

**From:** Braithwaite, Jared J. <JBraithwaite@foley.com>
**Sent:** Wednesday, July 27, 2022 10:59 AM
**To:** Josh Redelman <jredelman@stibbsco.com>
**Cc:** Stuart Lapp <slapp@stibbsco.com>; Bret Davis <bdavis@stibbsco.com>; Tracy Sebesta <tsebesta@stibbsco.com>; Steely, Rachel Powitzky <rsteely@foley.com>; Momanaee, Audrey F. <amomanaee@balch.com>
**Subject:** RE: Voicemail - NOV v. Garza

Josh and Stuart:

Today or tomorrow, please be prepared to meet and confer on a motion for sanctions against NOV, pursuant to Rule 11, 28 USC 1927, and the Court's inherent authority based on NOV's filing last night and NOV other misconduct as inventoried in my letters to you. Array may seek the entirety of its attorneys' fees related to this matter based on NOV's misconduct and misrepresentations.

Specifically, please be prepared to discuss the following:

- NOV's good faith basis, if any, and to state that "Array refused to comply with the subpoena" when NOV explicitly withdrew the subpoena recorded in an email to me from Stuart on July 13, 2022.
- NOV's good faith basis, if any, existing law, or non-frivolous argument to seek enforcement of a subpoena in the Sothern District of Texas that, before its withdrawal, requested compliance in New Mexico such that any motion to seek enforcement of the subpoena (if it had not been withdrawn) would be required in the District of New Mexico.

- NOV's good faith basis, if any, existing law, or non-frivolous argument to seek direct access to Array's electronic devices without first making requests to Array to search for and produce documents from those devices—especially in light of NOV awareness of *In re Weekley* and its description of federal law that requires the responding party to have "defaulted in its obligation to search its records and produce the requested data" before seeking direct access to electronic devices.

Please let me know as soon as possible when you are available for this requested conference.

Sincerely,

**Jared J. Braithwaite**
*Partner*

**Foley & Lardner LLP | Salt Lake City, UT**
Phone 801.401.8920
Visit Foley.com | jbraithwaite@foley.com



**From:** Josh Redelman <jredelman@stibbsco.com>
**Sent:** Monday, July 25, 2022 11:45 AM
**To:** Braithwaite, Jared J. <JBraithwaite@foley.com>
**Cc:** Stuart Lapp <slapp@stibbsco.com>; Bret Davis <bdavis@stibbsco.com>; Tracy Sebesta <tsebesta@stibbsco.com>
**Subject:** Voicemail - NOV v. Garza

**\*\* EXTERNAL EMAIL MESSAGE \*\***
Jared,

I hope you and your wife had an enjoyable vacation. I just left you a voicemail regarding the possible examination of the Array laptop and cell phone.

If you could, please give me a call back at (281)323-6009.

Respectfully,

**Josh Redelman**
*Attorney at Law*
**Stibbs & Co., P.C., Attorneys**
819 Crossbridge Dr., Spring, Texas 77373
**P:** 281-367-2222 **F:** 281-681-2330
**D:** 281-323-6009
**Direct:** jredelman@stibbsco.com | **www.stibbsco.com**

 



**Stibbs & Co. team members are intentionally copied on this email. Please "reply all" to all such team members. Failure to do so may cause delay.**

IMPORTANT/CONFIDENTIAL:  This transmission from the law firm of Stibbs & Co., P.C. is intended only for the use of the addresses shown.  It contains information that may be privileged, confidential, and/or exempt from disclosure under applicable law.  If you are not the intended recipient of this transmission, you are hereby notified that the copying, use, or distribution of any information or materials transmitted herewith is strictly prohibited.  If you have received this e-mail by mistake, please immediately respond to this e-mail to notify the sender.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.