# EXHIBIT A-1

## Braithwaite, Jared J.

| | |
|---|---|
| **From:** | Braithwaite, Jared J. |
| **Sent:** | Saturday, June 4, 2022 11:41 AM |
| **To:** | slapp@stibbsco.com; bdavis@stibbsco.com; jredelman@stibbsco.com |
| **Cc:** | Wright, Dave; Sisserson, Rachel |
| **Subject:** | National Oilwell Varco v. Garza et al. |
| | |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Counsel:

We have been retained by Array Technologies, Inc. to represent it in connection with *National Oilwell Varco v. Garza et al.* Given your representations to the Court about the emergency nature of the petition and motions, we trust that you can be available this weekend to discuss those issues. Will you please let us know when we can confer on the matter this afternoon or tomorrow morning?

Sincerely,

**Jared J. Braithwaite**

*Partner*

**Foley & Lardner LLP | Salt Lake City, UT**
Phone 801.401.8920
Visit Foley.com | jbraithwaite@foley.com



1