# EXHIBIT A-3

# Braithwaite, Jared J.

| | |
|---|---|
| **From:** | Braithwaite, Jared J. |
| **Sent:** | Tuesday, July 5, 2022 9:20 AM |
| **To:** | Stuart Lapp; Bret Davis |
| **Cc:** | Momanaee, Audrey F.; Steely, Rachel Powitzky |
| **Subject:** | NOV v. Garza |
| | |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Stuart:

I received your voice message from Friday evening asking about Array's willingness to cooperate in discovery for the *NOV v. Garza* matter. As stated repeatedly before, Array is willing to cooperate but needs some specifics from NOV about what it is requesting. At no time has Array ever indicated that it was unwilling to cooperate.

Please let me know exactly what NOV is requesting at this point. If you are asking for documents to be produced, then please let me know which ones. If you are asking for a sworn declaration regarding non-possession and non-use of NOV information, then I can attend to that as well. If you are asking for a deposition, then let me know the subject matter so I can inquire of potential deponents.

Best regards,

**Jared J. Braithwaite**
*Partner*

**Foley & Lardner LLP**
299 South Main Street, Suite #2000, Salt Lake City, UT 84111
Phone 801.401.8920
Visit Foley.com | jbraithwaite@foley.com

