**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **NATIONAL OILWELL VARCO, L.P.**<br>    Plaintiff,<br><br>v.<br><br>**JULIO GARZA**<br>    Defendant. | **Civil Action No. 4:22-cv-02006** |

## ORDER

The Court having considered Plaintiff National Oilwell Varco's Emergency Motion for Forensic Examination Protocol and Request for a Status Conference (ECF 49) ("Varco's Motion"), and in view of the evidence, including all testimony, documents submitted, and the arguments of counsel, the Court hereby orders as follows:

1. Varco's Motion is denied to the extent it seeks the turnover and forensic examination of electronic devices in the possession of Array Tech Inc. f/k/a Array Technologies, Inc.

Signed on August ___, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge