IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **NATIONAL OILWELL VARCO, L.P.**<br>    Plaintiff,<br><br>v.<br><br>**JULIO GARZA**<br>    Defendant. | **Civil Action No. 4:22-cv-02006** |

## ORDER

The Court having considered Array Tech Inc. f/k/a Array Technologies, Inc.'s Partially Unopposed Motion to Shorten the FRCP 11 Bar Date (the "Motion to Shorten"), and in view of the evidence, including all testimony, documents submitted, and the arguments of counsel, the Court hereby orders as follows:

1. Array's Motion to Shorten is granted.

2. Array may file its Rule 11 Motion for Sanctions on or after August ___, 2022.

Signed on August ___, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge