**Tracy Sebesta**

| | |
|---|---|
| **From:** | julio garza <juliogrz200@hotmail.com> |
| **Sent:** | Friday, May 14, 2021 9:26 AM |
| **To:** | Garza, Julio |
| **Subject:** | [EXTERNAL] Purlin |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**Use caution when interacting with this [EXTERNAL] email!**

---

4

Sent from my iPhone

**Tracy Sebesta**

| | |
|---|---|
| **From:** | julio garza <juliogrz200@hotmail.com> |
| **Sent:** | Wednesday, June 16, 2021 7:21 PM |
| **To:** | Garza, Julio |
| **Subject:** | [EXTERNAL] Driven piles |
| **Attachments:** | PileExmplSolu.pdf |

**Use caution when interacting with this [EXTERNAL] email!**

---

https://web.njit.edu/~khera/Courses/CE443/Exmpl-Solu-handout/Piles/PileExmplSolu.pdf

Sent from my iPhone

**Tracy Sebesta**

**From:** julio garza <juliogrz200@hotmail.com>
**Sent:** Wednesday, June 16, 2021 7:07 PM
**To:** Garza, Julio
**Subject:** [EXTERNAL] Driven pile
**Attachments:** pile design1-das.pdf

**Use caution when interacting with this [EXTERNAL] email!**

---

http://www.civil.uwaterloo.ca/maknight/courses/cive554650/lectures/Deep%20foundations/pile%20design1-das.pdf

Sent from my iPhone

**Tracy Sebesta**

---

**From:** Garza, Julio
**Sent:** Friday, December 3, 2021 2:54 PM
**To:** John Williamson; James McBurney; Garrett Heyden
**Cc:** Stancic, Milos; juliogrz200@hotmail.com
**Subject:** Structural Analysis and Wind Loads

John and Team,

Hope you had a good week. I wanted to follow up with the wind load report mark ups and see if you had some feedback on that? Also, I wanted to ask about the structural calcs. In our last call we did not discuss this much but would like to hold another meeting to better discuss our analysis. We would like to confirm our approach so we can update our interior row analysis and finalize the design in preparation for the aeroelastic wind tunnel test. Would be nice to confirm our calculations on the exterior row design so we can compare with CPP results on the pluck test and aeroelastic screening report.

Julio Cesar Garza | *Senior Solar Engineer*

**NOV Rig Technologies, Renewables**
10353 Richmond Ave.| Houston, Tx 77042
T 346.223.4662
M 956.735.3465
E julio.garza@nov.com

**From:** Garza, Julio
**Sent:** Friday, April 22, 2022 7:19 AM CDT
**To:** juliogrz200@hotmail.com
**Subject:** FW: RE: ACTION: NOV Ref. No. RT-RE-0019-US-P; CR Ref: 3314-61600; Draft Patent Application for Inventor Review
**Attachments:** Patent App 3314-61600.docx, Informal Drawings 3314-61600.pdf

Julio Cesar Garza | *Senior Solar Engineer*

**NOV Rig Technologies, Renewables**
10353 Richmond Ave.| Houston, Tx 77042
T 346.223.4662
M 956.735.3465
E julio.garza@nov.com

---

**From:** [redacted]
**Sent:** Thursday, November 4, 2021 3:27 PM
**To:** Garza, Julio <Julio.Garza@nov.com>; Kim, Adam B <Adam.Kim@nov.com>
**Cc:** Smith, Carol E <Carol.Smith@nov.com>; [redacted]
**Subject:** [EXTERNAL] RE: ACTION: NOV Ref. No. RT-RE-0019-US-P; CR Ref: 3314-61600; Draft Patent Application for Inventor Review

**Use caution when interacting with this [EXTERNAL] email!**

---

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]



CONFIDENTIAL GARZA_000016

**From:** Garza, Julio
**Sent:** Friday, April 22, 2022 7:19 AM CDT
**To:** juliogrz200@hotmail.com
**Subject:** FW: JIRA-172: Solar Panel Single Bolt Clamp
**Attachments:** Assignment-JulioG.pdf, patent-adamkim.pdf, [EXTERNAL] REMINDER ACTION NOV Ref RT-RE-0019-US-P; Our Ref 3314-61600; Assignment for Signature.msg.eml

Julio Cesar Garza | *Senior Solar Engineer*

**NOV Rig Technologies, Renewables**
10353 Richmond Ave.| Houston, Tx 77042
T 346.223.4662
M 956.735.3465
E julio.garza@nov.com

---

**From:** Garza, Julio
**Sent:** Wednesday, March 16, 2022 4:20 PM
**To:** Sellers, James M <James.Sellers@nov.com>; Kim, Adam B <Adam.Kim@nov.com>
**Cc:** Whitnell, Ed E <Ed.Whitnell@nov.com>
**Subject:** RE: JIRA-172: Solar Panel Single Bolt Clamp

James,

Thank you for reaching out. We have been working with [REDACTED] on this patent. See attached email for last correspondence. Also attached are the signed inventor assignments. Please provided feedback on where we are in this process. Once again thank you.

