**Exhibit 1 – Proposed Search Terms**

"KiloNewton, KN or kn or kN, KiloNewton LLC, @kilonewtonllc.com" "Williamson" "John Williamson" "Dr. Simma, "Krishna"

"CPP, CPP Inc. @cppwind.com

Underwriters Laboratory, UL, @ul.com

Intertek, @intertek.com,

"lumped sum model" "lumped sum parameter model" "parameter" "LSM" "LSM calculator"

"HALT" "HALT test" "highly accelerated life-cycle testing"

"1P tracker" "2P tracker" "AmberTrack" "Corosolar" "Sunlink" "central drive" "purlins" "damper" "damping" "modal analysis" "novatrack"

"wind load" "wind tunnel" "wind testing" "dynamic amplification factor" "DAF" "dynamic amplification factor" "15595" "1857339-CAL" "ANSYS or Ansys "RSA or Robot Structural Analysis" "SOL-28-21305" "14390" "CPP Project"

NOV, NOV Solar Tracker, NOV tracker, Amber, NOV, NOV Rig Technologies, National Oilwell Varco, @nov.com

Array, Array Technology, Array Technologies, Array Technologies, Inc. @arraytechinc.com

"CFD" "computational fluid dynamics," "tool," "fish," "pluck" or "pluck testing" "component(s)" "balance of system or balance of system costs," "1P or 1IP or one in portrait", "2P or 2IP or two in portrait," "solar array," "solar tracking," "solar racking or racking," "tracker or tracker study," "bloom," "butterfly," "prototype," "STC or Springett Technology Center," "geopro," "geo" "techtrack," "TT" "confidential," "secret," "proprietary," "modify or change," and "weight or weights."

**Attachment C-7**