EXHIBIT B: Search Terms

1.    "KiloNewton"
2.    " KN " or " kn " or " kN "
3.    "KiloNewton LLC"
4.    "@kilonewtonllc.com"
5.    "Williamson"
6.    "John Williamson"
7.    "Dr. Simma"
8.    "Krishna"
9.    "CPP"
10.   "CPP Inc."
11.   "@cppwind.com"
12.   "Underwriters Laboratory"
13.   "@ul.com"
14.   "Intertek"
15.   "@intertek.com"
16.   "lumped sum model"
18.   "parameter"
19.   "LSM"
21.   "HALT"
22.   "highly accelerated life-cycle testing"
23.   "1P tracker"
24.   "2P tracker"
25.   "AmberTrack"
26.   "Corosolar"
27.   "Sunlink "
28.   "central drive"
29.   "purlins"
30.   "damper"
31.   "damping"
32.   "modal analysis"
33.   "novatrack"
34.   "wind load"
35.   "wind tunnel"
36.   "wind testing"
37.   "dynamic amplification factor"
38.   "DAF"
39.   "15595"
40.   "1857339-CAL"
41.   "ANSYS" or "Ansys"
42.   "RSA"
43.   "Robot Structural Analysis"
44.   "SOL-28-21305"
45.   "14390"
46.   "NOV Solar Tracker"

47.    "NOV tracker"
48.    "Amber"
49.    "NOV Rig Technologies"
50.    "National Oilwell Varco"
51.    "@nov.com"
52.    "Array"
53.    "@arraytechinc.com"
54.    "CFD"
55.    "balance of system"
56.    "1P" or "1IP" or "one in portrait"
57.    "2P" or "2IP" or "two in portrait"
58.    "solar array"
59.    "solar tracking"
60.    "solar racking"
61.    "racking"
62.    "tracker"
63.    "tracker study"
64.    "bloom"
65.    "butterfly"
66.    "prototype"
67.    "STC"
68.    "Springett Technology Center"
69.    "Geopro"
70.    "Geo"
71.    "Techtrack"
72.    "Confidential"
73.    "Secret"
74.    "Proprietary"
75.    "steel"
76.    "system weight"
77.    "structure"