## EXHIBIT C: File Names

1. NOV-Task Summary and Outcomes.pdf
2. CPP15595 NOV1PTrackerStudy REP_SOLDYN_R00D00.pdf
3. DAF Spreadsheet and Figures.zip
4. AISC 360-10 (Direct Analysis Method).pdf
5. p325-17aw.pdf
6. EXTERNAL_ Re_ Lump Sum Calculator.msg
7. Example of Period.png
8. Modeling Solar Trackers Dynamic Response and Properties V2 release.pdf
9. Modeling Solar Trackers Dynamic Response and Properties V1 release.pdf
10. Lump Sum Parameter Model_NOV_release2.xlsx
11. 15595_StaticTables_NOV1P_Add04.xlsx
12. Cantilever - 45deg Worst Case DownForce (Done).xmcd
13. Cantilever - 45deg Worst Case Uplift (Done).xmcd
14. Clips - 0deg Survival.xmcd
15. LiXXXng-N-Blooming Tool.xmcd
16. Post Moment - 0deg Survival (Done).xmcd
17. Post Moment - 45deg Worst Case DownForce (Done).xmcd
18. Post Moment - 45deg Worst Case Uplift (Done).xmcd
19. Post Normal - 0deg Survival (Done).xmcd
20. Post Normal - 45deg Worst Case DownForce (Done).xmcd
21. Post Normal - 45deg Worst Case UpLift (Done).xmcd
22. Purlins - 0deg Survival.xmcd
23. Purlins - 45deg Worst Case DownForce.xmcd
24. Purlins - 45deg Worst Case UpLift.xmcd

25. Solar Panel Analysis - Set Up Data.xmcd
26. TopHat-SectionProp.xmcd
27. Cantilever - 0deg Survival (Done).xmcd
28. 1IP Solar Rough Costing.xlsx
29. 1IP Structural Analysis R00.xlsx
30. 2IP Solar Rough Costing.xlsx
31. 2IP Solar Rough Costing-PerMeeting.xlsx
32. 6 Span Indeterminate Beam Calculator.xlsx
33. 130MW Pile Cost.xlsx
34. 15595 Static Loads Tables R00D00.xlsx
35. BloomWinchCableStudy.xlsx
36. CableStudy Rev00.xlsx
37. CableStudy Rev01.xlsx
38. DamperAnalysis.xlsx
39. Drive Calcs - 1IP.xlsx
40. Drive Calcs - JCG.xlsx
41. InverterSizing.xlsx
42. Lump Sum Parameter Model_NOV_release.xlsx
43. MotorCalcs.xlsx
44. Pile Loads-1IP-Concrete.xlsx
45. Pile Loads-1IP-Driven.xlsx
46. PurlinBreakDown-RollerDie.xlsx
47. Solar Panel Forces - CPP Comparision & 2D CFD.xlsx
48. Tracker Calcs - Good Copy - After Pluck Test 3 - JC 6.xlsx
49. Tracker Calcs - Good Copy - After Pluck Test 3.xlsx

50. Tracker Calculator REV07.xlsx
51. TrackerMassTonPerMW.xlsx
52. TrackerSpacingCalculator.xlsx
53. Costing For 2IP-Solar.xls
54. D:\Solar\Analysis\Archive\WinchSpeedAnalysis.xmcd
55. D:\Solar\Analysis\Archive\TorqueAnalysis-SolarPanel.xmcd
56. D:\Solar\Analysis\Archive\SunPositionCalculator.xlsm
57. D:\Solar\Analysis\Archive\SolarPanelFrameAnalysis - CPP Loads.xlsx
58. D:\Solar\Analysis\Archive\SolarPanelFrameAnalysis - CFD Loads.xlsx
59. D:\Solar\Analysis\Archive\Solar Panel Forces.xlsx
60. D:\Solar\Analysis\Archive\Solar Panel Forces - CFD Loads.xlsx
61. D:\Solar\Analysis\Archive\Solar Panel Analysis_JMM.xmcd
62. D:\Solar\Analysis\Archive\Solar Panel Analysis.xmcd
63. D:\Solar\Analysis\Archive\Solar Panel Analysis - Set Up Data.xmcd
64. D:\Solar\Analysis\Archive\Solar Calcs Variable Replace.xmcd
65. D:\Solar\Analysis\Archive\Shear and Bending Moment Diagrams.xmcd
66. D:\Solar\Analysis\Archive\Purlins - Worst Case Uplift.xmcd
67. D:\Solar\Analysis\Archive\Purlins - Worst Case Downforce.xmcd
68. D:\Solar\Analysis\Archive\Purlins - 0deg Survival.xmcd
69. D:\Solar\Analysis\Archive\Post Normal - Worst Case Uplift.xmcd
70. D:\Solar\Analysis\Archive\Post Normal - Worst Case Downforce.xmcd
71. D:\Solar\Analysis\Archive\Post Normal - 0deg Survival.xmcd
72. D:\Solar\Analysis\Archive\Post Moment - Worst Case Uplift.xmcd
73. D:\Solar\Analysis\Archive\Post Moment - Worst Case Downforce.xmcd
74. D:\Solar\Analysis\Archive\Post Moment - 0deg Survival.xmcd

75. D:\Solar\Analysis\Archive\Pile Loads.xmcd
76. D:\Solar\Analysis\Archive\Cantilever - Worst Case Uplift.xmcd
77. D:\Solar\Analysis\Archive\Cantilever - Worst Case Downforce.xmcd
78. D:\Solar\Analysis\Archive\Cantilever - 0deg Survival.xmcd
79. D:\Solar\Analysis\Archive\Book1.xlsx
80. D:\Solar\Analysis\Archive
81. D:\Solar\1IP\Lump Sum Parameter Model_NOV_release2.xlsx
82. D:\Solar\1IP\15595_StaticTables_NOV1P_Add04.xlsx
83. D:\Solar\1IP\15595 NOV Tracker Study ADD04 Gap Adjustment Factors.xlsx
84. D:\Solar\1IP\DAF Spreadsheets R01.zip
85. D:\Solar\2IP\14390 DAF Tables.xlsx
86. D:\Solar\2IP\14390 Tables - Client Copy.xlsx
87. D:\Solar\Documents\ASCE_7-10.pdf
88. D:\Solar\Documents\ASCE 7-16-Unsecure.pdf
89. D:\Solar\1IP\CPP15595 NOV1PTrackerStudy REP_SOLSTA_R00D00.pdf
90. D:\Solar\1IP\CPP15595 NOV1PTrackerStudy REP_SOLDYN_R00D00.pdf
91. D:\Solar\2IP\CPP14390_NOVSolarTracker_REP_SOLINS_R00D00.pdf
92. D:\Solar\2IP\CPP14390_NOVSolarTracker_REP_SOL_R01D00.pdf
93. D:\Solar\2IP\CPP14390_NOVSolarTracker_REP_SOL_R00D00.pdf
94. D:\Solar\2IP\CPP14390_NOVSolarTracker_Dynamics_REP_SOL_R00D00.pdf
95. D:\Analysis Tools\D7A1EA46.tmp