IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NATIONAL OILWELL VARCO, L.P., § § § Plaintiff, § § v. § Case No. 4:22-CV-02006 § JULIO GARZA, § § Defendant. § | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance on behalf of Plaintiff National Oilwell Varco, L.P. and requests that all required notices and papers be given and served via the following address:

> Cynthia Castanon
> cynthia.castanon@stacybakerlaw.com
> Stacy & Baker, P.C.
> 5300 Memorial Drive, Suite 270
> Houston, Texas 77007

The undersigned attorney is a member in good standing with the State Bar of Texas and is admitted to practice law in the Southern District of Texas.

DATED: August 5, 2022.

Respectfully Submitted,

**STACY & BAKER, P.C.**

By:*/s/Cynthia Castanon*
    Cynthia Castanon
    State Bar of Texas No. 24093492
    Federal Admission No. 3158681
    cynthia.castanon@stacybakerlaw.com
5300 Memorial Drive, Suite 270
Houston, Texas 77007
Ph: 713-527-9991 | Fx: 713-527-9992

**ATTORNEYS FOR PLAINTIFF NATIONAL OILWELL VARCO, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2022, a true and correct copy of the foregoing document was served electronically via the Court's CM/ECF system and/or United States Mail, postage pre-paid, to the parties entitled to receive such notice.

Audrey F. Momanaee
amomanaee@balch.com
Balch & Bingham, LLP
811 Louisiana Street, Suite 1010
Houston, Texas 77002

*Attorneys for Defendant Julio Garza*

Rachel Powitzky Steely
rsteely@foley.com
Foley & Lardner LLP
1000 Louisiana Street, Suite 2000
Houston, Texas 77002

*Attorneys for Interested Party Array Technologies, Inc.*

Stuart W. Lapp
slapp@stibbsco.com
Bret W. Davis
bdavis@stibbsco.com
Joshua A. Redelman
jredelman@stibbsco.com
Stibbs & Co., P.C.
750 William D. Fitch Parkway, Suite 210
College Station, Texas 77845

*Attorneys for Plaintiff National Oilwell Varco, L.P.*

*/s/Cynthia Castanon*
Cynthia Castanon