IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NATIONAL OILWELL VARCO, L.P., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:22-CV-02006 |
| JULIO GARZA, | § § | |
| Defendant. | § § § | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

PLEASE TAKE NOTICE that the undersigned attorney hereby enters an appearance on behalf of Defendant, Julio C. Garza and requests that all required notices and papers be given and served via the following address:

> Chris Caudill
> ccaudill@balch.com
> Balch & Bingham LLP
> 811 Louisiana Suite 1010
> Houston, Texas 77002

The undersigned attorney is a member in good standing with the State Bar of Texas and is admitted to practice law in the Southern District of Texas.

DATED: August 8, 2022.

Respectfully Submitted,

**BALCH & BINGHAM LLP.**

By: /s/Chris Caudill
Chris Caudill
State Bar of Texas No. 24104717
Federal Admission No. 3412269
ccaudill@balch.com
811 Louisiana Suite 1010
Houston, Texas 77002
Ph: 713-362-2560 | Fx: 866-783-2740

**ATTORNEYS FOR DEFENDANT JULIO C. GARZA**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2022, a true and correct copy of the foregoing document was served electronically via the Court's CM/ECF system and/or United States Mail, postage pre-paid, to the parties entitled to receive such notice.

Rachel Powitzky Steely
rsteely@foley.com
Foley & Lardner LLP
1000 Louisiana Street, Suite 2000
Houston, Texas 77002

*Attorneys for Interested Party Array Technologies, Inc.*

Stuart W. Lapp
slapp@stibbsco.co
Bret W. Davis
bdavis@stibbsco.com
Joshua A. Redelman
jredelman@stibbsco.com
Stibbs & Co., P.C.
750 William D. Fitch Parkway, Suite 210
College Station, Texas 77845

*Attorneys for Plaintiff National Oilwell Varco, L.P.*

/s/Chris Caudill
Chris Caudill