IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **NATIONAL OILWELL VARCO, L.P.**<br>     Plaintiff,<br><br>v.<br><br>**JULIO GARZA**<br>     Defendant. | **Civil Action No. 4:22-cv-02006** |

**NOTICE OF WITHDRAWAL OF NON-PARTY ARRAY TECH, INC.'S
PARTIALLY UNOPPOSED MOTION TO SHORTEN THE FRCP 11 BAR DATE**

Non-Party Array Tech, Inc. f/k/a Array Technologies, Inc. ("Array") files this Notice of Withdrawal of its pending Partially Unopposed Motion to Shorten the Rule 11 Bar Date (ECF 58, hereinafter, the "Motion to Shorten").

The Court having disposed of Plaintiff National Oilwell Varco, LP's ("Varco") Motion for Entry of a Forensic Examination Protocol (ECF 49, hereinafter, "Varco's Motion"), Array seeks to withdraw its Motion to Shorten as moot.

Dated: August 19, 2022.

Respectfully submitted,

FOLEY & LARDNER LLP

By:  */s/ Rachel Powitzky Steely*
Rachel Powitzky Steely (attorney-in-charge)
State Bar No. 00792770
rsteely@foley.com
Michael F. Ryan
State Bar No. 24098362
mryan@foley.com
1000 Louisiana Street, Suite 2000
Houston, Texas 77002
(713) 276-5500
(713) 267-5555 (fax)

Attorneys for Non-Party Array Tech, Inc.

1

4875-4404-8430.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served pursuant to the Federal Rules of Civil Procedure on August 19, 2022, to the following counsel of record:

Stuart W. Lapp
Bret W. Davis
Joshua A. Redelman
STIBBS & CO., P.C.
750 William D. Fitch, Suite 210
College Station, Texas 77845
slapp@stibbsco.com
bdavis@stibbsco.com
jredelman@stibbsco.com

Brian A. Baker
Chris A. Stacy
Cynthia Castanon
STACY & BAKER, P.C.
5300 Memorial Drive, Suite 270
Houston, Texas 77007
brian.baker@stacybakerlaw.com
chris.stacy@stacybakerlaw.com
cynthia.castanon@stacybakerlaw.com

*Attorneys for Plaintiff*
*National Oilwell Varco, L.P.*

Audrey F. Momanaee
Chris Caudill
BALCH & BINGHAM, LLP
811 Louisiana Street, Suite 1010
Houston, Texas 77002
amomanaee@balch.com
ccaudill@balch.com

*Attorneys for Defendant*
*Julio Garza*

/s/*Rachel Powitzky Steely*
Rachel Powitzky Steely

4875-4404-8430.1