**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| NATIONAL OILWELL VARCO, L.P., | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | Case No. 4:22-CV-02006 |
| JULIO GARZA, | | |
| Defendant. | | |

## ORDER DENYING DEFENDANT'S PARTIAL MOTION TO DISMISS

On this day, came to be heard Defendant Julio Garza's partial motion to dismiss [Doc. No. 59]. After reviewing the motion, Plaintiff National Oilwell Varco, L.P.'s response [Doc. No. 67], and the arguments of counsel, if any, the Court finds that the motion should be **DENIED** as **MOOT**.

It is therefore **ORDERED** that the motion is **DENIED** as **MOOT**.

Signed on August ___, 2022, at Houston, Texas.

                                                                                                  Lynn N. Hughes
                                                                                                  United States District Judge