UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **NATIONAL OILWELL VARCO, L.P.** *Plaintiff*, | § § § § | |
| vs. | § § | Civil Action No. 4:22-CV-02006 |
| **JULIO GARZA,** *Defendant.* | § § § § | |

## ORDER

Having considered Defendant Julio Garza's Unopposed Request for Status Conference, this Court grants the request and sets the status conference for the _____ day of _____, 2022 at _____ a.m./p.m.

At the time of the status conference this Court will consider entry of a scheduling order.

DATED: _____, 2022.

_____
U.S. DISTRICT COURT JUDGE

16744387.1