| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS | |

United States District Court
Southern District of Texas
**ENTERED**
August 25, 2022
Nathan Ochsner, Clerk

National Oilwell Varco, L.P., §
§
　　　　　Plaintiff, §
§
versus §　　Civil Action H-22-2006
§
Julio Garza, §
§
　　　　　Defendant. §

## Order on Sanctions

Because the Court already ruled on the forensic protocol and Array Tech, Inc., did not file sanctions against National Oilwell Varco, L.P., the motion to shorten the 21-day requirement to file sanctions is moot. (58)

Signed on August 24, 2022, at Houston, Texas.

　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　　United States District Judge