UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 01, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| National Oilwell Varco, L.P., | § |
|        Plaintiff, | § |
| versus | §    Civil Action H-22-2006 |
| Julio Garza, | § |
|        Defendant. | § |

## Order to Report

1. The Court is not available at the whims of every squabble. The parties must talk.

2. By September 16, 2022, the parties must report the next steps for discovery. The report must include a proposed scheduling order. (69)

Signed on August 31, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge