# EXHIBIT "A-1"

| Source Device \| Path | Filename | Extension | Created | Modified | Accessed | IsDeleted |
|---|---|---|---|---|---|---|
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\1IP\ | Modeling Solar Trackers Dynamic Response and Properties V1 release.pdf | pdf | 1/27/2022 1:16:00 PM | 1/27/2022 1:16:00 PM | 4/20/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\1IP\ | Example of Period.png | png | 1/31/2022 12:54:00 PM | 1/31/2022 12:54:00 PM | 4/20/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\1IP\ | Modeling Solar Trackers Dynamic Response and Properties V2 release.pdf | pdf | 1/31/2022 12:54:00 PM | 1/31/2022 12:54:00 PM | 5/24/2022 12:00:00 AM | No |
| F10152-1-JT2-E003.E01\Partition @ 32\Root\ | NOV_PP (002).pptx | pptx | 12/16/2021 2:48:20 PM | 12/16/2021 11:17:10 AM | 6/5/2022 12:00:00 AM | No |
| F10152-1-JT2-E003.E01\Partition @ 32\Root\ | NOV Design Considerations - Final Draft - JZ.pptx | pptx | 12/16/2021 2:48:26 PM | 12/15/2021 3:14:26 PM | 6/5/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\1IP\ | DAF Spreadsheets R01.zip | zip | 12/22/2021 3:34:00 AM | 12/22/2021 10:24:00 AM | 4/20/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\1IP\ | Lump Sum Parameter Model_NOV_release2.xlsx | xlsx | 2/15/2022 3:53:00 PM | 2/15/2022 3:53:00 PM | 4/20/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\1IP\ | 15595 NOV Tracker Study ADD04 Gap Adjustment Factors.xlsx | xlsx | 2/24/2022 12:00:00 PM | 2/24/2022 12:01:00 PM | 5/23/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\1IP\ | 15595_StaticTables_NOV1P_Add04.xlsx | xlsx | 2/28/2022 10:11:00 PM | 2/28/2022 10:22:00 PM | 5/23/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Analysis Tools\ | p325-17aw.pdf | pdf | 3/1/2022 11:06:00 AM | 3/1/2022 5:38:00 PM | 4/20/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Analysis Tools\ | AISC 360-10 (Direct Analysis Method).pdf | pdf | 3/1/2022 11:08:00 AM | 3/1/2022 5:38:00 PM | 4/20/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\1IP\ | DAF Spreadsheet and Figures.zip | zip | 3/7/2022 6:40:00 PM | 3/7/2022 6:55:00 PM | 4/20/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\1IP\ | CPP15595 NOV1PTrackerStudy REP_SOLDYN_R00D00.pdf | pdf | 3/7/2022 6:49:00 PM | 3/7/2022 6:55:00 PM | 5/24/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\2IP\ | CPP14390_NOVSolarTracker_Dynamics_REP_SOL_R00D00.pdf | pdf | 4/13/2022 6:22:03 AM | 7/17/2020 7:54:08 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\2IP\ | CPP14390_NOVSolarTracker_REP_SOL_R00D00.pdf | pdf | 4/13/2022 6:22:04 AM | 7/17/2020 7:54:34 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\2IP\ | CPP14390_NOVSolarTracker_REP_SOL_R01D00.pdf | pdf | 4/13/2022 6:22:05 AM | 10/8/2020 8:07:10 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\2IP\ | CPP14390_NOVSolarTracker_REP_SOLINS_R00D00.pdf | pdf | 4/13/2022 6:22:06 AM | 10/8/2020 8:07:40 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\1IP\ | CPP15595 NOV1PTrackerStudy REP_SOLSTA_R00D00.pdf | pdf | 4/13/2022 6:22:18 AM | 7/22/2021 10:02:18 AM | 5/24/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Documents\ | ASCE 7-16-Unsecure.pdf | pdf | 4/13/2022 6:22:40 AM | 2/26/2021 2:33:08 PM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Documents\ | ASCE_7-10.pdf | pdf | 4/13/2022 6:23:50 AM | 3/25/2022 1:56:04 PM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Book1.xlsx | xlsx | 4/13/2022 6:31:42 AM | 1/29/2020 2:43:14 PM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Cantilever - 0deg Survival.xmcd | xmcd | 4/13/2022 6:31:42 AM | 8/28/2020 9:22:52 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Cantilever - Worst Case Downforce.xmcd | xmcd | 4/13/2022 6:31:43 AM | 8/28/2020 10:58:36 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Cantilever - Worst Case Uplift.xmcd | xmcd | 4/13/2022 6:31:43 AM | 8/28/2020 11:00:04 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Pile Loads.xmcd | xmcd | 