# EXHIBIT "A-2"

Page 33
1  A.  Maybe.
2  Q.  What other companies did you talk to?
3  A.  I can't recall their names.  One of
4 them -- yeah, I can't recall.  I had an interview
5 with one company and it was more of a venture
6 capital company for the solar industry so
7 obviously that didn't go too well.  They were
8 looking more for business development people.
9 But they were planning on building an engineering
10 team and so they interviewed with me but -- I
11 forgot the name but it's -- I remember venture
12 capital because they kind of did a rhyme with
13 that.
14  Q.  A rhyme?
15  A.  A rhyme with venture capital.
16  Q.  And were they here in Houston?
17  A.  No.  They were in Colorado, the Boulder
18 area.
19  Q.  And the other company?
20  A.  I believe they were in the northeast
21 U.S.  It wasn't in Texas.  It was -- yeah, none
22 of the companies I interviewed with were in
23 Texas.
24  Q.  Okay.  And just so the record's clear,
25 what is the nature of Array Technology's

Page 34
1 business, as you understand it?
2  A.  Solar trackers.
3  Q.  Okay.  And when you were working for
4 NOV, you were working in their solar -- in the
5 renewables division of NOV, correct?
6  A.  Correct.
7  Q.  And so the nature of the business
8 between Array and NOV's renewable solar division
9 is a similar business, is it not?
10  A.  Yeah.  I would say so, yes.
11  Q.  And the other companies that you
12 interviewed with, were they also in the solar
13 industry?
14  A.  Yes.  Another one I recall applying for
15 was FTC Solar, because they are a Texas company,
16 so that's one I had forgotten about.  But FTC
17 Solar, I believe they're in Austin.  I applied to
18 them.
19  Q.  Did you interview with any of those
20 other three companies?
21  A.  The venture capital one, I did.  I
22 think the other one in the northeast I believe I
23 did as well.  It was a short phone conversation.
24 They were all phone conversations at that point.
25 It never went to a video interview.

Page 35
1  Q.  And so the only one that progressed
2 passed the phone conversation was Array where you
3 ultimately went to work.
4  A.  Correct.
5       THE WITNESS:  Is that audio coming
6 in bad?
7       MR. LAPP:  Let's go off the
8 record.
9       THE VIDEOGRAPHER:  Off the record
10 at 9:46.
11       (Recess taken 9:46 to 10:02)
12       (Exhibit Number 3 marked.)
13       THE VIDEOGRAPHER:  We're back on
14 the record.  The time is 10:02.
15  Q.  (BY MR. LAPP)  Mr. Garza, I'm going to
16 hand you what we've marked as Exhibit 3.  And I
17 recognize I've jumped over Exhibit 2, but this is
18 Exhibit 3.  I'll ask you if you can identify the
19 document, please, sir.
20  A.  This seems to be an email that I
21 submitted to Lauren, which I believe is the HR
22 representative at Array.
23  Q.  Okay.  And the date of this email is
24 April 20th, 2022?
25  A.  Yes, sir.

Page 36
1  Q.  This email indicates that you completed
2 interviews yesterday?
3  A.  Yes.  That's what it says.
4  Q.  And so the day before April 20th
5 would've been April 19th.
6  A.  Uh-huh.
7  Q.  So you would have completed the fourth
8 of four that you described earlier on the record,
9 correct?
10  A.  Correct.
11  Q.  And so the -- if April 20th, 2022 is a
12 Wednesday, you completed your last interview on
13 the 19th, on Tuesday, would the other three of
14 those four interviews have taken place that prior
15 week or the week prior to that, or do you recall?
16  A.  The week prior to that, and maybe
17 even the -- at least up to two weeks, because I
18 remember the interviewing process being very
19 short.
20  Q.  Okay.  So sometime the first part of
21 April is when that process started?
22       THE WITNESS:  Sorry, there's
23 someone at the door.
24       MR. LAPP:  Off the record.
25       THE VIDEOGRAPHER:  We're off the

