# EXHIBIT "A-3"

Page 41

 1  letter.
 2  Q.  So this is -- this is an email from
 3  Array's HR department dated Friday, April 22nd,
 4  2022, at 11:15 in the morning that says they are
 5  making you a conditional offer of employment and
 6  there's information on how to click on the offer
 7  letter in this email, correct?
 8  A.  Correct.  That is correct, yes, sir.
 9      (Exhibit Number 5 marked.)
10  Q.  (BY MR. LAPP)  Let me hand you what's
11  been marked as Exhibit 5.
12  A.  Okay.
13  Q.  Let me ask you if you can identify
14  that.
15  A.  That is my resignation letter to
16  Mr. Whitnell.
17  Q.  And it's dated April 21st, 2022,
18  correct?
19  A.  Correct.
20  Q.  So back to my question about Exhibit 2.
21  A.  Uh-huh.
22  Q.  The download you made on April 22nd --
23  Q.  Right.
24  A.  -- was after you had written to
25  Mr. Whitnell telling him you were resigning,

Page 42

 1  correct?
 2  A.  Correct.  That was the night before,
 3  yes.
 4  Q.  We talked earlier today about the fact
 5  that you claim that you routinely made downloads
 6  and so forth on an external storage device.
 7  A.  Correct.
 8  Q.  Do you recall that testimony?
 9  A.  Yes.
10  Q.  And I was asking you questions about
11  whether you downloaded information from NOV onto
12  a storage device that you took with you when you
13  left NOV.  Do you recall that question?
14  A.  Correct.
15  Q.  Everything that's on this Exhibit 2 you
16  downloaded onto an external storage device that
17  you took with you when you left NOV, correct?
18  A.  It seems so, yes.
19  Q.  Including the document that you
20  downloaded after you had resigned.
21  A.  Well, I resigned on the 22nd.  This
22  is -- I wrote this the night before.
23  Q.  And you had talked to Ed on the 21st
24  and told him you were resigning, cocrrect?
25  A.  I believe it was on the 22nd, not the

Page 43

 1  21st.  It was on a Friday.  This is Thursday,
 2  right?  Was the 21st a Thursday?
 3  Q.  Yes.
 4  A.  Because I recall talking to Ed on a
 5  Friday.
 6  Q.  If Ed recalled you talking to him on
 7  Thursday, would you disagree with that?
 8  A.  I would, sir.  It's -- I believe I sent
 9  him a Teams message so we could check when we
10  spoke, the exact day.
11  Q.  In any event, you completed your
12  interviews with Array on the 19th.
13  A.  Right.
14  Q.  You felt they had gone well.  You sent
15  an email to that effect, correct?
16  A.  Correct.
17  Q.  And you got a formal offer from Array
18  on the 22nd, correct?
19  A.  Correct.
20  Q.  Now, you wrote this letter on the 21st,
21  so you must have felt pretty comfortable that you
22  were going to get an offer from Array before you
23  resigned from NOV, correct?
24  A.  I had a verbal, that's why I wrote it.
25  Q.  So you knew on the 22nd, when you

Page 44

 1  downloaded that last file, that you were going to
 2  work for Array and were going to quit NOV, right?
 3  A.  Correct.
 4  Q.  So the file downloads that happened on
 5  the 20th, on April 20th, and there are at least
 6  reflected on this Exhibit 2, beginning on line 5,
 7  and going all the way down to line 41, all those
 8  occurred on April 20th, correct?
 9  A.  Correct.
10  Q.  And that was after you included your
11  interviews with Array and felt they had gone
12  well, true?
13  A.  Correct.
14  Q.  Mr. Garza, some of the information that
15  you downloaded, as reflected on Exhibit 2, were
16  things like calculators and tools and things like
17  that, correct?
18  A.  Correct.
19  Q.  However, some were not, right?
20  A.  Some may be, correct.
21  Q.  And, in fact, included information that
22  by definition of the agreement you had with NOV
23  was company confidential information, correct?
24      MR. ISRAEL:  Object to form.
25  A.  According to the definition, yes.

