# EXHIBIT "A-4"

| From | To |
|------|-----|
| julio garza <juliogrz200@hotmail.com> <juliogrz200@hotmail.c | julio.garza@nov.com |
| julio garza <juliogrz200@hotmail.com> <juliogrz200@hotmail.c | Julio <julio.garza@nov.com> |
| juliogrz200@hotmail.com | Julio Garza <julio.garza@nov.com> |
| juliogrz200@hotmail.com | Julio Garza <julio.garza@nov.com> |
| juliogrz200@hotmail.com | Julio Garza <julio.garza@nov.com> |
| juliogrz200@hotmail.com | Julio Garza <julio.garza@nov.com> |
| juliogrz200@hotmail.com | Julio Garza <julio.garza@nov.com> |
| juliogrz200@hotmail.com | Julio Garza <julio.garza@nov.com> |
| juliogrz200@hotmail.com | Julio Garza <julio.garza@nov.com> |
| juliogrz200@hotmail.com | Julio Garza <julio.garza@nov.com> |
| juliogrz200@hotmail.com | adam.b.kim@gmail.com |
| Garza, Julio <Julio.Garza@nov.com> <Julio.Garza@nov.com> | juliogrz200@hotmail.com |
| Garza, Julio <Julio.Garza@nov.com> <Julio.Garza@nov.com> | juliogrz200@hotmail.com |
| Employee Feedback Request <support@retensa.com> <suppor | Julio.Garza@nov.com <julio.garza@nov.com>,Juliogrz200@hot |
| Employee Feedback Request <support@retensa.com> <suppor | Julio.Garza@nov.com <julio.garza@nov.com>,Juliogrz200@hot |
| Employee Feedback Request <support@retensa.com> <suppor | Julio.Garza@nov.com <julio.garza@nov.com>,Juliogrz200@hot |
| Employee Feedback Request <support@retensa.com> <suppor | Julio.Garza@nov.com <julio.garza@nov.com>,Juliogrz200@hot |
| juliogrz200@hotmail.com | Julio Garza <julio.garza@arraytechinc.com> |
| Adam Kim <adam.b.kim@gmail.com> <adam.b.kim@gmail.com | juliogrz200@hotmail.com |
| juliogrz200@hotmail.com | Julio Garza <julio.garza@arraytechinc.com> |
| julio garza <juliogrz200@hotmail.com> <juliogrz200@hotmail.c | Julio Garza <julio.garza@arraytechinc.com> |
| Stuart Lapp <slapp@stibbsco.com> <slapp@stibbsco.com> | juliogrz200@hotmail.com,tyson.hottinger@arraytechinc.com |

| Subject | Sent | Received |
|---|---|---|
| AISC | 3/24/2020 10:55 | 3/24/2020 10:55 |
| Fwd: HT# M8A649-C38_SFI_PO# 15948,   AX010008 Rev.A.pdf | 9/8/2020 19:13 | 9/8/2020 19:13 |
| | 11/20/2020 12:09 | 11/20/2020 12:09 |
| 3D Print | 3/5/2021 7:38 | 3/5/2021 7:38 |
| Website | 3/16/2021 7:04 | 3/16/2021 7:04 |
| Purlin | 5/14/2021 9:25 | 5/14/2021 9:25 |
| Solar | 5/24/2021 5:05 | 5/24/2021 5:05 |
| | 6/1/2021 11:46 | 6/1/2021 11:46 |
| Driven pile | 6/16/2021 19:06 | 6/16/2021 19:06 |
| Driven piles | 6/16/2021 19:21 | 6/16/2021 19:21 |
| Expense Report | 3/25/2022 6:22 | 3/25/2022 6:22 |
| Julio Resume | 4/12/2022 10:40 | 4/12/2022 10:40 |
| FW: RE: ACTION: NOV Ref. No. RT-RE-0019-US-P; CR Ref: 3314-( | 4/22/2022 7:19 | 4/22/2022 7:19 |
| FW: JIRA-172: Solar Panel Single Bolt Clamp | 4/22/2022 7:19 | 4/22/2022 7:21 |
| NOV: Exit Interview - Your Feedback Matters | 4/28/2022 7:03 | 4/28/2022 7:03 |
| NOV: Exit Interview - Your Feedback Matters | 4/30/2022 13:08 | 4/30/2022 13:08 |
| NOV: Exit Interview - Your Feedback Matters | 5/2/2022 14:12 | 5/2/2022 14:12 |
| NOV: Exit Interview - Your Feedback Matters | 5/4/2022 13:05 | 5/4/2022 13:05 |
| Image | 5/23/2022 14:05 | 5/23/2022 14:05 |
| hi | 5/24/2022 9:49 | 5/24/2022 9:49 |
| Fwd: hi | 5/24/2022 9:58 | 5/24/2022 9:58 |
| Fwd: hi | 5/24/2022 9:58 | 5/24/2022 9:58 |
| NOV v. Garza and Array Technologies (2151.013) | 6/3/2022 19:08 | 6/3/2022 19:08 |

**Path**

PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Sent Items\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Sent Items\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Sent Items\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Sent Items\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Sent Items\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Sent Items\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Sent Items\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Sent Items\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Sent Items\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Sent Items\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Sent Items\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Important Stuff\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Important Stuff\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Recoverable Items Root\Deletions\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Recoverable Items Root\Deletions\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Recoverable Items Root\Deletions\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Recoverable Items Root\Deletions\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Sent Items\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Recoverable Items Root\Deletions\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Recoverable Items Root\Purges\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Sent Items\
PST\juliogrz200@hotmail.com.pst\juliogrz200@hotmail.com\Top of Personal Folders\Inbox\

16653843.1