# EXHIBIT "A-7"

Page 45
1    Q.   (BY MR. LAPP)  So you don't dispute in
2  this case that some of the information that you
3  took with you when you left NOV is company
4  confidential information.
5            MR. ISRAEL:  Object to form.
6    A.   According to the definition, yes.
7    Q.   (BY MR. LAPP)  So you don't dispute
8  that.
9    A.   No, according to definition.
10   Q.   So what you're disputing is the
11 definition, not the fact that you took the
12 information; is that right?
13   A.   Correct.
14   Q.   Okay.  So if, in fact, it turns out in
15 this case that NOV's definition squares up with
16 the legal definition, your quibble would go away,
17 would it not?
18           MR. ISRAEL:  Object to form.
19   A.   I would have to think about it.  I'm
20 not a lawyer, sir, so it's hard for me to make
21 that judgment.
22   Q.   (BY MR. LAPP)  Okay.  And I'm not
23 asking you to make that judgment.  I'm asking you
24 to answer the question.  The question is that if
25 it turns out that NOV's definition, as you recall

Page 46
1  it, on the intellectual property and
2  confidentiality agreement that you signed squares
3  up with the legal definition of confidential
4  information, you agree that you then took
5  confidential information from NOV, correct?
6            MR. ISRAEL:  Object to form.
7    A.   I would have to agree, yeah.
8    Q.   (BY MR. LAPP)  You didn't tell anybody
9  at NOV, Mr. Whitnell, or anybody else, that you
10 were taking that information when you left, did
11 you?
12   A.   No.
13   Q.   You didn't seek permission from NOV to
14 take that information, did you?
15   A.   No.
16   Q.   When you realized that you had that
17 information and that NOV didn't think that was a
18 very good idea, you didn't take any steps to try
19 to give it back, did you?
20   A.   I didn't think about it, sir.  It was
21 information on my thumb drive.  It was still
22 within my possession and it was still
23 confidential because it was not shared.
24   Q.   Now, in fact, you plugged one or two
25 thumb drives that you took with you from NOV into

**IMPEACH**

Page 47
1  your Array-issued laptop, did you not?
2    A.   That's correct.
3    Q.   And what -- for what purpose did you
4  plug those thumb drives into the Array laptop?
5    A.   I have some reference information, like
6  calculators, as I mentioned earlier.
7    Q.   Same thumb drive that the NOV
8  confidential information is on?
9    A.   Correct.
10   Q.   Now, we've talked about, not this
11 morning, but there are two USB thumb drives that
12 you indicated in answers to interrogatories to
13 the best of your recollection were plugged in the
14 NOV environment and also plugged in the Array
15 environment.
16   A.   I believe there was only one, but I
17 gave the other thumb drive that was utilized at
18 NOV as instructed.
19   Q.   Okay.  And the one -- and I think we
20 called it the subject device or the --
21   A.   Yeah.
22   Q.   -- the one on which the information
23 subject to, that's a black or gray USB with a
24 snap-on lid, as I recall.
25   A.   Yes.

*plugged UBS into Array computer*

Page 48
1    Q.   Okay.  And the other one that may have
2  been said stress engineering, something like
3  that, correct?
4    A.   Yes, correct.
5    Q.   And just so we're all clear and
6  understand, as I understand your testimony, it's
7  the -- it's the first one, the black with the
8  snap-on lid, that is the subject device.
9    A.   Correct.
10           MR. LAPP:  Let's go off.
11           THE VIDEOGRAPHER:  We're off the
12 record.  The time is 10:20.
13           (Recess taken 10:20 to 10:22)
14           THE VIDEOGRAPHER:  We're back on
15 the record.  The time is 10:22.
16   Q.   (BY MR. LAPP)  Mr. Garza, with regard
17 to the information that was on the subject flash
18 drive, you did not obtain permission to take it
19 before you took it, correct?
20   A.   I had permission to have access to it.
21   Q.   That's not the question I asked you.
22   A.   Right.
23   Q.   The question I asked you was you didn't
24 obtain permission to take it from NOV when you
25 left, did you?

