# EXHIBIT "A-9"

1    some type of technology that they may want, which is

2    absolutely wrong which they can see now that they have

3    nonsuited us because we've been doing it for so long.

4    That's not what he's brought in for.

02:32:24    5                There's been nothing found on the system.

6    As a matter of fact, there was one document; and I think

7    everyone has agreed that that's not trade

8    secret/confidential information of NOV, and we've been

9    taken out of the lawsuit.  So the threat of any type of

10   injury, if Mr. Garza is working for us, we believe is

11   gone as Ms. Momanaee had just talked about earlier.

12   And, listen, I'll just say this:  Array doesn't want

13   their information.

02:32:57   14               THE COURT:  Pardon?

02:32:57   15               MS. STEELY:  Array doesn't want NOV

16   information.  That's not why Mr. Garza was hired.

02:33:06   17               MS. MOMANAEE:  Yes, Your Honor?

02:33:07   18               THE COURT:  What are your thoughts on what

19   you've learned while they were talking?

02:33:12   20               MS. MOMANAEE:  Well, I mean, what

21   Ms. Steely says is dead-on; and I think to echo the

22   point, Array has been in business for a long time.  In

23   fact, the project that Mr. Garza was working on for NOV

24   was called a "me too" project.  He was trying to develop

25   something like what Array does.  It's not like he was