# EXHIBIT "A-10"

**Chris A. Stacy**

| | |
|---|---|
| **From:** | Braithwaite, Jared J. <JBraithwaite@foley.com> |
| **Sent:** | Tuesday, August 23, 2022 5:32 PM |
| **To:** | Josh Redelman; Steely, Rachel Powitzky |
| **Cc:** | Stuart Lapp; Chris A. Stacy; Brian A. Baker |
| **Subject:** | RE: NOV v. Garza - Array Technologies Document Search |

Josh:

We have searched the laptop and did not locate any files from Exhibit C such that there is no list of files to produce.

Sincerely,

**Jared J. Braithwaite**
*Partner*

**Foley & Lardner LLP | Salt Lake City, UT**
Phone 801.401.8920
Visit Foley.com | jbraithwaite@foley.com



**From:** Josh Redelman <jredelman@stibbsco.com>
**Sent:** Tuesday, August 23, 2022 2:59 PM
**To:** Steely, Rachel Powitzky <rsteely@foley.com>; Braithwaite, Jared J. <JBraithwaite@foley.com>
**Cc:** Stuart Lapp <slapp@stibbsco.com>; Chris Stacy <chris.stacy@stacybakerlaw.com>; Brian A. Baker <brian.baker@stacybakerlaw.com>
**Subject:** NOV v. Garza - Array Technologies Document Search
**Importance:** High

**\*\* EXTERNAL EMAIL MESSAGE \*\***
Jared and Rachel,

As you know, Judge Hughes granted a Preliminary Injunction against Array Technologies, Inc.'s employee Julio Garza holding that NOV has a substantial likelihood of success on the merits in its case against Mr. Garza. Judge Hughes also held that NOV showed it potentially sustained damages based on Garza's testimony that he plugged two USB devices into an Array Technologies issued laptop.

At the same time, Judge Hughes entered an Order on Inspection of Garza's devices. Included therein, Judge Hughes ordered that Array Technologies "search the file names and produce a list to Varco." It has now been more than 19 days and Array Technologies still has not produced a list to NOV.

Please provide to NOV a list of all files Array Technologies located using the file list the Court attached as Exhibit C to Dkt. 62 by no later than 5:00 PM on Monday, August 29, 2022. For your convenience, I've attached the file list Dkt. 62-3.

If Array Technologies does not intend to comply with the Court's order, please let me know so we can proceed accordingly.

Respectfully,

**Josh Redelman**
*Attorney at Law*
**Stibbs & Co., P.C., Attorneys**
819 Crossbridge Dr., Spring, Texas 77373
**P:** 281-367-2222 **F:** 281-681-2330
**D:** 281-323-6009
Direct: jredelman@stibbsco.com | www.stibbsco.com





**Stibbs & Co. team members are intentionally copied on this email. Please "reply all" to all such team members. Failure to do so may cause delay.**

IMPORTANT/CONFIDENTIAL: This transmission from the law firm of Stibbs & Co., P.C. is intended only for the use of the addresses shown. It contains information that may be privileged, confidential, and/or exempt from disclosure under applicable law. If you are not the intended recipient of this transmission, you are hereby notified that the copying, use, or distribution of any information or materials transmitted herewith is strictly prohibited. If you have received this e-mail by mistake, please immediately respond to this e-mail to notify the sender.

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.