# EXHIBIT "A-11"



**FOLLOW THE SUN.**
**FOLLOW THE LEADER.**

Senior Mechanical Engineer – Mechanical/Structural Systems

Array Technologies, Inc. is a global leader in solar energy solutions – and we have been for over 30 years! Our dramatic growth is creating incredible opportunities on our dynamic, innovative and creative team. Are you self-motivated, highly-skilled and possess previous mechanical/structural design and analysis experience?  Would you love to play a key role in advancing the clean energy revolution? Join the company that is leading the way!

**What you'll do:**

Structural/mechanical analysis (static and dynamic) of solar tracking structures and drivetrains using commercial Finite Element (FEA) and Multi-Body Dynamics (MBD) software. Derive and specific system models using fundamental principles of mechanics, statics, and dynamics.  Lead the creation of specific design/analysis "tools" based on derived system models.  Maintain and existing design & analysis tools.  Contribute to a Research & Development (R&D) team focused on developing next generation solar tracking systems.  Actively collaborate between different sectors of a global engineering team to achieve innovation, engineering functional excellence, and standardization. Define test plans and oversee validation testing projects.

**The qualifications you must have:**

- Bachelor's degree preferably in Mechanical or Aerospace Engineering, or equivalent.
- 5+ yrs experience with structural/mechanical design
- 5+ yrs experience with deriving engineering models of structural/mechanical systems
- 5+ yrs experience using commercial simulation software such as FEA and/or MBD
- 2+ yrs experience with wind load calculations and wind design
- 1+ yrs experience with civil wind loading methods such as ASCE 7 and/or Eurocode 3
- Proven experience with communicating complex technical concepts to a technical audience and non-technical audience.
- Sound understanding of fundamental engineering principles of statics, dynamics, energy, and rotating drivetrains.
- Ability to create engineering models of underdefined systems by making and validating sound assumptions

**Our preferred qualifications:**

- Master Degree in Mechanical or Aerospace Engineering
- Previous experience with single axis solar tracker engineering
- Previous experience with wind tunnel testing and data analysis
- Previous experience with MSC ADAMS MBD simulation software
- Experience with code language such as Visual Basic, Python, etc.

*Array Technologies, Inc. offers equal employment opportunity without regard to race, color, gender, age, creed, sex, religion, national origin, disability (physical or mental), marital status, citizenship, ancestry, sexual orientation, gender identity and gender expression, or any other legally protected status.*

*When you bring your energy and expertise to Array Technologies, you'll enjoy a comprehensive benefits package that includes health, vision, and dental insurance, a 401(k) retirement plan and more.*

3901 Midway Place NE
Albuquerque, NM 87109 USA
+1.505.881.7567
+1.855.TRACKPV (872.2578)
arraytechinc.com

CONFIDENTIAL                    ARRAY0000012