**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| NATIONAL OILWELL VARCO, L.P., | § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:22-CV-02006 |
| JULIO GARZA, | § § § | |
| Defendant. | § § | |

---

### ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

---

On this day, came to be heard Plaintiff National Oilwell Varco, L.P.'s motion requesting leave to amend its complaint [Doc. No. 72]. After reviewing the motion, any and all responses and replies thereto, and the arguments of counsel, if any, the Court finds that the motion should be **GRANTED**.

It is therefore **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that Plaintiff may amend its complaint. Plaintiff's amended complaint must be filed on or before _____.

Signed on September ____, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge