UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **NATIONAL OILWELL VARCO, L.P.** *Plaintiff*, | § § § § § § § § § § | |
| vs. | | Civil Action No. 4:22-CV-02006 |
| **JULIO GARZA,** *Defendant.* | | |

**[PROPOSED] ORDER**

Came on to be heard Defendant Julio Garza's Partial Motion to Dismiss Plaintiff National Oilwell Varco, L.P.'s breach of fiduciary claim, filed pursuant to Fed. R. Civ. P. 12(b)(6), and having considered the Motion to Dismiss, and any responses and replies thereto, the Court orders as follows:

Plaintiff National Oilwell Varco, L.P.'s claim reflected in Count 2 (breach of fiduciary duty) is dismissed in its entirety.

**IT IS SO ORDERED**, this _____ day of _____, 2022.

_____
**U.S. DISTRICT COURT JUDGE
HONORABLE LYNN H. HUGHES**

16847556.1