# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **NATIONAL OILWELL VARCO, L.P.** *Plaintiff*, | § § § § | |
| vs. | § § | Civil Action No. 4:22-CV-02006 |
| **JULIO GARZA**, *Defendant.* | § § § § | |

## [PROPOSED] ORDER

Came on to be heard Defendant Julio Garza's Response to Plaintiff National Oilwell Varco, L.P.'s Motion for Leave to File Amended Complaint, and having considered the Response, and any replies thereto, the Court orders as follows:

Plaintiff National Oilwell Varco, L.P.'s motion for leave is denied.

**IT IS SO ORDERED**, this _____ day of _____, 2022.

_____
**U.S. DISTRICT COURT JUDGE**
**HONORABLE LYNN H. HUGHES**

16924989.1