# EXHIBIT A

```
                                                Page 1
 1            UNITED STATES DISTRICT COURT
 2            SOUTHERN DISTRICT COURT OF TEXAS
 3                  HOUSTON DIVISION
   _____
 4                              )
   NATIONAL OILWELL VARCO, L.P.,)
 5                              )
          Plaintiff,            )
 6                              )   Case No.
   VS                           )
 7                              )   4:22-CV-02006
   JULIO GARZA,                 )
 8                              )
          Defendant.            )
 9 _____)
10
11
12
13
14
15      VIDEOTAPED ORAL DEPOSITION OF JULIO GARZA
16                    JULY 9, 2022
17
18
19
20
21
22
23
24 REPORTED BY:
25     Lisa J. Brannon, CSR, RPR, CRR
```

```
                                                Page 2
 1      VIDEOTAPED ORAL DEPOSITION OF JULIO GARZA,
 2 produced as a witness at the instance of the
 3 Plaintiff, and duly sworn, was taken in the
 4 above-styled and above-numbered cause on the 9th
 5 day of July, 2022, from 9:03 a.m. to 12:20 p.m.,
 6 before Lisa J. Brannon, CSR, RPR, CRR, reported
 7 by machine shorthand via Zoom, pursuant to the
 8 Federal Rules of Civil Procedure and the
 9 provisions stated on the record.
10
```

```
                                                Page 3
 1              A P P E A R A N C E S
 2
   APPEARING ON BEHALF OF PLAINTIFF:
 3
        Stuart Lapp, Esq.
 4      Joshua Redelman, Esq
        STIBBS & CO., P.C.
 5      750 William D. Fitch Parkway
        Suite 210
 6      College Station, Texas  77845
        Telephone:  281-367-2222
 7      Email:      slapp@stibbsco.com
                    jredelman@stibbsco.com
 8
 9
   APPEARING ON BEHALF OF DEFENDANT:
10
        Adam Israel, Esq.
11      BALCH & BINGHAM, LLP
        811 Louisiana Street
12      Suite 1010
        Houston, Texas  77002
13      Telephone:  205-226-3495
        E-mail:     aisrael@balch.com
14
15
   ALSO PRESENT:
16
        Barrett Parker, videographer
17
```

```
                                                Page 4
 1                  I N D E X
 2                                          PAGE
 3 Appearances................................   3
 4 WITNESS:  JULIO GARZA
 5     Examination by Mr. Lapp.................   7
 6 Certification of Deponent....................112
 7 Reporter's Certificate.......................114
```



Page 5

```
 1              E X H I B I T S
 2 NUMBER      DESCRIPTION                          MARKED
 3 Exhibit 1   Intellectual Property,
             Confidential Information And
 4           Non-Solicitation Agreement.........  16
 5 Exhibit 2   Spreadsheet........................  37
 6 Exhibit 3   Email correspondence...............  35
 7 Exhibit 4   Email correspondence...............  40
 8 Exhibit 5   Resignation letter.................  41
 9 Exhibit 6   Offer letter.......................  49
10 Exhibit 7   Confidential Information
             Certification......................  57
11
   Exhibit 8   Code of Business Conduct and
12           Ethics.............................  61
13 Exhibit 9   Email correspondence...............  62
14 Exhibit 10  Employee Participation.............  64
15 Exhibit 11  Employee-Owned Personal Devices
             "BYOD" Policy......................  70
16
   Exhibit 12  Confidential document Bates
17           stamped NOV 002427 through
             NOV002474..........................  70
18
   Exhibit 13  Confidential document Bates
19           stamped NOV 002107 through
             NOV 002153.........................  74
20
   Exhibit 14  Confidential document Bates
21           stamped NOV 002163 through
             NOV 002216.........................  79
22
   Exhibit 15  Confidential document Bates
23           stamped NOV 002492 through
             NOV 002531.........................  79
24
            (continued on following page)
25
```

