# EXHIBIT B

```
                    IN THE UNITED STATES DISTRICT COURT

                       SOUTHERN DISTRICT OF TEXAS
                                 - - -
              THE HONORABLE LYNN N. HUGHES, JUDGE PRESIDING
```

NATIONAL OILWELL VARCO LP,    )
                              )
    Plaintiff,                )  CRIMINAL ACTION NO.
                              )  4:22-CV-2006
v.                            )
                              )
JULIO GARZA,                  )
                              )
    Defendant,                )
_____)

**MOTION HEARING**

OFFICIAL REPORTER'S TRANSCRIPT OF PROCEEDINGS

Houston, Texas

June 21, 2022

APPEARANCES:

| | |
|---|---|
| For the Plaintiff: | Stuart W. Lapp, Esq. |
| | Bret Davis, Esq. |
| | Joshua Allen Redelman, Esq. |
| For the Defendant: | Audrey F. Momanaee, Esq. |
| For Array Technologies: | Rachel P. Steely, Esq. |

Reported by:   Mary Nancy Capetillo, CSR, RPR, TRR
               Official Court Reporter
               United States District Court
               Southern District of Texas
               mary_capetillo@txs.uscourts.gov

    Proceedings reported by computerized stenotype machine.


|  |  |
|---|---|
|  | 1 **PROCEEDINGS** |
| 02:16:45 | 2 THE COURT: Good afternoon. |
| 02:16:56 | 3 MR. LAPP: Good afternoon, Your Honor. |
| 02:16:57 | 4 THE COURT: To the extent that afternoons |
|  | 5 here wouldn't be anybody's first choice recreationally. |
| 02:17:49 | 6 All right. Who is here for Varco? |
| 02:17:55 | 7 MR. LAPP: Your Honor, Stuart Lapp, |
|  | 8 L-A-P-P, for National Oilwell Varco. My co-counsel |
|  | 9 Joshua Redelman and Bret Davis. |
| 02:18:06 | 10 MR. DAVIS: Good afternoon, Your Honor. |
| 02:18:07 | 11 THE COURT: Is it okay if I just call it |
|  | 12 Varco? |
| 02:18:12 | 13 MR. LAPP: Yes, sir, or you can call it |
|  | 14 NOV which is how they -- but whatever you prefer, Your |
|  | 15 Honor. |
| 02:18:16 | 16 THE COURT: Well, there are too many |
|  | 17 initials and things, right, that have to be there. |
|  | 18 Let's just call your client Varco. |
| 02:18:30 | 19 MR. LAPP: Yes, Your Honor. And, Your |
|  | 20 Honor, if we could also introduce -- we brought our two |
|  | 21 summer associates with us today, law students at |
|  | 22 University of Houston, Nicholas Boden and Victoria |
|  | 23 Lujan. They're just here to observe. |
| 02:18:44 | 24 THE COURT: I would suggest that they sit |
|  | 25 in the jury box because they'll be closer, and from |

```
                    1    there they just look at people -- everybody's back but
                    2    me.
02:19:25            3                    What do you think the next step should be?
02:19:29            4                    MR. LAPP:  Your Honor, I think the next
                    5    step should be this Court extending the temporary
                    6    restraining order, ordering and implementing a forensic
                    7    protocol to allow Varco to examine forensically the
                    8    electronic storage devices which have been exposed to
                    9    NOV's information and moving forward with deliberate
                    10   haste towards a preliminary injunction hearing and
                    11   potentially toward the resolution of this case.  But
                    12   critically important in that is getting a forensic
                    13   protocol in place so that we can examine the devices
                    14   that Mr. Garza had and potentially still has in his
                    15   possession that were exposed to Varco's confidential and
                    16   trade secret information.
02:20:37            17                   THE COURT:  Yes, ma'am?
02:20:40            18                   MS. MOMANAEE:  Yes, Your Honor.  My name
                    19   is Audrey Momanaee.  I'm here on behalf of Julio Garza.
02:20:46            20                   THE COURT:  Would you use the microphone,
                    21   please, ma'am; and pronounce your name again.
02:20:51            22                   MS. MOMANAEE:  Sure.  Momanaee.
02:20:53            23                   THE COURT:  Momanaee.  I'll try.
02:20:56            24                   MS. MOMANAEE:  I answer to pretty much
                    25   anything.  I'll take what you give.  Your Honor, we are
```