Julio Cesar Garza | *Senior Solar Engineer*

**NOV Rig Technologies, Renewables**
10353 Richmond Ave.| Houston, Tx 77042
T 346.223.4662
M 956.735.3465
E julio.garza@nov.com

---

**From:** Sellers, James M <James.Sellers@nov.com>
**Sent:** Wednesday, March 16, 2022 9:09 AM
**To:** Garza, Julio <Julio.Garza@nov.com>; Kim, Adam B <Adam.Kim@nov.com>
**Cc:** Whitnell, Ed E <Ed.Whitnell@nov.com>
**Subject:** JIRA-172: Solar Panel Single Bolt Clamp
**Importance:** High

**Response Respectfully Requested by March 30, 2022**

Dear inventors,



Drive
Houston, TX 77036

CONFIDENTIAL GARZA_000048

| | |
|---|---|
| **From:** | [redacted] |
| **Sent:** | Monday, January 10, 2022 11:06 AM CST |
| **To:** | Kim, Adam B; Garza, Julio |
| **CC:** | OT-USA-NOV Patents; [redacted] |
| **Subject:** | [EXTERNAL] REMINDER: ACTION: NOV Ref: RT-RE-0019-US-P; Our Ref: 3314-61600; Assignment for Signature |
| **Attachments:** | FILED - PROV APP AS FILED 12-09-21 (2214-61600).pdf, Assignment_3314-61600.pdf |

**Use caution when interacting with this [EXTERNAL] email!**

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted] [redacted]

[redacted] [redacted]

Our Ref.: 3314-61600

**From:** Employee Feedback Request
**Sent:** Thursday, April 28, 2022 7:03 AM CDT
**To:** Julio.Garza@nov.com; Juliogrz200@hotmail.com
**Subject:** NOV: Exit Interview - Your Feedback Matters

Dear Julio Garza:

As an employee of NOV we value your opinion. NOV would like your participation in a brief survey regarding your experience working here. The input you provide will help us to better understand how our employees feel about the organization. We will use this information to help guide decisions to improve our company in the future.

Please answer the questions as honestly and candidly as possible. It will take only 5 to 10 minutes to complete, and it will make a difference to hear from you.

Please follow this link START HERE to start the survey. The link will take you to an Exit Interview website, administered by Retensa, an independent third party Exit Interview company. There, you can complete a questionnaire detailing your experience during your tenure with the company.

The information that you provide is very important and it will assist us in making NOV a better place to work. If you have further questions, you can contact your local Human Resources representative.

We thank you in advance for your time, and appreciate your input.

You can now click here: START HERE

**From:** Employee Feedback Request
**Sent:** Saturday, April 30, 2022 1:08 PM CDT
**To:** Julio.Garza@nov.com; Juliogrz200@hotmail.com
**Subject:** NOV: Exit Interview - Your Feedback Matters

Dear Julio Garza:

As an employee of NOV we value your opinion. NOV would like your participation in a brief survey regarding your experience working here. The input you provide will help us to better understand how our employees feel about the organization. We will use this information to help guide decisions to improve our company in the future.

Please answer the questions as honestly and candidly as possible. It will take only 5 to 10 minutes to complete, and it will make a difference to hear from you.

Please follow this link START HERE to start the survey. The link will take you to an Exit Interview website, administered by Retensa, an independent third party Exit Interview company. There, you can complete a questionnaire detailing your experience during your tenure with the company.

The information that you provide is very important and it will assist us in making NOV a better place to work. If you have further questions, you can contact your local Human Resources representative.

We thank you in advance for your time, and appreciate your input.

You can now click here: START HERE

**From:** Employee Feedback Request
**Sent:** Monday, May 2, 2022 2:12 PM CDT
**To:** Julio.Garza@nov.com; Juliogrz200@hotmail.com
**Subject:** NOV: Exit Interview - Your Feedback Matters

Dear Julio Garza:

As an employee of NOV we value your opinion. NOV would like your participation in a brief survey regarding your experience working here. The input you provide will help us to better understand how our employees feel about the organization. We will use this information to help guide decisions to improve our company in the future.

Please answer the questions as honestly and candidly as possible. It will take only 5 to 10 minutes to complete, and it will make a difference to hear from you.

Please follow this link START HERE to start the survey. The link will take you to an Exit Interview website, administered by Retensa, an independent third party Exit Interview company. There, you can complete a questionnaire detailing your experience during your tenure with the company.

The information that you provide is very important and it will assist us in making NOV a better place to work. If you have further questions, you can contact your local Human Resources representative.

We thank you in advance for your time, and appreciate your input.

You can now click here: START HERE

**From:** Employee Feedback Request
**Sent:** Wednesday, May 4, 2022 1:05 PM CDT
**To:** Julio.Garza@nov.com; Juliogrz200@hotmail.com
**Subject:** NOV: Exit Interview - Your Feedback Matters

Dear Julio Garza:

As an employee of NOV we value your opinion. NOV would like your participation in a brief survey regarding your experience working here. The input you provide will help us to better understand how our employees feel about the organization. We will use this information to help guide decisions to improve our company in the future.

Please answer the questions as honestly and candidly as possible. It will take only 5 to 10 minutes to complete, and it will make a difference to hear from you.

Please follow this link START HERE to start the survey. The link will take you to an Exit Interview website, administered by Retensa, an independent third party Exit Interview company. There, you can complete a questionnaire detailing your experience during your tenure with the company.

The information that you provide is very important and it will assist us in making NOV a better place to work. If you have further questions, you can contact your local Human Resources representative.

We thank you in advance for your time, and appreciate your input.

You can now click here: START HERE

**From:** Garza, Julio
**To:** Noelle Garza
**Subject:** Proof Read Please
**Date:** Wednesday, October 20, 2021 3:14:00 PM
**Attachments:** [redacted]

---

Babe,

Please proof read.

Love,

Julio Cesar Garza | Senior Solar Engineer
**NOV Rig Technologies, Renewables**
10353 Richmond Ave.| Houston, Tx 77042
T 346.223.4662
M 956.735.3465
E julio.garza@nov.com