4/13/2022 6:31:43 AM | 8/28/2020 7:31:56 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Post Moment - 0deg Survival.xmcd | xmcd | 4/13/2022 6:31:43 AM | 8/28/2020 11:01:40 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Post Moment - Worst Case Downforce.xmcd | xmcd | 4/13/2022 6:31:43 AM | 8/28/2020 11:02:42 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Post Moment - Worst Case Uplift.xmcd | xmcd | 4/13/2022 6:31:44 AM | 8/28/2020 11:03:32 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Post Normal - 0deg Survival.xmcd | xmcd | 4/13/2022 6:31:44 AM | 8/28/2020 11:05:58 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Post Normal - Worst Case Downforce.xmcd | xmcd | 4/13/2022 6:31:44 AM | 8/28/2020 11:07:16 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Post Normal - Worst Case Uplift.xmcd | xmcd | 4/13/2022 6:31:45 AM | 8/28/2020 11:08:20 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Purlins - 0deg Survival.xmcd | xmcd | 4/13/2022 6:31:45 AM | 8/28/2020 11:09:00 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Purlins - Worst Case Downforce.xmcd | xmcd | 4/13/2022 6:31:45 AM | 8/28/2020 11:09:24 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Purlins - Worst Case Uplift.xmcd | xmcd | 4/13/2022 6:31:45 AM | 8/28/2020 11:10:08 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Shear and Bending Moment Diagrams.xmcd | xmcd | 4/13/2022 6:31:46 AM | 8/10/2020 1:51:18 PM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Solar Calcs Variable Replace.xmcd | xmcd | 4/13/2022 6:31:46 AM | 8/26/2020 8:34:34 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Solar Panel Analysis - Set Up Data.xmcd | xmcd | 4/13/2022 6:31:46 AM | 8/28/2020 7:51:50 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Solar Panel Analysis.xmcd | xmcd | 4/13/2022 6:31:47 AM | 1/8/2021 5:44:58 PM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Solar Panel Analysis_JMM.xmcd | xmcd | 4/13/2022 6:31:47 AM | 8/11/2020 5:01:16 PM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Solar Panel Forces - CFD Loads.xlsx | xlsx | 4/13/2022 6:31:48 AM | 7/20/2021 12:04:40 PM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | Solar Panel Forces.xlsx | xlsx | 4/13/2022 6:31:48 AM | 7/20/2021 12:05:12 PM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | SolarPanelFrameAnalysis - CFD Loads.xlsx | xlsx | 4/13/2022 6:31:48 AM | 9/1/2021 2:37:52 PM | 5/23/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | SolarPanelFrameAnalysis - CPP Loads.xlsx | xlsx | 4/13/2022 6:31:48 AM | 7/20/2021 12:04:44 PM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | SunPositionCalculator.xlsm | xlsm | 4/13/2022 6:31:48 AM | 5/13/2020 7:29:52 AM | 5/23/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | TorqueAnalysis-SolarPanel.xmcd | xmcd | 4/13/2022 6:31:48 AM | 5/28/2020 9:26:18 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\Archive\ | WinchSpeedAnalysis.xmcd | xmcd | 4/13/2022 6:31:48 AM | 8/20/2020 4:01:12 PM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Costing For 2IP-Solar.xls | xls | 4/13/2022 6:31:57 AM | 10/1/2020 12:15:00 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Tracker Calculator REV07.xlsx | xlsx | 4/13/2022 6:31:57 AM | 3/9/2022 11:06:20 AM | 6/1/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | TrackerMassTonPerMW.xlsx | xlsx | 4/13/2022 6:31:57 AM | 1/29/2022 2:41:12 PM | 5/24/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | TrackerSpacingCalculator.xlsx | xlsx | 4/13/2022 6:31:57 AM | 3/11/2022 6:29:20 PM | 5/24/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Pile Loads-1IP-Concrete.xlsx | xlsx | 4/13/2022 6:31:58 AM | 2/23/2022 5:43:18 PM | 5/24/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Pile Loads-1IP-Driven.xlsx | xlsx | 4/13/2022 6:31:58 AM | 2/23/2022 5:40:28 PM | 5/23/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | PurlinBreakDown-RollerDie.xlsx | xlsx | 4/13/2022 6:31:58 AM | 2/9/2022 2:12:56 PM | 