Page 6

```
 1              E X H I B I T S
 2 NUMBER      DESCRIPTION                          MARKED
 3 Exhibit 16  Confidential document Bates
             stamped NOV 002768 through
 4           NOV 002802.........................  80
 5 Exhibit 17  Confidential document Bates
             stamped NOV 002933 through
 6           NOV 002946.........................  81
 7           (exhibit index concluded)
```

Page 7

    P R O C E E D I N G S

2         THE VIDEOGRAPHER:  Good morning
3 we're on the record.  Today's date is July 9th,
4 2022, and the current time right now is 9:03 a.m.
5 This is the videotaped deposition of Julio Garza.
6         Counsel, will you please introduce
7 yourself and the witness will be sworn.
8         MR. LAPP:  My name is Suart Lapp
9 L-a-p-p, I am counsel for the plaintiff, National
10 Oilwell Varco.
11        MR. REDELMAN:  Josh Redelman,
12 counself for plaintiff, National Oilwell Varco.
13        MR. ISRAEL:  I'm Adam Israel,
14 counsel for the defendant.
15        JULIO GARZA,
16 having been first duly sworn, testified as
17 follows, to wit:
18        EXAMINATION
19 BY MR. LAPP:
20  Q.  Mr. Garza, would you state your name
21 for the record, please.
22  A.  My name is Julio Garza.
23  Q.  Mr. Garza, I understand you live in
24 Tempe, Arizona.  Is that right?
25  A.  Yes, sir.

Page 8

1  Q.  Okay.  When did you get to Houston for
2 this deposition?
3  A.  Last night.
4  Q.  Who paid for your plane ticket?
5  A.  I drove with my family.
6  Q.  And you still have a house here in
7 Houston, do you not?
8  A.  I do not.
9  Q.  Where are y'all staying?
10  A.  At a hotel.
11  Q.  Were you in Houston on June 29th, 2022?
12  A.  I don't recall, but how long ago was
13 that?  About a week ago?
14  Q.  Last week, last Wednesday.
15  A.  Yes.
16  Q.  You were in Houston?
17  A.  Yes.
18  Q.  Why weren't you at the temporary
19 preliminary injunction hearing in federal court
20 that day?
21  A.  My lawyer suggested --
22        MR. ISRAEL:  I'm going to object.
23 To the extent that we're going to get into
24 communications between Mr. Garza and his counsel,
25 I'll direct him not to answer to the extent the



Page 9
1 answer divulges any communications between you
2 and your attorneys.
3        THE WITNESS:  Okay.
4    Q.  (BY MR. LAPP)  So you were in town.
5    A.  Yes.
6    Q.  You knew that there was a hearing that
7 day.
8    A.  Correct.
9    Q.  You know that you are the defendant in
10 this lawsuit.
11   A.  Correct.
12   Q.  You knew that there was going to be
13 evidence taken at that hearing.
14   A.  I wasn't aware.
15   Q.  Was it your choice, or somebody else's
16 choice, that you not appear at the hearing?
17        MR. ISRAEL:  Again, I'll object
18 just to the extent that this gets into the legal
19 strategy of the case between Mr. Garza and his
20 attorneys.
21   Q.  (BY MR. LAPP)  You can answer the
22 question.
23   A.  I was not subpoenaed to show up.
24   Q.  I understand you're on paid
25 administrative leave with Array, correct?

Page 10
1    A.  Yes.
2    Q.  And are you receiving your full
3 compensation, a full salary while on paid
4 administrative leave?
5    A.  Correct, yes.
6    Q.  What's your address in Tempe?
7    A.  1277 West Myrna Lane.
8    Q.  ZIP code?
9    A.  85284.
10   Q.  Do you know your Texas driver's license
11 number?
12   A.  Not by memory.
13   Q.  Do you have a Texas driver's license?
14   A.  I still do, yes.  I also have an
15 Arizona one now.
16   Q.  All right.  Do you have either one of
17 those on your person this morning?
18   A.  It's not in the room but it's nearby.
19   Q.  Okay.  It's not important enough to go
20 get it so we'll move on.
21        When you were here on the 29th of
22 -- here in Houston, Texas on the 29th of June,
23 2022, where were you at 1:30 p.m. in the
24 afternoon?
25   A.  I was here in this office.