|  |  |  |
|---|---|---|
|  | 1 | order.  He later modified the order to require that |
|  | 2 | instead of the forensics being done in accordance with |
|  | 3 | that order that the actual electronic storage devices be |
|  | 4 | turned over to Defendant's counsel's possession.  There |
|  | 5 | is no further order for any forensics work.  So we did |
|  | 6 | that. |
| 02:24:30 | 7 | THE COURT:  Can you all work out a |
|  | 8 | forensics order? |
| 02:24:37 | 9 | MS. MOMANAEE:  Yes, Your Honor, I think we |
|  | 10 | can.  We got to the point where I thought we had.  Back |
|  | 11 | on June 10th, Your Honor, I sent a revised version of an |
|  | 12 | agreed protocol that we had all discussed amongst |
|  | 13 | ourselves and I believed to be final.  Array's counsel |
|  | 14 | believed it to be final; and we had had discussions, |
|  | 15 | multiple discussions about the terms of that.  They had |
|  | 16 | redlined it.  I thought it was done.  That was on June |
|  | 17 | 10th.  It was sent to counsel.  Counsel said that they |
|  | 18 | would talk to NOV about it, and it never got returned or |
|  | 19 | dealt with. |
| 02:25:08 | 20 | Since that time, Your Honor, importantly, |
|  | 21 | very importantly, yesterday Varco dismissed Array from |
|  | 22 | the case which caused us to, in that event, realize that |
|  | 23 | removal was absolutely proper here; and that's why we're |
|  | 24 | in front of you today, because they had alleged |
|  | 25 | improperly but they had alleged that Array was a Texas |

|          |    |                                                              |
|----------|----|--------------------------------------------------------------|
|          | 1  | confidentiality agreement that he signed at the time         |
|          | 2  | that he started with Varco, and part of their claims is      |
|          | 3  | based on that document.  So that's the basis --              |
| 03:24:21 | 4  | THE COURT:  Right but we don't need to                       |
|          | 5  | argue about that.                                            |
| 03:24:24 | 6  | MS. MOMANAEE:  Well, I think they may                        |
|          | 7  | disagree.                                                    |
| 03:24:26 | 8  | MR. LAPP:  I mean, not this afternoon,                       |
|          | 9  | Your Honor.  I think what I understand you're asking us      |
|          | 10 | to do is come up with a proposal of --                       |
| 03:24:40 | 11 | THE COURT:  I've got your proposals.  I                      |
|          | 12 | want you to think about them, cool down, have some           |
|          | 13 | orange juice and see if you can't make reasonable            |
|          | 14 | adjustments.                                                 |
| 03:24:59 | 15 | MS. MOMANAEE:  Yes, Your Honor.                              |
|          | 16 | Understood.                                                  |
| 03:25:01 | 17 | THE COURT:  Thank you, Counsel.                              |
| 03:25:03 | 18 | MS. STEELY:  Thank you, Your Honor, for                      |
|          | 19 | your time.                                                   |
| 03:25:05 | 20 | * * * *                                                      |
| 03:25:05 | 21 | (Proceedings concluded)                                      |
| 03:25:05 | 22 | I, certify that the foregoing is a correct                   |
| 03:25:05 |    | transcript from the record of proceedings in the above       |
|          | 23 | matter.                                                      |
| 03:25:05 |    |                                                              |
| 03:25:05 | 24 | June 28, 2022                                                |
| 03:25:05 |    | /s/MaryNancyCapetillo                                        |
| 03:25:05 | 25 | Signature of Court Reporter                                  |