5/23/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Solar Panel Forces - CPP Comparision & 2D CFD.xlsx | xlsx | 4/13/2022 6:31:58 AM | 6/25/2021 3:48:12 PM | 5/24/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Tracker Calcs - Good Copy - After Pluck Test 3 - JC 6.xlsx | xlsx | 4/13/2022 6:31:58 AM | 2/18/2022 10:40:40 AM | 5/24/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Tracker Calcs - Good Copy - After Pluck Test 3.xlsx | xlsx | 4/13/2022 6:31:58 AM | 2/15/2022 2:23:16 PM | 5/24/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | 130MW Pile Cost.xlsx | xlsx | 4/13/2022 6:31:59 AM | 12/9/2020 6:06:44 PM | 5/23/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | 15595 Static Loads Tables R00D00.xlsx | xlsx | 4/13/2022 6:31:59 AM | 1/27/2022 3:23:40 PM | 5/23/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | 1IP Solar Rough Costing.xlsx | xlsx | 4/13/2022 6:31:59 AM | 12/16/2021 6:04:16 PM | 5/24/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | 1IP Structural Analysis R00.xlsx | xlsx | 4/13/2022 6:31:59 AM | 2/1/2022 8:19:54 AM | 5/23/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | 2IP Solar Rough Costing.xlsx | xlsx | 4/13/2022 6:31:59 AM | 7/15/2021 8:10:44 AM | 4/13/2022 12:00:00 AM | No |

| Path | Filename | Ext | Date 1 | Date 2 | Date 3 | Flag |
|---|---|---|---|---|---|---|
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | 2IP Solar Rough Costing-PerMeeting.xlsx | xlsx | 4/13/2022 6:31:59 AM | 1/22/2021 10:21:38 AM | 5/24/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | 6 Span Indeterminate Beam Calculator.xlsx | xlsx | 4/13/2022 6:31:59 AM | 2/16/2022 7:31:08 AM | 5/24/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | BloomWinchCableStudy.xlsx | xlsx | 4/13/2022 6:31:59 AM | 9/3/2020 11:25:34 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | CableStudy Rev00.xlsx | xlsx | 4/13/2022 6:31:59 AM | 6/17/2020 3:33:58 PM | 5/23/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | CableStudy Rev01.xlsx | xlsx | 4/13/2022 6:31:59 AM | 10/23/2020 1:42:06 PM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | DamperAnalysis.xlsx | xlsx | 4/13/2022 6:31:59 AM | 10/5/2021 12:59:24 PM | 5/23/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Drive Calcs - 1IP.xlsx | xlsx | 4/13/2022 6:31:59 AM | 12/2/2021 8:47:44 AM | 5/23/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Drive Calcs - JCG.xlsx | xlsx | 4/13/2022 6:31:59 AM | 12/2/2021 8:43:56 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | InverterSizing.xlsx | xlsx | 4/13/2022 6:31:59 AM | 1/24/2022 4:59:42 PM | 5/24/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | LatPile.xls | xls | 4/13/2022 6:31:59 AM | 7/2/2021 1:44:00 PM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Lump Sum Parameter Model_NOV_release.xlsx | xlsx | 4/13/2022 6:31:59 AM | 3/25/2022 11:48:52 AM | 5/31/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | MotorCalcs.xlsx | xlsx | 4/13/2022 6:31:59 AM | 12/2/2021 9:59:24 AM | 5/23/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Cantilever - 0deg Survival (Done).xmcd | xmcd | 4/13/2022 6:32:15 AM | 10/15/2020 9:58:10 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Solar Panel Analysis - Set Up Data.xmcd | xmcd | 4/13/2022 6:32:15 AM | 11/3/2020 5:05:04 PM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | TopHat-SectionProp.xmcd | xmcd | 4/13/2022 6:32:15 AM | 1/29/2021 5:34:20 PM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Post Normal - 45deg Worst Case UpLift (Done).xmcd | xmcd | 4/13/2022 6:32:16 AM | 3/12/2021 7:47:26 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Purlins - 0deg Survival.xmcd | xmcd | 4/13/2022 6:32:16 AM | 10/15/2020 9:57:10 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Purlins - 45deg Worst Case DownForce.xmcd | xmcd | 4/13/2022 6:32:16 AM | 10/15/2020 9:59:56 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Purlins - 45deg Worst Case UpLift.xmcd | xmcd | 4/13/2022 6:32:16 AM | 