Page 11
1    Q.  Where were you at 10 o'clock in the
2 morning?
3    A.  Here in this office.
4    Q.  Was your family with you at that -- on
5 that trip as well?
6    A.  No.
7    Q.  And did you drive in or fly in for
8 that?
9    A.  I flew in.
10   Q.  And who paid for your plane ticket?
11   A.  I did.
12   Q.  Who's paying for your attorney fees in
13 this case?
14   A.  My company is.
15   Q.  Array Technologies?
16   A.  Yes, sir.
17   Q.  And just for the record, it's true --
18 Array Technologies, Inc., in Albuquerque, New
19 Mexico, is your current employer, correct?
20   A.  I believe so.
21   Q.  And when did you go to work for them?
22   A.  I can't recall the exact date, but it
23 was probably a month ago, or two.
24   Q.  May of 2022?
25   A.  Maybe.  I can't recall.  I don't -- I

Page 12
1 don't remember the dates.
2    Q.  I think we'll probably look at some
3 documents this morning to refresh your memory.
4    A.  Okay.
5    Q.  What is your position at Array
6 Technologies?
7    A.  I'm a senior mechanical engineer for
8 mechanical systems.
9    Q.  And has that been your position since
10 you started there?
11   A.  Yes.
12   Q.  Who is your boss?
13   A.  Todd Andersen.
14   Q.  And what is Mr. Andersen's position?
15   A.  He is chief engineer.
16   Q.  Is he in Tempe, or is he somewhere
17 else?
18   A.  He's somewhere else.
19   Q.  And where is he?
20   A.  I believe he's in Utah.
21   Q.  Do you know where in Utah?
22   A.  No, sir.
23   Q.  Do you perform the services that you
24 perform for Array in Tempe, Arizona?
25   A.  Chandler.



Page 113

1    I, JULIO GARZA, have read the foregoing deposition and hereby affix my signature that
2  same is true and correct, except as noted above.
3       _____
              JULIO GARZA
4
   THE STATE OF TEXAS       )
5  COUNTY OF _____)
6       Before me, _____, on this day personally appeared JULIO GARZA, known to me (or
7  proved to me under oath or through _____) (description of identity card or
8  other document) to be the person whose name is subscribed to the foregoing instrument and
9  acknowledged to me that they executed the same for the purposes and consideration therein
10 expressed.
11      Given under my hand and seal of office this ____ day of _____, 2022.
12
   _____
13
   NOTARY PUBLIC IN AND FOR
14 THE STATE OF TEXAS
15
16
17
18
19
20
21
22
23
24
25

Page 114

1  STATE OF TEXAS       )
2  COUNTY OF TARRANT    )
3            REPORTER'S CERTIFICATE
4       I, Lisa J. Brannon, CSR, RPR, CRR, do
5  hereby certify that prior to the commencement of
6  the examination, JULIO GARZA was duly sworn by me
7  to testify to the truth, the whole truth, and
8  nothing but the truth.
9       I do further certify that the foregoing
10 is a verbatim transcript of the testimony as
11 taken stenographically by and before me at the
12 time, place, and on the date hereinbefore set
13 forth, to the best of my ability.
14      I further certify that the signature of
15 the deponent:
16      _X_ was requested by the deponent or a
17 party before the completion of the deposition and
18 that the signature is to be before any notary
19 public and returned within 30 days from date of
20 receipt of the transcript.  If returned, the
21 attached Changes and Signature Page contains any
22 changes and the reasons therefore;
23      ___ was not requested by the deponent
24 or a party before the completion of the
25 deposition.

Page 115

1       I do further certify that I am neither
2  a relative nor employee nor attorney nor counsel
3  of any of the parties to this action, and that I
4  am neither a relative nor employee of such
5  attorney or counsel, and that I am not
6  financially interested in the action.
7       Certified to by me this 11th day of
8  July, 2022.
9
10      _____
11      Lisa J. Gretarsson, CSR, RPR, CRR
12
13
14
15
16
17
18
19
20
21
22
23
24
25