10/15/2020 10:01:32 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Post Normal - 45deg Worst Case DownForce (Done).xmcd | xmcd | 4/13/2022 6:32:18 AM | 10/15/2020 10:36:08 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Post Normal - 0deg Survival (Done).xmcd | xmcd | 4/13/2022 6:32:19 AM | 10/26/2020 3:50:54 PM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Post Moment - 45deg Worst Case DownForce (Done).xmcd | xmcd | 4/13/2022 6:32:20 AM | 3/12/2021 8:00:38 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Post Moment - 45deg Worst Case Uplift (Done).xmcd | xmcd | 4/13/2022 6:32:20 AM | 4/6/2021 10:16:00 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Cantilever - 45deg Worst Case DownForce (Done).xmcd | xmcd | 4/13/2022 6:32:21 AM | 10/15/2020 10:03:48 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Cantilever - 45deg Worst Case Uplift (Done).xmcd | xmcd | 4/13/2022 6:32:21 AM | 10/15/2020 10:04:36 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Clips - 0deg Survival.xmcd | xmcd | 4/13/2022 6:32:21 AM | 10/13/2020 10:30:52 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Lifting-N-Blooming Tool.xmcd | xmcd | 4/13/2022 6:32:21 AM | 2/10/2021 4:29:12 PM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Post Moment - 0deg Survival (Done).xmcd | xmcd | 4/13/2022 6:32:21 AM | 3/12/2021 8:01:02 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\ | gantt-chart_L (1).xlsx | xlsx | 4/13/2022 6:33:14 AM | 3/28/2022 8:50:08 AM | 6/1/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Documents\ | NOV-Task Summary and Outcomes.pdf | pdf | 4/19/2022 1:08:00 PM | 4/19/2022 1:08:00 PM | 4/22/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\ | US10781956.pdf | pdf | 4/20/2022 6:56:34 AM | 4/15/2021 8:00:36 AM | 4/20/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Books-N-Specs\ | Machinerys Handbook 26th.pdf | pdf | 4/20/2022 7:19:32 AM | 3/3/2014 12:56:14 PM | 4/20/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Books-N-Specs\ | Machinery's Handbook 28th Edtion Large Print.pdf | pdf | 4/20/2022 7:19:38 AM | 1/31/2017 5:46:26 PM | 4/20/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Books-N-Specs\ | Roark's formulas for stress and strain.pdf | pdf | 4/20/2022 7:19:41 AM | 1/23/2014 8:22:16 PM | 4/20/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Books-N-Specs\ | Shigley's Mechanical Engineering Design 9th Edition.pdf | pdf | 4/20/2022 7:19:45 AM | 1/26/2012 10:09:04 PM | 4/20/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Books-N-Specs\ | Steel_Construction_Manual_14thEd.pdf | pdf | 4/20/2022 7:19:54 AM | 9/2/2021 5:46:38 PM | 6/2/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Books-N-Specs\ | AISC-v15.1_vol-1_design-examples.pdf | pdf | 4/20/2022 7:20:07 AM | 3/16/2021 7:05:36 AM | 4/20/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Books-N-Specs\ | Analysis of Statically Indeterminate Structures - Chapter 16.pdf | pdf | 4/20/2022 7:20:26 AM | 2/2/2022 4:23:30 PM | 4/20/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | 15595_StaticTables_NOV1P_Add04.xlsx | xlsx | 4/20/2022 7:22:42 AM | 3/29/2022 9:20:12 AM | 5/31/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\Analysis\ | Lump Sum Parameter Model_NOV_release2.xlsx | xlsx | 4/20/2022 7:23:02 AM | 3/24/2022 2:55:02 PM | 6/1/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\ | Recommendation on Slopes - Solar.txt | txt | 4/20/2022 7:40:33 AM | 4/20/2022 7:40:34 AM | 4/20/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\1IP\ | _EXTERNAL_ Re_ Lump Sum Calculator.msg | msg | 4/20/2022 7:44:30 AM | 4/20/2022 7:44:32 AM | 5/24/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\2IP\ | 14390 DAF Tables.xlsx | xlsx | 7/8/2020 10:37:00 AM | 7/15/2020 11:15:00 AM | 4/13/2022 12:00:00 AM | No |
| F10152-1-JT2-E004.E01\Partition @ 32\Root\Solar\2IP\ | 14390 Tables - Client Copy.xlsx | xlsx | 9/1/2020 12:15:00 PM | 9/1/2020 11:42:00 AM | 4/13/2022 12:00:00 AM | No |